Clear Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

FILED
FEB 03 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

George J. Austin, esq. (TBA)
Plaintiff,

vs.

Tesla / Balance / MVP
Defendant.

CASE NO. C20-0800

**APPLICATION TO PROCEED IN FORMA PAUPERIS**
(Non-prisoner cases only)

I, George J. Austin, esq. (TBA), declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?  Yes ___ No  X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer: last date 1/14/20 of punching in   last check (unknown)

Gross: 60 - 100K annual salary   Net: 40 - 70 annual salary

Employer: Tesla / Balance / MVP
(The cause of action is against them)

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1 | and wages per month which you received.

2 | _____

3 | _____

4 | _____

5 | 2.   Have you received, within the past twelve (12) months, any money from any of the

6 | following sources:

7 |     a.   Business, Profession or                     Yes ____  No ✓

8 |          self employment?

9 |     b.   Income from stocks, bonds,                  Yes ____  No ✓

10 |         or royalties?

11 |    c.   Rent payments?                              Yes ____  No ✓

12 |    d.   Pensions, annuities, or                     Yes ____  No ✓

13 |         life insurance payments?

14 |    e.   Federal or State welfare payments,          Yes ____  No ✓

15 |         Social Security or other govern-

16 |         ment source?

17 | If the answer is "yes" to any of the above, describe each source of money and state the amount

18 | received from each.

19 | _____

20 | _____

21 | 3.   Are you married?                               Yes ____  No ✓

22 | Spouse's Full Name: _____

23 | Spouse's Place of Employment: _____

24 | Spouse's Monthly Salary, Wages or Income:

25 | Gross $_____   Net $_____

26 | 4.   a.   List amount you contribute to your spouse's support:$ _____

27 |      b.   List the persons other than your spouse who are dependent upon you for support

28 |           and indicate how much you contribute toward their support. (NOTE: For minor

1     children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

2 _____

3 _____

4  5. Do you own or are you buying a home? Yes \_\_\_ No ✓

5 Estimated Market Value: $_____ Amount of Mortgage: $_____

6  6. Do you own an automobile? Yes \_\_\_ No ✓

7 Make _____ Year _____ Model _____

8 Is it financed? Yes \_\_\_\_ No \_\_\_\_\_ If so, Total due: $_____

9 Monthly Payment: $_____

10  7. Do you have a bank account?  Yes ✓  No \_\_\_ (Do not include account numbers.)

11 Name(s) and address(es) of bank: **Bank of America**

12 **100 North Tryon Street, Charlotte, NC 28255**

13 Present balance(s):  $_____

14 Do you own any cash?  Yes ✓  No \_\_\_  Amount: $ **500.00**

15 Do you have any other assets?  (If "yes," provide a description of each asset and its estimated

16 market value.)         Yes \_\_\_  No ✓

17 _____

18  8. What are your monthly expenses?

19 Rent: $ **1,000.00**  Utilities: $ **300.00**

20 Food: $ **500.00**  Clothing: $ **100.00**

21 Charge Accounts:

22 <u>Name of Account</u>  <u>Monthly Payment</u>  <u>Total Owed on This Account</u>

23 **Visa**  $ **50 - 150**  $ **5,000**

24 _____ $ _____ $ _____

25 _____ $ _____ $ _____

26  9. Do you have any other debts?  (List current obligations, indicating amounts and to whom

27 they are payable.  Do not include account numbers.)

28 **over 100K in student loans**

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ____   No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_____        _____
DATE                                        SIGNATURE OF APPLICANT