UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE J. AUSTIN,<br><br>    Plaintiff,<br><br>    v.<br><br>TESLA, INC., et al.,<br><br>    Defendants. | Case No. 20-cv-00800-JCS<br><br>**ORDER TO SHOW CAUSE WHY APPLICATION TO PROCEED IN FORMA PAUPERIS SHOULD NOT BE DENIED**<br><br>Re: Dkt. No. 3 |

Plaintiff George Austin, pro se, has applied to proceed in forma pauperis in this action. Austin's application lacks sufficient information to determine whether he is indigent and unable to pay the filing fee. Austin indicates that he was employed until January 14, 2020 at a gross salary of between $60,000 and $100,000 per year, and a net salary of between $40,000 and $70,000 per year. It is not clear why Austin is unable to state his previous salary more precisely, and the difference between annual take-home pay of $40,000 and $70,000 may be relevant to whether he is entitled to proceed in forma pauperis. Austin also states that he has a bank account, but failed to answer the question asking for the current balance of that account, which is highly relevant to whether he can pay the filing fee. Because the Court cannot resolve Austin's application without that information, Austin is ORDERED TO SHOW CAUSE why his application to proceed in pauperis should not be denied, by **filing a new application no later than February 26, 2020** stating his actual salary at his previous job (or some explanation for why he does not know that number) and the current balance of his bank account.

The Court does not reach at this time any question of the sufficiency of Austin's complaint. If Austin files a corrected application to proceed in forma pauperis and the Court grants that application, the Court will then consider whether Austin's complaint is subject to

dismissal as frivolous or for failure to state a claim on which relief may be granted under 28 U.S.C. § 1915(e)(2)(B).

Austin, who is not represented by counsel, is encouraged to consult with the Federal Pro Bono Project's Legal Help Center in either of the Oakland or San Francisco federal courthouses for assistance. The San Francisco Legal Help Center office is located in Room 2796 on the 15th floor at 450 Golden Gate Avenue, San Francisco, CA 94102. The Oakland office is located in Room 470-S on the 4th floor at 1301 Clay Street, Oakland, CA 94612. Appointments can be made by calling (415) 782-8982, signing up in the appointment book located outside either office, or emailing federalprobonoproject@sfbar.org. Telephone appointments are available. Lawyers at the Legal Help Center can provide basic assistance to parties representing themselves but cannot provide legal representation.

**IT IS SO ORDERED.**

Dated: February 5, 2020

JOSEPH C. SPERO
Chief Magistrate Judge