UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE J. AUSTIN,<br><br>             Plaintiffs,<br><br>       v.<br><br>TESLA, INC., et al.,<br><br>             Defendants. | Case No.: 20-cv-00800-JCS<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that:

(1)   I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California; and

(2)   On 2/25/2020, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's office.

George J. Austin
P.O. Box 1832
Oakland, CA 94604

Dated: 2/25/2020

                                                                              Susan Y. Soong
                                                                              Clerk, United States District Court

                                                                              By: _/s/ Karen L. Hom_
                                                                              Karen Hom, Deputy Clerk to
                                                                              the Honorable Joseph C. Spero

*Service_Certificate _CRD*
*rev. August 2018*