1  Name: George J. Austin, esq. (TBA)
2  Address: PO Box 1832 Oakland
   Oakland, CA 94604
3  Phone Number: 2099156304
4  E-mail Address: gaustin07@gmail.com
5  Pro Se

6  UNITED STATES DISTRICT COURT
7  NORTHERN DISTRICT OF CALIFORNIA

8  George J. Austin, esq. (TBA).

Case Number: 20cv00800

**MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**

Plaintiff,

vs.

Tesla, et. al.

Judge Joseph C. Spero

Defendant.

As the (*Plaintiff/Defendant*) George J. Austin, in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed the requirements for e-filing and agree to abide by them.
2. I understand that once I register for e-filing, I will receive notices and documents only by email in this case and not by regular mail.
3. I have regular access to the technical requirements necessary to e-file successfully:
   - ☑ A computer with internet access;
   - ☑ An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.
   - ☑ A scanner to convert documents that are only in paper format into electronic files;
   - ☑ A printer or copier to create trequired paper copies such as chambers copies;
   - ☑ A word-processing program to create documents; and
   - ☑ A pdf reader and a pdf writer to convert word processing documents into pdf format, the only electronic format in which documents can be e-filed.

Date: 02/20/20        Signature: _____