Name: George J. Austin, esq. (TBA)
Address: PO Box 1832 Oakland
Phone Number: 2099156304
E-mail Address: gaustin07@gmail.com
*Pro Se*

**RECEIVED**

FEB 24 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| George J. Austin, esq. (TBA).<br><br>Plaintiff,<br><br>vs.<br>Tesla, et. al.<br><br>Defendant. | Case Number: 20cv00800<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**<br><br>DATE:<br>TIME:<br>COURTROOM:<br>JUDGE: |

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: _____

_____
United States District/Magistrate Judge