George J. Austin
PO Box 1832
Oakland, CA 94604

United States District Court
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489

SACRAMENTO CA 957
20 FEB '20
PM 6 L