1  Name: George J. Austin, esq. (TBA)
2  Address: PO Box 1832 Oakland
3  Phone Number: 2099156304
4  E-mail Address: gaustin07@gmail.com
5  Pro Se

**RECEIVED**

FEB 2 4 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| George J. Austin, esq. (TBA). | ) Case Number: 20cv00800 |
|---|---|
|  | ) |
|  | ) [PROPOSED] ORDER GRANTING |
|  | ) MOTION FOR PERMISSION FOR |
| Plaintiff, | ) ELECTRONIC CASE FILING |
|  | ) |
| vs. | ) DATE: |
| Tesla, et. al. | ) TIME: |
|  | ) COURTROOM: |
|  | ) JUDGE: |
|  | ) |
| Defendant. | ) |

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: March 3, 2020

_____
Joseph C. Spero
United States District/Magistrate Judge