UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE J. AUSTIN,<br><br>    Plaintiff.<br><br>    v.<br><br>TESLA, INC., et al.,<br><br>    Defendants. | Case No. 20-cv-00800-JCS<br><br>**ORDER FOR REASSIGNMENT**<br><br>Re: Dkt. No. 12 |

In view of the Report and Recommendation dated May 6, 2020, the clerk shall **REASSIGN** the above-captioned case immediately to a district court judge.

IT IS SO ORDERED.

Dated: May 6, 2020

_____
JOSEPH C. SPERO
Chief Magistrate Judge