UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE J. AUSTIN,<br><br>             Plaintiff,<br><br>       v.<br><br>TESLA, INC., et al.,<br><br>             Defendants. | Case No. 20-cv-00800-EMC<br><br>**ORDER EXTENDING DEADLINE TO SUBMIT OBJECTIONS**<br><br>Docket No. 12 |

On May 6, 2020, Judge Spero filed a Report & Recommendation recommending dismissal of the Complaint in this case and denial of the temporary restraining order sought by Plaintiff. *See* Docket No. 12. Any objections thereto were due on May 20, 2020. *Id.* No objections were filed by that date, but the Court has been notified that Plaintiff has represented to the Court that he was unaware of the May 20, 2020 deadline and that he intends to file objections. The Court hereby extends the deadline for objections to June 12, 2020. No further extensions will be permitted.

**IT IS SO ORDERED**.

Dated: May 29, 2020

_____
EDWARD M. CHEN
United States District Judge