1

George Jarvis (J).. Austin, esq. (TBA)  06/06/20
Austin v. Tesla, et. al. Case # 3:20-cv-00800
P.O. Box 1832 Oakland, CA 94604, or alternatively
240 E. Channel St. #431 Stockton, CA 95202

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GEORGE J. AUSTIN, Plaintiff,

v.

TESLA., et al., Defendants.

Case No. 3:20-cv-00800

WHISTLEBLOWER RETALIATION
PARTIAL AFFIDAVIT

Re: Dkt. Nos. 16-21

George Jarvis (J).. Austin, esq. (TBA)  06/06/20
Austin v. Tesla, et. al. Case # 3:20-cv-00800
P.O. Box 1832 Oakland, CA 94604, or alternatively
240 E. Channel St. #431 Stockton, CA 95202

Pursuant to Rule 26 *Duty to Disclose; General Provisions Governing Discovery,* Rule 56(c), and Rule 44 *Proving an Official Record* Plaintiff moves to file a Whistleblower Retaliation Partial Affidavit including text messages, emails, and a recorded, saved, and transcribed voicemail from Sandy Malloy.  See attached.  Plaintiff discovered, inquired, proactively followed up, and engaged in legally protected activity, as a Whistleblower, to inform, and correct, violations of the Labor Code (Federal, and State), as well as other statues with Defendant employers.  Plaintiff repeatedly asked for a valid, and logically coherent, written explanation from Defendants for the discovered discrepancies.  They continually refused alerting Plaintiff to look deeper into the issues.

Once Plaintiff escalated the conversation to company officers, and highlighted clear issues, that are still as of July, 9, 2020, unresolved, openly retaliatory actions from Defendants began.  Similar to the recently upheld $5,000,000.00 (Five Million Dollar) jury award for retaliation in Hoeper v. City & County Of San Francisco, where Plaintiff, Ms. Hoeper was warned "You'll be Sorry," Defendant Ms. Malloy's "You're barking up the wrong tree" served as a similar function.  First, Plaintiff is not a 'dog,' nor is she, thus the inclusion of 'barking' in the conversation out of nowhere, especially in a professional context is already offensive, but to use that to not address very serious statutory violations is of even greater concern.

Defendant's eventually responded with Defamatory statements, and Retaliatory action, via Sandy Malloy.   See attached.  Plaintiff followed this message up in writing to get clarity, and give Defendants multiple opportunities to correct their false, and defamatory statement(s), as well as retaliatory negative actions, but no correction was made, and additional legal liability ensued.

George Jarvis (J).. Austin, esq. (TBA)  06/06/20
Austin v. Tesla, et. al. Case # 3:20-cv-00800
P.O. Box 1832 Oakland, CA 94604, or alternatively
240 E. Channel St. #431 Stockton, CA 95202

Additionally, plaintiff tried to proactively break down the elements and ask for verification by

Sandy, and Defendants, as Plaintiff wasn't sure if she realized that she was incurring, and

potentially magnifying, legal liability for Defendants (and tried to provide an out).  Ms. Malloy

doubled down, without evidence, and solidified the liability incurring statements, and actions.  See

attached.

Plaintiff, (University of California, Berkeley Graduate (09'), Honors Student, Bay Area

Housing Commissioner, Alum, NAACP National Representative, and Local Youth and College

President, Alum, California Senate, Capital Fellows, Senate Fellows Top 10 out of 800+

Nationally Ranked, Alum (13'), UCLA Law, and Anderson Riordan MBA Fellows, Alum (08',

13'), T-14 Law Student, as well as others), and Attorney of Record, Mr. George Jarvis (J.) Austin,

esq. (TBA) has also tried repeatedly to resolve the issue outside of litigation, but no amenable

option, or alternative, was provided by Defendants.   Specifically, Plaintiff exhausted pre-litigation

options to try and solve the issue outside of court, avoid any unnecessary litigation, or causes of

action, but Defendant employers refused, and further shut down healthy professional, proactive,

communication.

 285



Sandy >

 **Add and share your name and photo**
Set Up... 

portal.

Wage theft Is a very serious allegation George. You're barking up the wrong tree.

I'm not accusing anyone in particular but I didn't get what I was supposed to get paid

The balance is the only one I've been using the entire time

The only one with an error is that paystub

That I know of now (I'll have to double check), thus the justification doesn't make sense given the facts

We need a meeting. Face to

  iMessage 

      

AT&T 5G E    3:43 AM                    26%

< 285

SM

Sandy >

Add and share your name and photo
Set Up...

in Nevada this week I have requested your paystub's and I will be reviewing them in detail and I want to know when we can meet to review the pay stubs on Monday Tuesday next week you let me know? I'm not doing it by text or email because I want to be clear on your questions and I want you to be clear about my answers.

I want to make sure that we can have a conversation back-and-forth about any other questions you might have.

No need to meet just a valid explanation with detail or deposit into my account

iMessage



‹ 285



SM

Sandy ›

 **Add and share your name and photo**
Set Up...                                    

you might have.



No need to meet just a valid explanation with detail or deposit into my account

I need a meeting

That's not needed plus I really don't have time, I just need a written explanation or the Money owed, everything else is unnecessary

I disagree

Let's begin with the written detailed explanation or Payment, and work from there.

    iMessage                          

      

•••ll AT&T 5G+     3:49 AM     ⚡ 36%

AA          🔒 mail.google.com          ⟳  ⊕

‹ 'sandy....                    ⬇    🗑    ▾

# Payroll Question  Inbox          ☆



**George Austin**
gaustin07@gmail.com
Hide details                    ↩

To:        G   Guadalupe Godinez

Bcc:           George Austin

Date:      December 25, 2019, 2:04 PM

Good Afternoon, Guadalupe

How do I access my pay stubs from MVP - Sandy mentioned that I had some with you?

Thank you,

George J. Austin, esq. (TBA).


On Monday, December 9, 2019, George Austin <gaustin07@gmail.com> wrote:
  That's perfect.  Thank you

  On Monday, December 9, 2019, Guadalupe Godinez <GGodinez@mvpstaffing.com> w
  Hello,

  I will update your address. If we update address all your insurance paperwork will be
  mailed to this address. It that okay with you?

<    >                 

AA   🔒 mail.google.com   ↻ ⊕

‹ 'sandy....   ⬇   🗑   ▾

## Payroll Question (Shortchanged)   Inbox   ☆



**George Austin**   ↩
to Whitney, Crystal, Sandy
Dec 27, 2019  Details

> This message has been modified to fit your screen. Tap here to show original.

Good Afternoon, Everyone

I was shorted money on my last paycheck, and potentially before that point as well.

What is the best email contact to investigate this, and get it rectified?

Thank you,

George J. Austin, esq. (TBA).

On Wednesday, November 20, 2019, Whitney Gavrilas <whitney@balancestaffing.com> wrote:

  Hi there,

‹   ›   ⬆   📖   🗗

AA    🔒 mail.google.com    ↻  ⊕

‹ 'vwoo...          ⬇    🗑    ▾

## Re: Touch Base (Conversion & HR Questions)  ☆

Inbox

**George Austin [C]**    ↩
geaustin@tesla.com
Hide details

To:    V    Vincent Woodard

Cc:    B    Brandie To

Date:    January 12, 2020, 11:35 PM

Hi Vince (Or as you may prefer, Mr. Woodard).

I hope this finds you phenomenally well and and blessed beyond measure (as am I).

That sounds great.

I will send you & Brandie my educational/professional background info and some of my accomplishments in my current role.

‹    ›    ⬆    📖    ⬚



AA     🔒 mail.google.com     ↻   ⊕

‹ 'vwoo...      🔽    🗑    ▾

I will also send a separate email with my HR concerns & questions.

Should we schedule some time after I send?

Thank you,

George J. Austin, esq. (TBA).

---

**From:** Vincent Woodard <vwoodard@tesla.com>
**Sent:** Sunday, January 12, 2020 8:47:27 PM
**To:** George Austin [C] <geaustin@tesla.com>
**Cc:** Vincent Woodard <vwoodard@tesla.com>
**Subject:** Touch Base

Mr. Austin, I would like to do a touch base with you to follow up on the questions and concerns you have regarding converting and concerns you have regarding bring issues forward.

            

AA    🔒 mail.google.com     

'vwoo...

**From:** Vincent Woodard <vwoodard@tesla.com>
**Sent:** Sunday, January 12, 2020 8:47:27 PM
**To:** George Austin [C] <geaustin@tesla.com>
**Cc:** Vincent Woodard <vwoodard@tesla.com>
**Subject:** Touch Base

Mr. Austin, I would like to do a touch base with you to follow up on the questions and concerns you have regarding converting and concerns you have regarding bring issues forward.

**Vince Woodard** | **Sr. HR Manager**

45500 Fremont Blvd, Fremont, CA 94538

Cell. +1 (615) 712-3232 | vwoodard@tesla.com



‹ 281

TB

Tesla Vice President Bert B. ›

**Add and share your name and photo**
Set Up...

Good morning, Bert

Who is a good HR person?

Brandie To is sr hr mgr for BIW

Do you have a good email for them?  I'd like to touch base with her or him?

I don't. She is in the email system/address book

What is her last name just in case there's more than one?

