George Jarvis (J).. Austin, esq. (TBA)  06/06/20
Austin v. Tesla, et. al. Case # 3:20-cv-00800
P.O. Box 1832 Oakland, CA 94604, or alternatively
240 E. Channel St. #431 Stockton, CA 95202

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GEORGE J. AUSTIN, Plaintiff,   SERVICE ADDRESS PARTIAL AFFIDAVIT
                               Re: Dkt. Nos. Nos. 18-22

v.

TESLA., et al., Defendants.

Case No. 3:20-cv-00800

1. United States Ninth Circuit District Court
Service Address Partial Affidavit :

George Jarvis (J).. Austin, esq. (TBA)  06/06/20
Austin v. Tesla, et. al. Case # 3:20-cv-00800
P.O. Box 1832 Oakland, CA 94604, or alternatively
240 E. Channel St. #431 Stockton, CA 95202

Pursuant to Rule 26 *Duty to Disclose; General Provisions Governing Discovery,* Rule 56(c), and Rule 44 *Proving an Official Record* Plaintiff moves to file a Confirmation of Defendants Service Address Partial Affidavit.  Pursuant to Rule 4, and Rule 5(c) of the Federal Rules of Civil Procedure, and for the purpose of the Court to be able to execute service on Defendants, Plaintiff has included additional verification of steps taken to ensure proper address was provided to the Court.   Since initial verification, Plaintiff, (University of California, Berkeley Graduate (09'), Honors Student, Bay Area Housing Commissioner, Alum, NAACP National Representative, and Local Youth and College President, Alum, California Senate, Capital Fellows, Senate Fellows Top 10 out of 800+ Nationally Ranked, Alum (13'), UCLA Law, and Anderson Riordan MBA Fellows, Alum (08', 13'), T-14 Law Student, as well as others), and Attorney of Record, Mr. George Jarvis (J.) Austin, esq. (TBA) has texted, called, and emailed, to follow up.

Specifically, Plaintiff, called Tesla's Deputy General Counsel (whom he met with previously for lunch in November of 2019, based on then Tesla's Vice President Bert Bruggeman's recommendation), the General Counsel's general line, Human Resources, and left multiple voicemails (as late as May, 2020) regarding the business at hand.  Plaintiff also wrote to each Defendant organization to verify, with varying degrees of responsiveness thus far.  Plaintiff, and Counsel of Record, George J. Austin, did receive some written correspondence.  See attached.

**Tesla's Deputy General Counsel Yusef**

Text Message
Wed, Nov 20, 1:53 PM

> Hi Yusuf this is George. I'm running about 5 minutes behind schedule

Sat, Feb 8, 10:50 AM

> Good Afternoon, is this Yusuf's Cell?

Sat, Feb 8, 12:47 PM

Yes

> This is George J. Austin,
>
> I was doubly checking you received my email regarding the unfortunate need to sue.
>
> Did you receive?



**Tesla's Deputy General Counsel Yusef**



GEORGE AUSTIN

google.com 

≡ JUSTIA

**Austin v. Tesla, Inc. et al**

**Plaintiff:**
George J. Austin



**Tesla's Deputy General Counsel Yusef** >

---

**Presiding Judge:**
Joseph C Spero

**Nature of Suit:**
Other Statutory Actions

**Cause of Action:**
28:1331

**Jury Demanded By:**
Plaintiff

**Docket Report**

This docket was last retrieved on February 5, 2020. A more recent docket listing may be available from PACER.

**February 3, 2020:**

---

> Wanted to make sure you knew. Federal Marshalls will provide official service

> It was sent from gaustin07@gmail.com. I can resend if needed




**Tesla's Deputy General Counsel Yusef** >

**Jury Demanded By:**
Plaintiff

**Docket Report**

This docket was last retrieved on February 5, 2020. A more recent docket listing may be available from PACER.

February 3, 2020:

Wanted to make sure you knew. Federal Marshalls will provide official service

It was sent from gaustin07@gmail.com. I can resend if needed

Sat, Feb 8, 4:56 PM

I would have sent from my Tesla account, but there's some technical difficulties (although it's active).

  
      

6

# Tesla Deputy GC Favors Legal Talent Over 'Law Firm Brands'

At pioneering company, lawyer is building a database of legal claims to help identify "points of inquiry."

By **Jonathan Ringel** | February 07, 2020 at 11:35 AM





Yusuf Mohamed, deputy general counsel, Tesla. (Photo: John Disney/ALM)



9

mail.google.com

'Ymoh...

**George J. Austin, esq. (TBA) to Tesla - Medical Records & Verifying Legal Service Address & Legal Department Contact Info**   Inbox

**George Austin**
to Hr, hr, VulnerabilityReporting, +13
May 20  Details

Good afternoon, Tesla HR

I hope this finds you phenomenally well and blessed beyond measure (as am I).

I left a voicemail for Yusef, the Deputy General Counsel and also am writing you to verify service information for the legal action currently in the 9th Circuit.

I am lead Counsel/Attorney, and plaintiff (the one who initiated the legal action due to issues of wage/labor violations, defamation per se, and other issues creating liability for the respective organizations).



Counsel and also am writing you to verify service information for the legal action currently in the 9th Circuit.

I am lead Counsel/Attorney, and plaintiff (the one who initiated the legal action due to issues of wage/labor violations, defamation per se, and other issues creating liability for the respective organizations).

Can you verify the mailing address, and also provide the best contact for Tesla's legal department/Team?

Lastly, what's the best way to get a copy of all my medical records from repeated visits (as well as the Supervisor Injury Report on 11/29/19) at Tesla's Clinic for injury to my knees.

Thank you,

George J. Austin, esq. (TBA).
Plaintiff, Attorney of Record