Greeting

# Voicemail

## Unknown
unknown
September 16, 2020 at 8:45 AM

0:00

     

+1 (209) 576-0888
Modesto, CA

**Unknown**
unknown