George Jarvis (J).. Austin, esq. (TBA)  09/06/20.
Austin v. Tesla, et. al. Case # 3:20-cv-00800
P.O. Box 1832 Oakland, CA 94604, or alternatively
240 E. Channel St. #431 Stockton, CA 95202

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GEORGE J. AUSTIN, Plaintiff,  MOTION FOR CORRECTION: DEFENDANT PARTIES RE-ADDED, AFTER IMPROPERLY TERMINATED   Re: Dkt. Nos. 18-35

v.

TESLA, INC., et al., Defendants.

Case No. 3:20-cv-00800

George Jarvis (J).. Austin, esq. (TBA)  09/06/20.
Austin v. Tesla, et. al. Case # 3:20-cv-00800
P.O. Box 1832 Oakland, CA 94604, or alternatively
240 E. Channel St. #431 Stockton, CA 95202

Under Federal Rule of Civil Procedure 60(a) *Corrections Based on Clerical Mistakes, Oversights and Omissions,* the court may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record.  The court may do so on motion or on its own, with or without notice.  Here it appears a simple mistake of a missing paper including the rest of the defendant parties prompted the error in the docket.  Because of the error, or oversight, it appears several Defendant parties were improperly terminated including: a) Vince Woodard, HR Director, Tesla, b) Sandy Malloy, Leader in Payroll & Personnel, Balance Staffing, c) Daniel Garcia, Lead, Tesla, d) Joseph Mendiola, Supervisor, Tesla, and, e) California Employment Development Department (EDD) (Disability Insurance) & Legal Office.

Plaintiff moves for the court to correct the error and include all Defendant Parties, including recently added Defendant Party, EDD (Disability Insurance).  Under Federal Rules of Civil Procedure rule 60(a) Plaintiff moves to correct the improper removal, and re-addition of Defendant Parties, with respect to the amended complaint incorporating EDD Defendant's legal liability prompting urgent need for injunctive relief for irreparable harm to Plaintiff (due to partially received, but partially unconstitutionality withheld, backpay, and benefit compensation).  See Dockets 18, 26-28.  The Accurate Current List of Defendants is Below.

**Current Defendant List:**

1. Tesla, Inc.Organization
   - Tesla Headquarters
   - 45500 Fremont Blvd.
   - Fremont, CA 94538
2. Balance Staffing Organization
   - 2750 Cherryland Ave

George Jarvis (J).. Austin, esq. (TBA)  09/06/20.
Austin v. Tesla, et. al. Case # 3:20-cv-00800
P.O. Box 1832 Oakland, CA 94604, or alternatively
240 E. Channel St. #431 Stockton, CA 95202

- - Stockton, CA 95215
  - 209.474.1379
3. MVP Personnel Staffing Group Organization
    - 1751 Lake Cook Rd Ste 600,
    - Deerfield, IL 60015
4. Steve Anderson Associate Manager, Tesla
    - Tesla Headquarters
    - 45500 Fremont Blvd.
    - Fremont, CA 94538
5. Vince Woodard (Tesla HR)
    - Tesla Human Resources
    - 45500 Fremont Blvd.
    - Fremont, CA 94538
6. Daniel Garcia (Tesla Lead)
    - Tesla Headquarters
    - 45500 Fremont Blvd.
    - Fremont, CA 94538
7. Jose Mendiola (Tesla Supervisor)
    - Tesla Headquarters
    - 45500 Fremont Blvd.
    - Fremont, CA 94538
8. Sandy Malloy (Balance HR Officer)
    - 2750 Cherryland Ave
    - Stockton, CA 95215
    - 209.474.1379
9. (EDD) California Employment Development Department (Disability Insurance) & Legal Office
    - EDD Legal Office
    - 800 Capitol Mall, MIC 53
    - Sacramento, CA 95814-4703