| | |
|---|---|
| From: | EDD Communications (noreply@edd.ca.gov) |
| To: | Gaustin07@gmail.com |
| Sent: | 10-01-2020 |
| Subject: | Response to General Inquiry |



**Disability Insurance**

**Employment Development Department**

**State Of California**

Dear    George J Austin :

Thank you for your inquiry. Adjustment payment has been issued on 09/28/2020. The first adjustment payment was 04/20/2020.

Thank you,
Employment Development Department (EDD)
State Of California

*This e-mail was auto generated. Please do not respond.*

*This e-mail was sent to Gaustin07@gmail.com and contains information directly related to your account with us. This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message.*

FormGeneralInquiryResponse rev. 1.0.0.0 (06-2011)