PILLSBURY WINTHROP SHAW PITTMAN LLP
JEAN F. KUEI (Bar No. 229752)
jean.kuei@pillsburylaw.com
ANDREA R. MILANO (Bar No. 278937)
andrea.milano@pillsburylaw.com
1200 Seventeenth Street, NW
Washington, DC 20036
Telephone:    202.663.8000
Facsimile:    202.663.8007

Attorneys for Defendant TESLA, INC. D/B/A IN CALIFORNIA AS TESLA MOTORS, INC. (erroneously sued as TESLA, INC.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE J. AUSTIN, an individual<br><br>            Plaintiff,<br><br>    vs.<br><br>TESLA, INC., BALANCE STAFFING, MVP PERSONNEL, STEVE ANDERSON,<br><br>            Defendants. | Case No. 3:20-cv-00800-EMC<br><br>**DEFENDANT TESLA, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Date:  December 17, 2020<br>Time:  1:30 p.m.<br>Courtroom:  5<br>Judge:  Edward M. Chen |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure the undersigned attorneys of record for Defendant Tesla, Inc. ("Tesla") certify that Tesla has no parent corporation and that, to Tesla's knowledge, no public corporation owns more than 10% of its stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated:  November 12, 2020

PILLSBURY WINTHROP SHAW PITTMAN LLP

*/s/ Jean F. Kuei*

By:  JEAN F. KUEI
ANDREA R. MILANO

Attorneys for Defendant TESLA, INC. D/B/A IN CALIFORNIA AS TESLA MOTORS, INC. (erroneously sued as TESLA, INC.