1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   JEAN F. KUEI (Bar No. 229752)
2  jean.kuei@pillsburylaw.com
   ANDREA R. MILANO (Bar No. 278937)
3  andrea.milano@pillsburylaw.com
   1200 Seventeenth Street, NW
4  Washington, DC 20036
   Telephone:   202.663.8000
5  Facsimile:    202.663.8007

6  Attorneys for Defendant TESLA, INC. D/B/A IN CALIFORNIA AS
   TESLA MOTORS, INC. (erroneously sued as TESLA, INC.)
7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11

| | |
|---|---|
| GEORGE J. AUSTIN, an individual<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>TESLA, INC., et al.,<br><br>　　　　　　　　Defendants. | Case No. 3:20-cv-00800-EMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT TESLA, INC.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT OR, IN THE ALTERNATIVE, STRIKE PORTIONS OF PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Date:  December 17, 2020<br>Time:  1:30 p.m.<br>Courtroom:  5<br>Judge:  Edward M. Chen |

[PROPOSED] ORDER

4847-7197-3841.v1

Defendant Tesla, Inc.'s ("Defendant" or "Tesla") Motion to Dismiss Plaintiff's First Amended Complaint or, in the Alternative, Strike Portions of Plaintiff's First Amended Complaint ("Motion") came on regularly for hearing before this Court on December 17, 2020, both parties represented by counsel of record.

Having considered the moving and opposition papers, arguments of counsel, and all other matters and evidence submitted to the Court, and good cause appearing therefore, the Court hereby GRANTS Defendant's Motion to Dismiss in its entirety.

IT IS HEREBY ORDERED that Defendant's Motion to Dismiss is GRANTED. Plaintiff's First Amended Complaint is hereby DISMISSED without leave to amend.

**IT IS SO ORDERED.**

[Or, in the alternative:

IT IS HEREBY ORDERED that Defendant's Motion to Strike is GRANTED. The following provisions of Plaintiff's First Amended Complaint are hereby STRICKEN:

1. Unauthenticated Exhibits: FAC 99-133

2. "Side Notes on Fed Pro Bono Project:" FAC 2:15-3:4

3. Plaintiff's Duplicative Descriptions of Himself: FAC 5:6-12; 10:7-12; 17:9-15; 26:10-15; 33:6-12; 39:2-8; 47:19-48:3; 52:6-11; 58:18-59:3; 71:20-72:5; and 75:13-18.)

**IT IS SO ORDERED.**]


Dated: _____, 2020

                                                  Honorable Edward M. Chen
                                                  Judge, United States District Court