"To"

Great thank you I found her.

iMessage





Tesla Vice President Bert B. >

 **Add and share your name and photo**
Set Up... 

again in the future. Thank you

Just googled what you recommended wow I didn't realize that level of turnover departure was going on..



**Tesla's top lawyer is reportedly out for the third time in one year — here are all the key names who have departed in t...**
google.com

Now u know:)

Good luck!

iMessage



‹ 281                    **TB**

Tesla Vice President Bert B. ›

   **Add and share your name and photo**
Set Up...                                                

> Please excuse the late text –
> Monday at 10a should be great.
>
> It is am, correct?

Sat, Jan 4, 7:03 AM

Yes

Mon, Jan 6, 5:40 AM

> Good morning, Bert do you
> mind if we move to Tuesday at
> 10:30 to be safe.  I thought I'd
> have more energy today, and
> don't want to oversleep after
> shift and miss the call time?

Sure - just call

Tue, Jan 7, 10:53 AM



[Written Transcription from Sandy Malloy - Defamation Per Se]

☐ Hi George, this is Sandy from Balance Staffing, um since I know you are not going to pick up the phone, I☐m going to leave this information letting you know, that I☐m aware that you had a meeting with Alexandra, and the Tesla HR this week, as a result of that we are ending your assignment, due to a violation of California Penal Code, in regards to recording a supervisor without his consent, your final paycheck can be picked up today after 5pm, if you don☐t pick it up today it will be mailed by FedEx, um yeah so if you want to discuss this just give me a call, you have my number☐ - Sandy Malloy, Balance Staffing [Speaking on Behalf of All Defendants]

 AT&T 3GE   1:28 AM   85% 16

‹ Voicemail                                    Edit



## Sandy  Malloy

            

message      call      FaceTime      mail      pay

---

January 14, 2020

8:58 AM  **Missed Call**

---

phone
+1 (209) 3▮▮▮▮▮

---

FaceTime                           

---

Notes

---

Send Message

             202

Favorites     Recents     Contacts     Keypad     Voicemail



Cancel  **Save**

Item will be saved to "Downloads" on iCloud Drive.

 voicemail-233

iCloud Drive ⌄

Downloads ⌄

On My iPhone ＞

George Jarvis (J).. Austin, esq. (TBA)  06/06/20
Austin v. Tesla, et. al. Case # 3:20-cv-00800
P.O. Box 1832 Oakland, CA 94604, or alternatively
240 E. Channel St. #431 Stockton, CA 95202

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GEORGE J. AUSTIN, Plaintiff,

v.

TESLA., et al., Defendants.

Case No. 3:20-cv-00800

PARTIAL WAGE AFFIDAVIT
Re: Dkt. Nos. 12, 16-19

George Jarvis (J).. Austin, esq. (TBA)  06/06/20
Austin v. Tesla, et. al. Case # 3:20-cv-00800
P.O. Box 1832 Oakland, CA 94604, or alternatively
240 E. Channel St. #431 Stockton, CA 95202

Pursuant to Rule 26 *Duty to Disclose; General Provisions Governing Discovery,* Rule 56(c), and Rule 44 *Proving an Official Record* Plaintiff moves to file a Partial Wage Affidavit independently verified twice, already, by the State of California, and an auditing unit in their auspices within the Employment Development Department.  See attached (redacted).  These undisputed, but partial Plaintiff's, George J. Austin, wages have also been separately verified by the Internal Revenue Service (Federal, and State, Taxes have been filed, and accepted), Chase Bank, Consumer Financial Protection Bureau, and Federal Trade Commission (see attached letter), as well as other independent metrics.  This is only a portion, full discovery, including disclosure, subpoenas, if necessary, and full proper investigation will tell the more complete, and full story, of converted, or stolen, funds.

Plaintiff, (University of California, Berkeley Graduate (09'), Honors Student, Bay Area Housing Commissioner, Alum, NAACP National Representative, and Local Youth and College President, Alum, California Senate, Capital Fellows, Senate Fellows Top 10 out of 800+ Nationally Ranked, Alum (13'), UCLA Law, and Anderson Riordan MBA Fellows, Alum (08', 13'), T-14 Law Student, as well as others), and Attorney of Record, Mr. George Jarvis (J.) Austin, esq. (TBA) has also asked local law enforcement to look into independently, and formally filed a local police report (see attached).   Specifically, Plaintiff exhausted pre-litigation options to try and solve the issue outside of court, avoid any unnecessary litigation, or causes of action, but Defendant employers refused.   See attached.




**Executive Office (Mail Code OH4-7120)**
3415 Vision Drive
Columbus, OH 43219

February 26, 2020

000006 - 1 of 1 NSP0MCLO-Z1 0 000000
George J. Austin
240 E. Channel St., Apt. 431
Stockton, CA 95202 -4200

**Please send more information so we can research your request**

Dear George J. Austin:

We are responding to your complaint to the Consumer Financial Protection Bureau about your fraud inquiry regarding a series of payroll checks. Thank you for sharing your concerns.

We called you on February 19, 2020, because we need more details to begin our research. Please send us the account number or a copy of the payroll checks in question. Once we receive more information, we will further review your request. If you still need help, please call us.

If you have questions, please call us at 1-877-658-5560 and reference case number ECW200213-07534. We accept operator relay calls. We're here Monday through Friday from 7 a.m. to 8 p.m. and Saturday from 8 a.m. to 5 p.m. Central Time.

Sincerely,

Executive Office
1-877-658-5560
1-866-535-3403 Fax; it's free from any Chase branch
chase.com

cc:　　Consumer Financial Protection Bureau, Complaint ID 200213-4750960

Esta comunicación contiene información importante. Si tiene alguna pregunta o necesita ayuda para traducirla, comuníquese con nosotros llamando al 1-877-658-5560, de lunes a viernes de 7 a.m. a 8 p.m., sábados de 8 a.m. a 5 p.m. hora del Centro.



**Notice Of Computation (DE 429D)**

| Issue Date: | 05-04-2020 |
|---|---|

█████████████████████████████████████████

**Claimant Information**

| Name: | George J Austin | Address: | ████████ |
|---|---|---|---|

**Benefit Information**

| ████████████ | Your Weekly Benefit Amount is ($): | ████████ |
|---|---|---|
| | Your Claim Effective Date: | **04-20-2020** |

**Wage Information**

| Your Name | Employer | Jan-Mar '19 ($) | Apr-Jun '19 ($) | Jul-Sep '19 ($) | Oct-Dec '19 ($) |
|---|---|---|---|---|---|
| | | | | | |
| *GEORGE  AUSTIN | BALANCE STAFFING WORKFORCE LLC | 0.00 | 0.00 | 7,██ | █) |
| *GEORGE  AUSTIN | MVP STAFFING | 0.00 | 0.00 | 7,8██ | █) |
| | | | | | |
| Quarter Total: | | ████ | 0.00 | 15,█ | █████ |
| Total Wages ($): | ████████ | | | | |



Good Afternoon, (Alejandra) & EDD DSI

Attached here is the wage information for the appropriate quarter October-December which qualifies for the maximum weekly benefit according to EDD's formula.  "To qualify for the maximum weekly benefit amount … you must earn at least $28,145.01."  Similar to the previously listed the two companies (Balance/MVP ███████████████████s for the Oct-Dec Quarter: See below (and attachments following)

Notice Of Computation (DE 429D)
Issue Date: 05-04-2020



BALANCE STAFFING WORKFORCE LLC:
██████████████████████ (Oct-Dec. Quarter)

MVP STAFFING:
█████████████) = $14,███████ (Oct-Dec. Quarter)

MVP wages + Balance Wages = 2██████ (Oct-Dec. Quarter) which is greater than the threshold for max benefits.  I've attached wave and W2 information.  Balance Staffing did not provide a W-2, yet though I've requested multiple times.  However, I did include the last pay stub from that quarter see attached.  I've also included some other Identifying information and IDs for verification purposes.

Thank you,

George J. Austin, esq. (TBA).

T-14 law student, 3L (on Sabbatical)
Attorney of Record, Plaintiff
Multiple Law Federal Lawsuits
California Senate/Capital Fellow/Senate Fellow, Alum
University of California, Berkeley, Alum
National Representative, & Local President, NAACP,
Youth and College, Alum
Bay Area Housing Commissioner, Alum

BALANCE STAFFING - [redacted] [redacted]

| Employee ID | Check Date | Soc-Sec-Num | Period Start | Period End | Check No |
|---|---|---|---|---|---|
| George J Austin - [redacted] | [redacted] | | | | |

Federal Tax-Status S Allowances [redacted] State Tax - Status S Allowances 0/0

**CURRENT EARNINGS DETAIL**

| Date | Description | Rate | Hours | Amount | Site |
|---|---|---|---|---|---|
| [redacted] | | | | | |
| Total(s): | | | [redacted] | | |

**DEDUCTIONS / TAXES**

| Description | Amount | Y-T-D |
|---|---|---|
| GARNISHMENT | [redacted] | |
| MEDICAL 125 | | |
| DENTAL 125 | | |
| ACCIDENT | | |
| VISION125 | | |
| FEDERAL TAX | | |
| MEDICARE | | |
| SOC SECURITY | | |
| CA DISABILITY | | |
| Total(s): | [redacted] | |

**DIRECT DEPOSIT**

| Type | Account | Amount |
|---|---|---|
| CHECKING | [redacted] | [redacted] |
| Total: | | [redacted] |

**Net Pay**

[redacted]

**Net Pay YTD**

$16[redacted]

**Y-T-D EARNINGS**

| Description | Amount |
|---|---|
| REGULAR PAY | [redacted] |
| OVERTIME | |
| Total: | [redacted] |

**PAID TIME OFF**

| Desc | C/O | Accrued | Used | Bal |
|---|---|---|---|---|
| CA SICK PAY | 0.00 | 32.00 | 0.00 | 32.00 |

**EMPLOYER CONTRIBUTIONS**

| Description | Amount | Y-T-D |
|---|---|---|
| Total(s): | 0.00 | 0.00 |

PERSONNEL STAFFING GROUP, LLC
1751 LAKE COOK ROAD, SUITE 600
DEERFIELD, IL 60015
(847) 663-4300

[redacted]

Build: RRT-3172 Query: HRP_CHECKS.MVQ Version: Legal_PTO_Arial 19.10.193

Personnel Staffing Group, LLC
BALANCE STAFFING
2142 BERING DRIVE
SAN JOSE, CA 95131

[redacted]

**Pay:** **Non-negotiable**

**To The Order Of:**
George J Austin
2107 Montauban Ct
STOCKTON, CA 95210

Non-Negotiable

Personnel Staffing Group, LLC

BALANCE STAFFING
2142 BERING DRIVE
SAN JOSE, CA 95131

MODESTO
BALMOD
BSS

145 MODESTO BALSTO
George J Austin
2107 Montauban Ct
STOCKTON, CA 95210









**Copy B – To Be Filed With Employee's FEDERAL Tax Return.**

[redacted]

| | | |
|---|---|---|
| **a** Employee's soc. sec. no. [redacted] | **1** Wages, tips, other comp. [redacted] | **2** Federal income tax withheld [redacted] |
| | **3** Social security wages [redacted] | **4** Social security tax withheld [redacted] |
| **b** Employer ID number (EIN) 01-0759364 | **5** Medicare wages and tips [redacted] | **6** Medicare tax withheld [redacted] |

**c** Employer's name, address, and ZIP code

Personnel Staffing Group, LLC
1751 Lake Cook Road, Suite 600
Deerfield, IL 60015

**d** Control number

**e** Employee's name, address, and ZIP code — Suff.

GEORGE J AUSTIN

2107 MONTAUBAN CT
STOCKTON, CA 95210

| | | |
|---|---|---|
| **7** Social security tips [redacted] | **8** Allocated tips [redacted] | **9** |
| **10** Dependent care benefits | **11** Nonqualified plans | **12a** Code See inst. for box 12 DD [redacted] |
| **13** Statutory employee / Retirement plan / Third-party sick pay | **14** Other CASD[redacted] | **12b** Code |
| | | **12c** Code |
| | | **12d** Code |

| | | |
|---|---|---|
| CA [redacted] | | |
| **15** State Employer's state ID number | **16** State wages, tips, etc. | **17** State income tax |
| **18** Local wages, tips, etc. | **19** Local income tax | **20** Locality name |

**Form W-2 Wage and Tax Statement** **2019** Dept. of the Treasury -- IRS

This information is being furnished to the Internal Revenue Service.

*www.irs.gov/efile*

**Copy 2 – To Be Filed With Employee's State, City, or Local Income Tax Return.**

[redacted]

| | | |
|---|---|---|
| **a** Employee's soc. sec. no. [redacted] | **1** Wages, tips, other comp. [redacted] | **2** Federal income tax withheld [redacted] |
| | **3** Social security wages | **4** Social security tax withheld |
| **b** Employer ID number (EIN) 01-0759364 | **5** Medicare wages and tips | **6** Medicare tax withheld |

**c** Employer's name, address, and ZIP code

Personnel Staffing Group, LLC
1751 Lake Cook Road, Suite 600
Deerfield, IL 60015

**d** Control number

**e** Employee's name, address, and ZIP code — Suff.

GEORGE J AUSTIN

2107 MONTAUBAN CT
STOCKTON, CA 95210

| | | |
|---|---|---|
| **7** Social security tips [redacted] | **8** Allocated tips | **9** |
| **10** Dependent care benefits | **11** Nonqualified plans | **12a** Code DD [redacted] |
| **13** Statutory employee / Retirement plan / Third-party sick pay | **14** Other CASD[redacted] | **12b** Code |
| | | **12c** Code |
| | | **12d** Code |

| | | |
|---|---|---|
| CA [redacted] | | |
| **15** State Employer's state I.D. number | **16** State wages, tips, etc. | **17** State income tax |
| **18** Local wages, tips, etc. | **19** Local income tax | **20** Locality name |

**Form W-2 Wage and Tax Statement** **2019** Dept. of the Treasury -- IRS

**Copy C – For EMPLOYEE'S RECORDS (See *Notice to Employee* on the back of Copy B.)**

41-0852411
OMB No. 1545-0008

| | | |
|---|---|---|
| **a** Employee's soc. sec. no. [redacted] | **1** Wages, tips, other comp. [redacted] | **2** Federal income tax withheld [redacted] |
| | **3** Social security wages | **4** Social security tax withheld |
| **b** Employer ID number (EIN) [redacted] | **5** Medicare wages and tips | **6** Medicare tax withheld |

**c** Employer's name, address, and ZIP code

Personnel Staffing Group, LLC
1751 Lake Cook Road, Suite 600
Deerfield, IL 60015

**d** Control number

**e** Employee's name, address, and ZIP code — **Suff.**

GEORGE J AUSTIN

2107 MONTAUBAN CT
STOCKTON, CA 95210

| | | |
|---|---|---|
| **7** Social security tips [redacted] | **8** Allocated tips | **9** |
| **10** Dependent care benefits | **11** Nonqualified plans | **12a** Code See inst. for box 12 DD [redacted] |
| **13** Statutory employee / Retirement plan / Third-party sick pay | **14** Other CASD [redacted] | **12b** Code |
| | | **12c** Code |
| | | **12d** Code |

| | | |
|---|---|---|
| CA [redacted] | | |
| **15** State Employer's state I.D. number | **16** State wages, tips, etc. | **17** State income tax |
| **18** Local wages, tips, etc. | **19** Local income tax | **20** Locality name |

**Form W-2 Wage and Tax Statement** **2019** Dept. of the Treasury -- IRS

This information is being furnished to the IRS. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

**Copy 2 – To Be Filed With Employee's State, City, or Local Income Tax Return.**

41-0852411
OMB No. 1545-0008

| | | |
|---|---|---|
| **a** Employee's soc. sec. no. [redacted] | **1** Wages, tips, other comp. [redacted] | **2** Federal income tax withheld [redacted] |
| | **3** Social security wages | **4** Social security tax withheld |
| **b** Employer ID number (EIN) [redacted] | **5** Medicare wages and tips | **6** Medicare tax withheld |

**c** Employer's name, address, and ZIP code

Personnel Staffing Group, LLC
1751 Lake Cook Road, Suite 600
Deerfield, IL 60015

**d** Control number

**e** Employee's name, address, and ZIP code — **Suff.**

GEORGE J AUSTIN

2107 MONTAUBAN CT
STOCKTON, CA 95210

| | | |
|---|---|---|
| **7** Social security tips [redacted] | **8** Allocated tips | **9** |
| **10** Dependent care benefits | **11** Nonqualified plans | **12a** Code DD [redacted] |
| **13** Statutory employee / Retirement plan / Third-party sick pay | **14** Other CASD [redacted] | **12b** Code |
| | | **12c** Code |
| | | **12d** Code |

| | | |
|---|---|---|
| CA [redacted] | | |
| **15** State Employer's state I.D. number | **16** State wages, tips, etc. | **17** State income tax |
| **18** Local wages, tips, etc. | **19** Local income tax | **20** Locality name |

**Form W-2 Wage and Tax Statement** **2019** Dept. of the Treasury -- IRS

L4UP

5205

[redacted]

**EARNINGS STATEMENT IMPORTANT - KEEP FOR YOUR RECORDS   Mail to Employee**

**Balance Staffing Solutions**
2750 N. Cherryland Ave
Stockton, CA 95215

Name: **GEORGE J AUSTIN**　　　Check Date:　　　Check #

SSN:　　　EE ID:　　　　　　Branch: Stockton - BSS

| Week Worked | Customer - Department | Type | Hours | Pay Rate | Total Pay | YTD Hrs. | YTD Pay |
|---|---|---|---|---|---|---|---|
| | TESLA, INC - Primary | Reg | | | | | |
| | TESLA, INC - Primary | OT | | | | | |

| Tax Name | Taxable Grs. | Tax Amt. | YTD Tax |
|---|---|---|---|
| Federal Income Ta | | | |
| FICA EE | | | |
| MED EE | | | |
| CA WH | | | |
| CALIFORNIA SDI E | | | |

| Bank Name | Amount | Account No. |
|---|---|---|
| RAPID | | |

| Plan | Accrual Hrs. | Deplete Hrs. | Balance |
|---|---|---|---|
| Sick Leave_CA | 1.14 | 0.00 | 32.62 |



| YTD Gross | |
| Gross Amt. | |
| Net Amt. | |
| **Check Number** | |

**Balance Staffing Solutions**
2750 N. Cherryland Ave
Stockton, CA 95215

GEORGE J AUSTIN
2107 MONTAUBAN CT
Stockton, CA 95210



# Austin wants to be sheriff

Look out Tom Tramel, there may be a future sheriff in town.

Five-year-old George Jarvis Austin attends the Kindergarten Center and he wants to be a police officer or a sheriff when he grows up.

Son of Charlotte Hall-Austin, George has begun his school career with a positive attitude. "George is an enthusiastic learner and he is a well-liked and caring person," says one of his teachers.



His interests include T-ball and books, especially the Berenstein Bears series.

According to Principal Earl Watts, "George is a very smart child. He is totally involved in all classroom activities and loves school. With George's ability, I think he can accomplish his goals in life."

**SENATE GOVERNANCE & FINANCE COMMITTEE**
**Senator Lois Wolk, Chair**

**BILL NO:** AB 458          **HEARING:** 8/14/13
**AUTHOR:** Wieckowski       **FISCAL:** Yes
**VERSION:** 2/19/13         **TAX LEVY:** Yes
**CONSULTANT:** Austin

*INCOME TAXES: DEDUCTIONS: PUNITIVE DAMAGES*

*Repeals authority to deduct punitive damages on personal and corporate tax filings.*

## Background and Existing Law

Current law authorizes individuals and corporations to file tax deductions for
the payment of monetary damages in legal cases. Under existing law plaintiffs
can seek "punitive" or "exemplary" damages in legal cases where the defendant is
guilty of "oppression, fraud, or malice." "Malice" means conduct which is intend-
ed by the defendant to cause injury or despicable conduct that is carried on with
a willful and conscious disregard of the rights or safety of others. "Oppression"
means despicable conduct that subjects a person to cruel and unjust hardship in
conscious disregard of that person's rights. "Fraud" means an intentional mis-
representation, deceit, or concealment of a material fact known to the defendant
with the intention on the part of the defendant of thereby depriving a person of
property or legal rights or otherwise causing injury.

California courts hold that punitive damages punish the defendant and deter
similar conduct. The goal of deterrence of similar conduct is both for the specific
defendant who may repeat or continue offensive behavior and to other potential
parties who may commit similar offenses. Punitive damages are not intended to
compensate a plaintiff unlike compensatory damages, which are intended for
compensation.

The Book of Approved Jury Instructions (BAJI) provides that a jury should con-
sider two factors to determine the amount of punitive damages to award:
- The reprehensibility of the defendant's conduct.
- The amount of punitive damages, which will have a deterrent effect on the
  defendant in the light of defendant's financial condition.

In addition, a defendant may ask that a jury be instructed to consider that the
punitive damages bear a reasonable relation to the injury, harm, or damage actu-
ally suffered by the plaintiff.

Tax deductions are generally used to encourage certain behaviors. State law allows taxpayers to deduct ordinary and necessary business expenses incurred in trade or business. Firms that pay punitive damages can deduct those damages as an ordinary and necessary business expense.

California has never affirmatively adopted the policy of allowing punitive damages to be tax deductible as a normal and necessary cost of doing business. Instead, California conforms to the federal rule allowing deductions for ordinary and necessary business expenses (26 U.S.C. §162(f)). The federal deduction is also not found in the U.S. Internal Revenue Code. Instead, it is the result of a 1980 IRS administrative ruling (Rev. Rul. 80-211, 1980-2 C.B. 570).

### Proposed Law

Assembly Bill 458 prohibits, on or after January 1, 2014, taxpayers from claiming a deduction for amounts paid for punitive damages.

AB 458 provides that no deduction shall be allowed for any amount paid or incurred for punitive damages in connection with any judgment in, or settlement of, any action.

AB 458 applies to taxable years beginning on or after January 1, 2014 and takes effect immediately as a tax levy.

### State Revenue Impact

The Franchise Tax Board estimates revenue gains of $400,000 in 2013-14, $1 million in 2014-15, and $1.1 million in 2015-16.

### Comments

1. Purpose of the bill. The purpose of punitive damage penalties is to punish and deter egregious misconduct committed with malice, oppression and fraud. This is a higher standard than normal civil liability. According to the author, "Punitive damages should not be tax-deductible as ordinary nor necessary business expenses; they are not like salaries, equipment or operating expenses. They are financial penalties that are intended to serve the same purpose as criminal fines and statutory penalties, which are not deductible." By removing the tax deduction currently allowed for punitive damages paid, AB 458 treats punitive damages differently from ordinary and necessary business expenses and aligns them with the intent of the penalty.

2. <u>Cost of doing business</u>. Punitive damage awards can vary significantly. Expensive judgments can be difficult for businesses to plan for, and a tax deduction provides financial relief. One example of a costly California punitive damage award in 2012 includes UPS. In *Michael Marlo v. United Parcel Service, Inc.*, UPS paid approximately $16 million dollars in punitive damages for a wrongful termination/retaliation judgment. There are other costs to a business that do not get priced into a punitive damage award. An additional expense is the costs associated with disclosure. Companies usually have to disclose punitive damage judgments which can negatively affect their share price and/or overall enterprise value. Opponents of AB 458 argue that requiring a business to pay an unbudgeted judgment amount could drive up the cost of business, negatively affecting the economy and increasing the cost of goods and services to consumers.

3. <u>Tax Aware Jurors</u>. When juries and judges award punitive damages there is no evidence that they do so with knowledge that punitive damages incurred can be tax deductible. Thus, some defendants are not punished to the degree that the jury intends. In the University of Virginia Law Journal article *Taxing Punitive Damages* authors Gregg D. Polsky and Dan Markel argue that there are two ways to solve that problem. First, the law may be changed to match juror expectations by making punitive damages nondeductible, which is what AB 458 would do in California. Second, you can change the understanding of a juror to include tax awareness. Polsky and Markel argue:

> "Tax-aware juries would adjust the amount of punitive damages to impose the desired after-tax cost on the defendant… tax awareness would best solve the under punishment problem even though it does come at the cost of enlarging plaintiff windfalls. However, given the defendant-focused features of current punitive damages doctrine, this cost is not particularly troubling."

Tax aware jurors may provide an alternative to AB 458. *Should the committee wish to explore this further, and consider requiring that jurors are provided with instructions including the tax deductibility of punitive damages in addition or as an alternative to AB 458, AB 458 should be referred back to Rules Committee for consideration by the appropriate Committee.*

4. <u>Try Again</u>. Assembly Bill 458 replicates AB 1276 (Feuer, 2011), which prohibited a deduction for amounts paid or incurred for punitive damages for taxable years beginning on or after January 1, 2012. AB 1276 failed passage on the Assembly Floor (50-26).

5. <u>Tax increase</u>. Legislative Counsel has assigned a 2/3 vote key to SB 458, as the measure may lead to a tax increase on any taxpayer under Section Three of Article XIIIA of the California Constitution.

Case 3:20-cv-00800-EMC   Document 22   Filed 07/09/20   Page 33 of 137

## Assembly Actions

| | |
|---|---|
| Assembly Revenue and Taxation Committee | 6-3 |
| Assembly Appropriations Committee | 12-5 |
| Assembly Floor | 54-25 |

## Support and Opposition (8/8/13)

Support:  American Federation of State, County and Municipal Employees, AFL-CIO; California Church Impact; California Employment Lawyers Association; California Labor Federation; California Nurses Association; California Professional Firefighters; California School Employees Association, AFL-CIO; California Tax Reform Association; Consumer Federation of California; Disability Rights California; Mexican American Legal Defense and Educational fund; Public Advocates; SEIU; Western Center on Law and Poverty.

Opposition:  California Association for Health Services at Home; California Taxpayers Association; Construction Employers' Association.



< 74



Joseph >

Also, have an idea for significantly reducing downtime and improving efficiency/effectiveness for the Bowl Feeder in PSH. It may require slight Engineering input, but should be a very easy fix

What's the best channel to pass the idea? (How in-depth do I need to breakdown the concept)? Checked-in with Steve, but haven't heard back, yet.

**Sat, Oct 12**, 2:07 PM

Email Jung Kim jukim@tesla.com. Please any help will do.

As for volunteer, I am ok for now, I will contact you 6:00PM

  iMessage 

      




Joseph >

Awesome appreciate you -
should I cc you when I contact
her?

Yes, along with Mozell

Will do - thank you

Sat, Oct 12, 4:14 PM

Is this the correct email for you
jogenson@tesla.com?

Yes

Awesome

Sat, Oct 12, 5:38 PM

Thank you again I just sent the
email to Jung.

Double checking did you say



iMessage












< 74



Joseph >

Appreciate you - for next week right?

Yes

Awesome

Sat, Oct 12, 8:53 PM

Also, Joseph - is there a reason you refer to it as volunteering vs. overtime?  I want to make sure I use the right wording

Because you volunteer for the OT

Excellent- is it wrong to say OT or is it good either way?  (I'm still learning the lingo and company culture) That's really what and why I was asking

   iMessage  

      



< 84

(209) 898-3796 ⌄

audio    FaceTime    info

I hope this finds you phenomenally well and blessed beyond measure (as am I).

Joseph said you were looking to follow up with me and that I should follow up using the Tesla email.

Did the email come through or should I resend?

Thank you,

George J. Austin, esq. (TBA)

Forgot to say Jung got back to me

I followed back up

Sun, Oct 20, 3:18 AM

This is great 👍 Determination in finding answers is admirable indeed. Look forward to the follow up response

  iMessage 

      



< 84



(209) 898-3796 >

Never mind just dropped to 6

You can run past 7 just not 5

Wed, Oct 16, 5:45 AM

Yes please

We are blocked

Filled up the last box count now 100.

I'll start stacking on the side like you had them until another box comes

Count is 105 boxes with 6 waiting to be boxed

Good job man! Way to show your worth online and offline

  iMessage 

      





(510) 274-3813 >

potential solution, but figured I'd start relatively brief.

Has anyone already tried that solution for that station/bowl feeder?

Thank you,

George J. Austin, esq. (TBA)."

**Hey George**
Sounds good, I really like that you took the initiative to reach out and try to assist with improvements on the line. The line definitely needs more of that. I can tell you about that particular stations background with faults to help. The part B-used to be a major downtime issue.
Let's talk more on Saturday!
Great work!

  iMessage 

      





(510) 274-3813 >

Also, buffer pulled earlier from station between BSIR & RQIR on Erik's suggestion

Joe & I pulled

Copy thanks for the info

You should consider being a WST: work station trainer. You are thorough and have great communication skills

Wed, Oct 9, 3:30 AM

Thank you very much. How does that work?

I'm trying to put something together since training doesn't exist here lol and then I can have a few ppl that can train new hires with basics.

  iMessage 

      

 84



(510) 274-3813 >

Also, buffer pulled earlier from station between BSIR & RQIR on Erik's suggestion

Joe & I pulled

Copy thanks for the info

You should consider being a WST: work station trainer. You are thorough and have great communication skills

Wed, Oct 9, 3:30 AM

Thank you very much. How does that work?

I'm trying to put something together since training doesn't exist here lol and then I can have a few ppl that can train new hires with basics.

  iMessage 

      



## Daniel Garcia
🕐 Last seen 11:42 AM

**Conversation**          Files

yuu,

Looks smooth on my end. Appreciate you

October 2, 2019, 5:20 AM

Forgot to send earlier, but Be may have already shared.  Did cap changes/refills for magazines in cells 20,30, & 90 near RSP 2 50 & 80 during the 10 min time set aside (1:00-1:10), on Be's suggestion

Copy, great job! Just everyone shared the same initiative. Appreciate you,

*just wish

October 7, 2019, 1:13 AM

Type a new message

      



**Daniel Garcia**
🕐 Last seen 11:42 AM

**Conversation**                    Files

you,

> Looks smooth on my end.
> Appreciate you

October 2, 2019, 5:20 AM

> Forgot to send earlier, but Be
> may have already shared.  Did
> cap changes/refills for
> magazines in cells 20,30, & 90
> near RSP 2 50 & 80 during the
> 10 min time set aside
> (1:00-1:10), on Be's
> suggestion

Copy, great job! Just everyone
shared the same initiative.
Appreciate you,

*just wish

October 7, 2019, 1:13 AM

Type a new message

         





**Daniel Garcia**
🕐 Last seen 11:42 AM



the task at hand) with a colleague and thought you might like this one as well. I read it for the UCLA Riordan MBA Fellows program and found the info helpful/applicable in a variety contexts

https://www.goodreads.com/book/show/113934.The_Goal



**The Goal: A Process of Ongoing Improvement by Eliyahu M. Goldratt**
www.goodreads.com

September 30, 2019, 7:24 PM

Are these free download e-books or for purchase?

Type a new message

      

 REMINDERS                    39d ago

**How specifically you closer to actualizing Pl...**

Aren

> If interested the basis for the suit is Cal Civil Code Section 3344 & one of the premier legal thinkers in the world on the subject wrote a book in 2018 arguing, validating and asserting the same points I made

Fri, **Nov 8**, 3:35 PM

Holy smokes haha that is amazing haha, you have accomplished more than I eve will. Very impressive stuff righ here

> Don't say that bro there's no limit to what we all can accomplish – this is only a portion of what's possible and probable

           iMessage          

      





Also, Daniel Garcia Elisa Lopez-Minera a written manual/best practices might be great to do the same for Offline knowledge to capture a lot of Victor's experience/knowledge while still here, in written form, for future/new off-liners to learn quickly those key lessons it took months/years to learn (to pair with the auditory, and learn by doing models, currently employed)?



"Don't confuse schooling with education. I didn't go to Harvard but the people that work for me did."

**See more**

 Daniel Garcia Nov 6, 2019, 8:33 PM          ···

Appreciate the time you take to offer your insight and knowledge. Will definitely take it into account as I am still growing to develop my own skills.

Thanks

 **New conversation**

## Conversation
Zone 4 > General



 1

 **Amandeep Singh** Oct 16, 2019, 5:14 AM   •••
George & Fred... Great Job both of you guys.

 **1**

 You Oct 16, 2019, 6:48 AM   •••
Appreciate you Amandeep - you are always excellent

👍 1

Reply

     ••• 

 



# General
Zone 4

RQIL



← **Reply**



**You**
Oct 14, 2019, 6:50 PM

•••

Great job to the team before (previous shift)
they left buffer as full as they could literally
building out every piece. Much appreciated



**See more**

EL **Elisa Lopez-Minera** Oct 14, 2019, 6:54 PM   •••

 

✏ **New conversation**

# Conversation
Zone 4 > General

 **You** 
Oct 6, 2019, 8:41 PM

Meant to mention yesterday, but excellent job Letisha - Smart, attentive to details and hard worker.  Picked up the pattern for every station very quickly.

 1

EL  **Elisa Lopez-Minera** Oct 6, 2019, 8:42 PM  ···
Good feedback.

Reply

      



🔒 outlook.office.com    ↻

**Microsoft Outlook**
Microsoft Corporation
INSTALLED

**OPEN**

‹ Inbox (99+)    ∧    ∨



    

Richard Fontana
Thu 1/2/2020 6:46 PM

Show all 4 recipients

**To:** George Austin [C];...

Thanks for finding this George, ill repair it tonight.

Thank you

Richard Fontana | EHS Technician - Body In White, Stamping , Tool and Die , Paint, Plastics
45500 Fremont Blvd Fremont, CA 94538
m. +1(408) 761-1250 | rfontana@tesla.com

            



🔒 outlook.office.com

**Microsoft Outlook**
Microsoft Corporation
INSTALLED

OPEN

**< Inbox (99+)**                      ∧  ∨

**Paul Allen**
Sat 12/28/2019 12:05 PM

**To:** George Austin [C];

Thanks so much George!  It was a great pleasure meeting you, sir.   Really appreciate your help and willingness to support our team! Seriously, we couldn't do it without you.

Really appreciate the notice, and yes if you're able to support at any time between 9:30 am—8:00 pm on the next four days, please don't hesitate to simply drop-by at any time!  Our team is in desperate need of great people such as yourself, and would love the support.  J

Thanks again!

-Paul



🔒 outlook.office.com      ↻



**Microsoft Outlook**
Microsoft Corporation
INSTALLED

**OPEN**

❮ Inbox (99+)                  ∧   ∨



 

**Ashley Alejos**
Fri 12/20/2019 3:57 PM

Show all 3 recipients

**To:** George Austin [C]; DeliveryVolunteers;...

Thank you so much for your kind note George. We appreciate your support and look forward to having you back!



**George Austin [C]**
Great to meet you & Thank you ...   12/20/2019

   



Bert >

Friday 6:58 AM

Good morning, Bert

Who is a good HR person?

Brandie To is sr hr mgr for BIW

Do you have a good email for them?  I'd like to touch base with her or him?

I don't. She is in the email system/address book

What is her last name just in case there's more than one?

"To"

Great thank you I found her. You are appreciated.

  iMessage 

      

 
🔒 tesla.service-now.com

**Continuous Improvement Requests List**  Page 1

| Report Title: | Continuous Improvement Requests List |
|---|---|
| Run Date and Time: | 2020-01-05 19:11:00 Pacific Standard Time |
| Run by: | George Austin [C] |
| Table name: | u_continuous_improvement_requests |
| Query Condition: | Active = true AND Requested for = George Austin [C] .or. Opened by = George Austin [C] |
| Sort Order: | Number in descending order |

15 Continuous Improvement Requests

| ▼ Number | Requested for | Description | Opened by | Site Code | Supervisor email IDs | Request state | Due date | Assigned to |
|---|---|---|---|---|---|---|---|---|
| CON0023342 | George Austin [C] | | George Austin [C] | SJC02 and SJC12 | geaustin@tesla.com - jomendiola@tesla.com,standersen@tesla.com - juamartinez@tesla.com,jomendiola@tesla.com - standersen@tesla.com | Pending Approval | | |
| CON0023332 | George Austin [C] | | George Austin [C] | SJC02 and SJC12 | geaustin@tesla.com - jomendiola@tesla.com,danigarcia@tesla.com - jomendiola@tesla.com | Pending Approval | | |
| CON0023292 | George Austin [C] | | George Austin [C] | SJC02 and SJC12 | geaustin@tesla.com - jomendiola@tesla.com | Pending Approval | | |
| CON0023291 | George Austin [C] | | George Austin [C] | SJC02 and SJC12 | geaustin@tesla.com - jomendiola@tesla.com,jazgeorge@tesla.com - jomendiola@tesla.com | Pending Approval | | |
| CON0023290 | George Austin [C] | | George Austin [C] | SJC02 and SJC12 | geaustin@tesla.com - jomendiola@tesla.com | Pending Approval | | |
| CON0023289 | George Austin [C] | | George Austin [C] | SJC02 and SJC12 | geaustin@tesla.com - jomendiola@tesla.com,talharkl@tesla.com - jomendiola@tesla.com | Pending Approval | | |
| CON0023288 | George Austin [C] | | George Austin [C] | SJC02 and SJC12 | geaustin@tesla.com - jomendiola@tesla.com | Pending Approval | | |
| CON0023287 | George Austin [C] | | George Austin [C] | SJC02 and SJC12 | geaustin@tesla.com - jomendiola@tesla.com | Pending Approval | | |

Run by: George Austin [C]  2020-01-05 19:11:00 Pacific Standard Time

**Continuous Improvement Requests List**  Page 2

| ▼ Number | Requested for | Description | Opened by | Site Code | Supervisor email IDs | Request state | Due date | Assigned to |
|---|---|---|---|---|---|---|---|---|
| CON0023286 | George Austin [C] | | George Austin [C] | SJC02 and SJC12 | geaustin@tesla.com - jomendiola@tesla.com | Pending Approval | | |

   

🔒 tesla.service-now.com ↻

| | [C] | | [C] | SJC12 | a.com - jomendiola@t esla.com | Approval | |

## 2 of 2

2020-01-05 19:11:00 Pacific Standard Time

---

**Continuous Improvement Requests List**      Page 2

| ▼ Number | Requested for | Description | Opened by | Site Code | Supervisor email IDs | Request state | Due date | Assigned to |
|---|---|---|---|---|---|---|---|---|
| CON0023286 | George Austin [C] | | George Austin [C] | SJC02 and SJC12 | geaustin@tesl a.com - jomendiola@t esla.com | Pending Approval | | |
| CON0023285 | George Austin [C] | | George Austin [C] | SJC02 and SJC12 | geaustin@tesl a.com - jomendiola@t esla.com | Pending Approval | | |
| CON0023283 | George Austin [C] | | George Austin [C] | SJC02 and SJC12 | geaustin@tesl a.com - jomendiola@t esla.com,dani garcia@tesla. com - jomendiola@t esla.com | Pending Approval | | |
| CON0023282 | George Austin [C] | | George Austin [C] | SJC02 and SJC12 | geaustin@tesl a.com - jomendiola@t esla.com | Pending Approval | | |
| CON0023280 | George Austin [C] | | George Austin [C] | SJC02 and SJC12 | geaustin@tesl a.com - jomendiola@t esla.com,fbum agat@tesla.co m - jomendiola@t esla.com | Pending Approval | | |
| CON0023279 | George Austin [C] | | George Austin [C] | SJC02 and SJC12 | geaustin@tesl a.com - jomendiola@t esla.com | Pending Approval | | |
| CON0023277 | George Austin [C] | | George Austin [C] | SJC02 and SJC12 | geaustin@tesl a.com - jomendiola@t esla.com | Pending Approval | | |

---

2020-01-05 19:11:00 Pacific Standard Time

   



< 113

**M**

Mozell >

acknowledging and getting credit for work already completed

You legal experience serves you well. It doesn't sound you like got a fair handshake. It you feel it's necessary to pursue further, then go for it.

I would have submitted several more a long time ago, but didn't know CIs were a thing that earned benefits and helped career advancement

Any other recommendations about the entire situation?

I do not, seems like you have it covered

  Text Message 

      

🔒 login.microsoftonline.com ⟳

Re (Light at RSP1 Left Side): Fix it - Continuous Improvement ⌃



George Austin [C]
Wed 1/15/2020 9:29 AM
Inbox; Sent Items

**To:** Vincent Woodard;
**Cc:** Freddy Rivera;

FYI.  Per our meeting yesterday, Vince.

Thank you again,

George J. Austin, esq. (TBA).

George Austin [C]   →



tive Office (Mail Code OH4-7120)
3415 Vision Drive
Columbus, OH 43219



February 26, 2020

000005 - 1 of 1 NSP5MCL0-Z1 0.000000
George J. Austin
240 E. Channel St., Apt. 431
Stockton, CA 95202 -4200

## Please send more information so we can research your request

Dear George J. Austin:

We are responding to your complaint to the Consumer Financial Protection Bureau about your fraud inquiry regarding a series of payroll checks. Thank you for sharing your concerns.

We called you on February 19, 2020, because we need more details to begin our research. Please send us the account number or a copy of the payroll checks in question. Once we receive more information, we will further review your request. If you still need help, please call us.

If you have questions, please call us at 1-877-658-5560 and reference case number ECW200213-07534. We accept operator relay calls. We're here Monday through Friday from 7 a.m. to 8 p.m. and Saturday from 8 a.m. to 5 p.m. Central Time.

Sincerely,

Executive Office
1-877-658-5560
1-866-535-3403 Fax; it's free from any Chase branch
chase.com

cc:    Consumer Financial Protection Bureau, Complaint ID 200213-4750960

Esta comunicación contiene información importante. Si tiene alguna pregunta o necesita ayuda para traducirla, comuníquese con nosotros llamando al 1-877-658-5560, de lunes a viernes de 7 a.m. a 8 p.m., sábados de 8 a.m. a 5 p.m. hora del Centro.




















Tesla Vice President Bert B. >

 **Add and share your name and photo**
Set Up... 

Congrats again, Bert and I'm very excited for you. It's a blessing to experience that type of freedom, and choice. You and your wisdom and advice are much appreciated, and I look forward to speaking again in the future. Thank you

Just googled what you recommended wow I didn't realize that level of turnover departure was going on..



  iMessage 

      


281

TB

Tesla Vice President Bert B. >

**Add and share your name and photo**
Set Up…

Please excuse the late text –
Monday at 10a should be great.

It is am, correct?

Sat, Jan 4, 7:03 AM

Yes

Mon, Jan 6, 5:40 AM

Good morning, Bert do you
mind if we move to Tuesday at
10:30 to be safe.  I thought I'd
have more energy today, and
don't want to oversleep after
shift and miss the call time?

Sure - just call

Tue, Jan 7, 10:53 AM





< 281



Tesla Vice President Bert B. >

 **Add and share your name and photo**
Set Up... 

again in the future. Thank you

Just googled what you recommended wow I didn't realize that level of turnover departure was going on..



**Tesla's top lawyer is reportedly out for the third time in one year — here are all the key names who have departed in t...**
google.com

Now u know:)

Good luck!

  iMessage 

      



< 281



TB

Tesla Vice President Bert B. >

 **Add and share your name and photo**
Set Up...                                            

Thank you & appreciate you

I also appreciate the positions
you recommended (with my
background, education and
experience level), I will
definitely follow up soon

as well keep focused on the
long term vision/goal you
discussed.

Also, Happy Bday week again I
hope it's absolutely fantastic,
and the best one yet (in the
midst of all the changes, or
perhaps because of them)

Fri, Jan 10, 6:58 AM

Good morning, Bert

        iMessage                    

      

‹ 281

**TB**

Tesla Vice President Bert B. ›

Add and share your name and photo
Set Up...

Good morning, Bert

Who is a good HR person?

Brandie To is sr hr mgr for BIW

Do you have a good email for them? I'd like to touch base with her or him?

I don't. She is in the email system/address book

What is her last name just in case there's more than one?

"To"

Great thank you I found her.

iMessage



"What law school in the country is better positioned to deal with the way the profession is going than Georgetown? We have connections to the corporate bar and criminal justice, and we have extensive clinics. We have been oriented to government and politics for decades. Wherever the legal market is going, what law school has more beachheads there than we do? This is a good place to be."

Daniel R. Ernst, Professor of Law

# Unique

## GEORGETOWN LAW

Combining a world-renowned faculty, a dedication to intellectual stimulation and community, and a location in the heart of the nation's capital, Georgetown is a **unique** place to study law.

### Legal Education in Its Fullest Sense

Georgetown Law seeks not only to impart the tools of the lawyer's trade, but also to foster reflection and inquiry into the nature of law and the role and responsibility of lawyers in a global society. The goal is education in its fullest sense — not only mastery of "black letter law," but a sense of the philosophical, political, social and ethical dimensions of law, the awakening of an abiding curiosity about its nature and purposes, and the instilling of a sense of responsibility in its development and direction.

### A Dynamic Intellectual Community

Georgetown nurtures the very highest standards of scholarly inquiry, intellectual rigor and ethical behavior in a way that respects each student's individuality and fosters his or her particular interests and career goals. The result is a dynamic intellectual community, in which students find an unprecedented range of academic opportunities both inside and outside the classroom.

### An unparalleled Vantage Point

Located in Washington, D.C., within blocks of the U.S. Congress that enacts laws, the Su

# University of California

ON THE NOMINATION OF THE FACULTY OF THE

COLLEGE OF LETTERS AND SCIENCE

HAVE CONFERRED UPON

## GEORGE JARVIS AUSTIN

THE DEGREE OF BACHELOR OF ARTS

WITH A MAJOR IN SOCIOLOGY

WITH ALL THE RIGHTS AND PRIVILEGES THERETO PERTAINING

GIVEN AT BERKELEY

THIS NINETEENTH DAY OF DECEMBER IN THE YEAR

TWO THOUSAND AND NINE

GOVERNOR OF CALIFORNIA AND
PRESIDENT OF THE REGENTS

PRESIDENT OF THE UNIVERSITY



CHANCELLOR AT BERKELEY

ACTING EXECUTIVE DEAN OF THE COLLEGE

# Austin wants to be sheriff



Look out Tom Tramel, there may be a future sheriff in town.

Five-year-old George Jarvis Austin attends the Kindergarten Center and he wants to be a police officer or a sheriff when he grows up.

Son of Charlotte Hall-Austin, George has begun his school career with a positive attitude. "George is an enthusiastic learner and he is a well-liked and caring person," says one of his teachers.

His interests include T-ball and books, especially the Berenstein Bears series.

According to Principal Earl Watts, "George is a very smart child. He is totally involved in all classroom activities and loves school. With George's ability, I think he can accomplish his goals in life."



# CALIFORNIA SENATE

**EXPIRATION**

09/30/2013

**Eye Color**

Brown

**Height**

6-0

Austin, George

Governance & Fin









**FOR IMMEDIATE RELEASE**

**CONTACTS:**           Melissa Jones, (916) 651-4005

July 18, 2012
                        Melissa.Jones@sen.ca.gov

**Stockton residents accepted to prestigious Capitol fellowship**

*George Austin and Faith Lane selected for 2012-2013 Senate Fellowship Program*

SACRAMENTO– Stockton residents George Austin and Faith Lane have been accepted to the prestigious Senate Fellows Program at the State Capitol, where



**Stockton residents accepted to prestigious Capitol fellowship**

*George Austin and Faith Lane selected for 2012-2013 Senate Fellowship Program*

SACRAMENTO– Stockton residents George Austin and Faith Lane have been accepted to the prestigious Senate Fellows Program at the State Capitol, where they will work for 11 months as a full-time staffer in a Senate office.

"I am grateful to be selected and very excited for the opportunity to grow, learn more about our system of government, and most importantly, to serve," said Austin, a graduate of the University of California at Berkeley.

"I feel honored to be given this opportunity," said Lane, a graduate of the University of California at Santa Barbara. "Following my term as a Senate Fellow, I hope use my knowledge acquired through the program to better my home in the Central Valley."










GEORGETOWN UNIVERSITY LAW CENTER

Office of the Dean of Students

February 28, 2019

George Austin
240 Channel St. #431
Stockton CA, 95202

Dear George,

Per your request, please find enclosed copies of the two Georgetown Law admissions brochures of which we are aware that include an image of you.

Sincerely,

Mitch Bailin
Associate Vice President and Dean of Students

600 New Jersey Avenue NW   Washington DC 2001-2075
(202) 662-4066





# STATE OF THE STATE
## ADDRESS

### THURSDAY, JANUARY 24, 2013



'Mega...

## Stockton residents accepted to prestigious Capitol fellowship

*George Austin and Faith Lane selected for 2012-2013 Senate Fellowship Program*

SACRAMENTO– Stockton residents George Austin and Faith Lane have been accepted to the prestigious Senate Fellows Program at the State Capitol, where they will work for 11 months as a full-time staffer in a Senate office.

"I am grateful to be selected and very excited for the opportunity to grow, learn more about our system of government, and most importantly, to serve," said Austin, a graduate of the University of California at Berkeley.

"I feel honored to be given this opportunity," said Lane, a graduate of the University of California at Santa Barbara. "Following my term as a Senate Fellow, I hope use my knowledge acquired through the program to better my home in the Central Valley."










**California State Senator, Fifth District**

# Lois Wolk News

State Capitol, Sacramento, CA 95814 ▪ tel 916.651.4005 ▪ fax 916.323.2304 ▪ www.sen.ca.gov/wolk

**FOR IMMEDIATE RELEASE**

**CONTACTS:**          Melissa Jones, (916) 651-4005

July 18, 2012

                    Melissa.Jones@sen.ca.gov

**Stockton residents accepted to prestigious Capitol fellowship**

*George Austin and Faith Lane selected for 2012-2013 Senate Fellowship Program*

SACRAMENTO– Stockton residents George Austin and Faith Lane have been accepted to the prestigious Senate Fellows Program at the State Capitol, where







The Riordan Programs at the UCLA Anderson School of Management

Certificate of Achievement

is hereby awarded to:

GEORGE AUSTIN

for successful completion of the
2013 Riordan MBA Fellows Program

Richard J. Riordan
Former Mayor of Los Angeles
Co-Founder of The Riordan Programs

William G. Ouchi, Ph.D.
Sanford & Betty Sigoloff Chair in Corporate Renewal
Co-Founder of The Riordan Programs

Roxanne Mendez
Executive Director
The Riordan Programs







# STATE OF THE STATE ADDRESS

## THURSDAY, JANUARY 24, 2013



2012-13
## CALIFORNIA SENATE FELLOWS



**About you**
**Name:** George Austin

**Hometown:** [redacted]

**Hobbies/Interests:** Basketball, Golf, Boxing, Cooking, Kayaking, Travel

**Favorite book(s)/movie(s)/TV show(s)/music:** Finding Forester, Goodwill Hunting, Godfather Trilogy, Coming to America, The Golden Child, Batman Begins, Dark Knight, Dark Knight Rises, Hoop Dreams, Above the Rim, Wedding Crashers, Lord of the Rings 1 & 2, Matrix 1 & 2, Ray, Hangover

The West Wing, Doug, Bloomberg Enterprise, Charlie Rose, The Mentor, Bloomberg Game Changers, Cosby Show, The Wire, Martin

Gospel, R & B, Hip-Hop, Country

The Alchemist, Purpose Driven Life, Autobiography of Malcolm X, Developing the Leader Within – John C. Maxwell, How to Win Friends and Influence People Dale Carnegie, Think and Grow Rich Napoleon Hill, 7 Habits of Highly Effective People

**Birthday:** April 12

**3 strange/unique but interesting facts about you:**
1. Up until I was sixteen my shoes size was always 1 or 2 sizes larger than my age (i.e at twelve years old I wore a size fourteen)
2. In one day I met Oprah Winfrey, Prince, Usher, Anthony Hamilton and Barack Obama
3. I've lived in four states

**Education**
**College/University:** University of California, Berkeley

**Degree:** BA

**Major:** Sociology

**Advanced degrees:** Georgetown Law School- JD (deferred, begin 2013)

---

2012-13
## CALIFORNIA SENATE FELLOWS

**Goals & Work/Relevant Experience**
**Activities or Work Experience after College:**
- Riordan MBA Fellows Anderson School of Business (UCLA)
- Chartered Financial Analyst Level 1 Candidate December 2012
- Chartered Financial Analyst Society Scholarship Recipient
- HAAS School of Business, Arts, Science & Engineering Program (Berkeley)

**Occupational Goals/Interests:** Business/ Law/Entrepreneurship/Finance/Education

**Policy Interests:** Economy, Finance, Appropriations, Energy, Transportation, Economic Development, Trade (International and Domestic), Tax, Banking, Insurance



# CALIFORNIA SENATE

**EXPIRATION**

09/30/2013

**Eye Color**

Brown

**Height**

6-0

Austin, George

Governance & Fin








Senate Governance and Finance Committee

August 14, 2013



89







'Mega...

## Stockton residents accepted to prestigious Capitol fellowship

*George Austin and Faith Lane selected for 2012-2013 Senate Fellowship Program*

SACRAMENTO– Stockton residents George Austin and Faith Lane have been accepted to the prestigious Senate Fellows Program at the State Capitol, where they will work for 11 months as a full-time staffer in a Senate office.

"I am grateful to be selected and very excited for the opportunity to grow, learn more about our system of government, and most importantly, to serve," said Austin, a graduate of the University of California at Berkeley.

"I feel honored to be given this opportunity," said Lane, a graduate of the University of California at Santa Barbara. "Following my term as a Senate Fellow, I hope use my knowledge acquired through the program to better my home in the Central Valley."



















## RULES COMMITTEE

### RESOLUTION
By
**President pro Tempore of the Senate Darrell Steinberg**
RELATIVE TO COMMENDING

# *George Austin*

**WHEREAS**, George Austin was selected from a highly competitive group of outstanding college and university graduates from California and throughout the nation, and was appointed a 2012-2013 California Senate Fellow; and

**WHEREAS**, George Austin, from Stockton, graduated from the University of California, Berkeley, with a Bachelor of Arts degree in Sociology; and

**WHEREAS**, Through his service in the Senate Committee on Governance and Finance, George Austin had the unique opportunity of acquiring a deeper understanding of the legislative process and public policy formation, while also providing assistance to Senate Members, legislative committees, and their constituencies; and

**WHEREAS**, The California Senate Fellows program, established in 1973 and sponsored jointly by the Senate and California State University, Sacramento, enables 18 individuals to become full-time Senate staff members in the State Capitol for 11 months and receive six units of university graduate credit; and

**WHEREAS**, As a result of his outstanding service as a Senate Fellow, George Austin is better equipped to provide valuable leadership and contributions to educational institutions; local, regional, state, and federal governments; and professional, business, and community endeavors in the State of California and the nation; now, therefore, be it

**RESOLVED BY THE SENATE RULES COMMITTEE**, That George Austin, a 2013-2013 California Senate Fellow, be commended for his exemplary service on behalf of the Members of the Senate, and extended best wishes for every success in his future endeavors.

Senate Rules Committee Resolution No. 24 adopted this 12th day of August, 2013



CHAIR
*Senatoris Est Civitatis*                    *Libertatem Tueri* •





99





'duke l...

**From:** hoye@law.duke.edu <hoye@law.duke.edu>
**To:** "GAUSTIN07@YAHOO.COM"
<GAUSTIN07@YAHOO.COM>
**Sent:** Tuesday, January 10, 2012, 5:47:42 AM PST
**Subject:** Duke Law School Priority Track



DUKE LAW HOME PAGE  DUKE.EDU

## Duke Priority Track & Fee Waiver

TO:  Mr. George Austin, 

Dear Mr. Austin:

mail.google.com

'duke l...  

Dear Mr. Austin:

I am pleased to learn of your interest in attending law school.  We received information about your outstanding academic record from the Law School Admission Council's Candidate Referral Service.  Based on your strong credentials, I invite you to apply to Duke Law School through our Priority Track review process.  This program guarantees that a response to your application will be mailed to you within ***ten days*** of completing your file.

The Priority Track program allows you to submit your application materials at any time prior to the February 15 deadline.  Your application fee will be automatically waived when you submit your application through LSAC; you should not need to enter a code.  Upon completion of your file, your application will receive an immediate comprehensive review and you will receive a response within ten days.  This is a non-binding program; if you are admitted to Duke, you may freely consider offers of admission from other law schools.

Please note that several elements are required to complete your file, including a Credential Assembly Service (CAS)

'Harva…   

If you have any relevant, new information, which is not part of your application to date, we invite you to send this information to the Admissions Office. For example, if you have been enrolled in an academic program, you may wish to provide a final transcript to LSAC.

If you wish to send additional information to the admissions office, please do so via postal mail. Our mailing address is at the bottom of this email. **We will not open or accept email attachments.**

Thank you again for your interest in Harvard Law School.

Sincerely,

Karen Buttenbaum

Director of Admissions

J.D. Admissions Office
Austin Hall, Room 203
1563 Massachusetts Avenue

 🔒 mail.google.com 

'Harva…   

If you are able and interested in accepting an offer of admission from Harvard Law School over the summer, you should remain on the wait list.  If at any time you decide that you do not wish to remain on the wait list, please contact us immediately so that we can remove you from the list and avoid delaying the admission of another candidate.

If you'd like your application to remain under consideration, **please reply to this email indicating your desire to remain on the waitlist**. In your response, please specify if there is a date after which you would not be able to consider an offer of admission (note: we keep an active waitlist up through the start of classes in September).  Once we receive this information, your status will change from "waitlist offered" to "active on the waitlist."

If you have any relevant, new information, which is not part of your application to date, we invite you to send this information to the Admissions Office.  For example, if you have been enrolled in an academic program, you may

   

🔒 mail.google.com

'Harva…

**From:** jdadmiss@law.harvard.edu
<jdadmiss@law.harvard.edu>
**To:** "GAUSTIN07@YAHOO.COM"
<GAUSTIN07@YAHOO.COM>
**Sent:** Wednesday, April 25, 2012, 7:08:30 AM PDT
**Subject:** Harvard Law School - Wait list offer

Dear Mr. Austin:

Thank you for applying to Harvard Law School.  After reviewing your application, the Admissions Committee is offering you a spot on the wait list for the class of 2015.

I have attached answers to the most frequently asked questions about our wait list.  Simply put, Harvard Law School maintains a wait list of applicants who are interested in enrolling at HLS this fall.  Should space become available in the entering class, we will review the wait list and make offers of admission.

If you are able and interested in accepting an offer of admission from Harvard Law School over the summer

▶ Today's news & events
▶ Berkeleyan home
▶ Berkeleyan archive
▶ Subscribe to news
▶ For the news media
▶ Calendar of events
Top stories:

## Berkeleyan



Home away from home for many at Berkeley, Stiles Hall's living room comfortably holds a crowd. Here, from left to right, Jennifer Church, office manager; George Austin, transfer-students-program director; Dave Stark, Stiles director (holding a photo of









..ll AT&T  LTE                    10:00 AM                      54%

🔒 mail-attachment.googleusercontent.com

2012-13
## CALIFORNIA SENATE FELLOWS



**About you**
**Name:** George Austin

**Hometown:**

**Hobbies/Interests:** Basketball, Golf, Boxing, Cooking, Kayaking, Travel

**Favorite book(s)/movie(s)/TV show(s)/music:** Finding Forester, Goodwill Hunting, Godfather Trilogy, Coming to America, The Golden Child, Batman Begins, Dark Knight, Dark Knight Rises, Hoop Dreams, Above the Rim, Wedding Crashers, Lord of the Rings 1 & 2, Matrix 1 & 2, Ray, Hangover

The West Wing, Doug, Bloomberg Enterprise, Charlie Rose, The Mentor, Bloomberg Game Changers, Cosby Show, The Wire, Martin

Gospel, R & B, Hip-Hop, Country

The Alchemist, Purpose Driven Life, Autobiography of Malcolm X, Developing the Leader Within – John C. Maxwell, How to Win Friends and Influence People Dale Carnegie, Think and Grow Rich Napoleon Hill, 7 Habits of Highly Effective People

**Birthday:** April 12

**3 strange/unique but interesting facts about you:**
1. Up until I was sixteen my shoes size was always 1 or 2 sizes larger than my age (i.e at twelve years old I wore a size fourteen)
2. In one day I met Oprah Winfrey, Prince, Usher, Anthony Hamilton and Barack Obama
3. I've lived in four states

**Education**
**College/University:** University of California, Berkeley

**Degree**: BA

**Major:** Sociology

**Advanced degrees:** Georgetown Law School- JD (deferred, begin 2013)

---

2012-13
## CALIFORNIA SENATE FELLOWS

### Goals & Work/Relevant Experience
**Activities or Work Experience after College:**
- Riordan MBA Fellows Anderson School of Business (UCLA)
- Chartered Financial Analyst Level 1 Candidate December 2012
- Chartered Financial Analyst Society Scholarship Recipient
- HAAS School of Business, Arts, Science & Engineering Program (Berkeley)

**Occupational Goals/Interests:** Business/ Law/Entrepreneurship/Finance/Education

**Policy Interests:** Economy, Finance, Appropriations, Energy, Transportation, Economic Development, Trade (International and Domestic), Tax, Banking, Insurance









































Jamie Foxx - 36th NAACP Image Awards - Outstanding Actor in a Motion Picture

NAACP Image Awards · 55,883 views

 171   5



PRESIDENT BARACK OBAMA HONORED - HILL HARPER, FANTASIA, JULIAN BOND

AIKAN1974 · 1,512,033 views

👍 5K  👎 210





.ıll AT&T  LTE                    10:00 AM                  ⦿ ⁑ 54% ◼

🔒 mail-attachment.googleusercontent.com



2012-13
## CALIFORNIA SENATE FELLOWS



**About you**
**Name:** George Austin

**Hometown:** Stockton

**Hobbies/Interests:** Basketball, Golf, Boxing, Cooking, Kayaking, Travel

**Favorite book(s)/movie(s)/TV show(s)/music:** Finding Forester, Goodwill Hunting, Godfather Trilogy, Coming to America, The Golden Child, Batman Begins, Dark Knight, Dark Knight Rises, Hoop Dreams, Above the Rim, Wedding Crashers, Lord of the Rings 1 & 2, Matrix 1 & 2, Ray, Hangover

The West Wing, Doug, Bloomberg Enterprise, Charlie Rose, The Mentor, Bloomberg Game Changers, Cosby Show, The Wire, Martin

Gospel, R & B, Hip-Hop, Country

The Alchemist, Purpose Driven Life, Autobiography of Malcolm X, Developing the Leader Within – John C. Maxwell, How to Win Friends and Influence People Dale Carnegie, Think and Grow Rich Napoleon Hill, 7 Habits of Highly Effective People

**Birthday:** April 12

**3 strange/unique but interesting facts about you:**
1. Up until I was sixteen my shoes size was always 1 or 2 sizes larger than my age (i.e at twelve years old I wore a size fourteen)
2. In one day I met Oprah Winfrey, Prince, Usher, Anthony Hamilton and Barack Obama
3. I've lived in four states

**Education**
**College/University:** University of California, Berkeley

**Degree:** BA

**Major:** Sociology

**Advanced degrees:** Georgetown Law School- JD (deferred, begin 2013)

---

2012-13
## CALIFORNIA SENATE FELLOWS

**Goals & Work/Relevant Experience**
**Activities or Work Experience after College:**
- Riordan MBA Fellows Anderson School of Business (UCLA)
- Chartered Financial Analyst Level 1 Candidate December 2012
- Chartered Financial Analyst Society Scholarship Recipient
- HAAS School of Business, Arts, Science & Engineering Program (Berkeley)

**Occupational Goals/Interests:** Business/ Law/Entrepreneurship/Finance/Education

**Policy Interests:** Economy, Finance, Appropriations, Energy, Transportation, Economic Development, Trade (International and Domestic), Tax, Banking, Insurance



