George Jarvis (J).. Austin, esq. (TBA)  011/14/20
Austin v. Tesla, et. al. Case # 3:20-cv-00800
240 E. Channel St. #1354 Stockton, CA 95202

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE J. AUSTIN, Plaintiff, | Notice of Previous and Upcoming series of Pre-discovery, but post Judicial Review AFFIDAVITs justifying, and in support of a. Plaintiff's Claims, b. Future Jury Awards, or Settlements, and c. fundamental factual and legal basis (in response to Defendant Tesla's Motion). |
| | Re: Dkt. Nos. 40-44 |
| v. | |
| TESLA., et al., Defendants. | |
| Case No. 3:20-cv-00800 | |

George Jarvis (J).. Austin, esq. (TBA)  011/14/20
Austin v. Tesla, et. al. Case # 3:20-cv-00800
240 E. Channel St. #1354 Stockton, CA 95202

Pursuant to Rule 26 *Duty to Disclose; General Provisions Governing Discovery,* Rule 56(c), and Rule 44 *Proving an Official Record* Plaintiff moves to file Notice of a series Affidavits regarding specifics around Plaintiff fundamental claims.  In addition to the upcoming filed Affidavits, Plaintiff, (University of California, Berkeley Graduate (09'), Honors Student, Bay Area Housing Commissioner, Alum, NAACP National Representative, and Local Youth and College President, Alum, California Senate, Capital Fellows, Senate Fellows Top 10 out of 800+ Nationally Ranked, Alum (13'), UCLA Law, and Anderson Riordan MBA Fellows, Alum (08', 13'), T-14 Law Student, as well as others), and Attorney of Record, Mr. George Jarvis (J.) Austin, esq. (TBA), encourages Defendant Tesla, and its legal representation, to review the previously filed Affidavits, along with the upcoming ones, when filed.  Plaintiff also reminds Defendant Tesla that as a previous employer of Plaintiff they assumed, and assume, fiduciary and legal responsibility, and duties, along with the Subcontractors (Personnel Staffing/Balance Staffing) that paid directly to Plaintiff via Tesla's payments to them (i.e. 100% of the work at Tesla, after badging in with Tesla provided Badges, in Tesla PPE (personal protective equipment) provided by Tesla, on Tesla real estate, in Tesla facilities, producing Tesla products, managed 100% by Tesla employees, and owners, paid by Tesla Company, etc.).  Plaintiff encourages Defendant Tesla, and its legal representation, to review the below filed Affidavits on the docket, in conjunction with the operative, and most recent, *Amended Complaint* (which has already passed *Twombly,* and *Iqbal* standards in Judicial review):

- Docket #38 (Tuesday, October 06, 2020) misc Affidavit Tue 10/06 3:17 AM - AFFIDAVIT re37 Affidavit,,28 Amended Complaint #4 State of California Verification of All Wages in George J. Austin's name, including at least, and approximately, $25,000.00 of stolen, or converted wages; and Request from Employer of Re-issuance to Specified Address (as they were never received by Plaintiff). by George Jarvis Austin. (Austin, George)

George Jarvis (J).. Austin, esq. (TBA)  011/14/20
Austin v. Tesla, et. al. Case # 3:20-cv-00800
240 E. Channel St. #1354 Stockton, CA 95202

- Docket #37 (Monday, October 05, 2020)  misc Affidavit Mon 10/05 6:16 PM - AFFIDAVIT re27 Application for Writ,28 Amended Complaint #4 State of California, EDD Back Pay Made, and proper re-computation adjustment going forward (maximum benefit claim starting 4/20/20 based on Audited, and Verified Wages, Accounts, and Financial Information) by George Jarvis Austin.(Austin, George)

- Docket #22 137 pgs misc Affidavit Thu 07/09 2:32 PM AFFIDAVIT re21 Affidavit,16 Order,,18 Amended Complaint,20 Affidavit, 17 Clerk's Notice,19 Order Adopting Report and Recommendations,, Whistle-Blower Retaliation Partial Affidavit Related [+] Initial Disclosure(s) by George Jarvis Austin. (Austin, George)

- Docket #21 misc Affidavit Thu 07/09 2:37 AM - AFFIDAVIT re16 Order,,18 Amended Complaint, 17 Clerk's Notice,19 Order Adopting Report and Recommendations,, Testimonial Defamation Per Se Affidavit Related [+] Initial Disclosure(s) by George Jarvis Austin. (Austin, George) Tuesday, July 07, 2020

- Docket #20 misc Affidavit Tue 07/07 11:17 PM - AFFIDAVIT re18 Amended Complaint Partial Wage Affidavit Related [+] Initial Disclosure(s) by George Jarvis Austin. (Austin, George)

- Plaintiff shall also file a series of upcoming AFFIDAVITS buttressing the underlying causes of action, and supporting the subsequent jury, or settlement awards which were conducted independently, under the penalty of perjury by the State of California Auditing and Accounting Departments and its requisite, and thorough due diligence (i.e. verifying check stubs, account numbers, transactions, deposits, etc.)

Defendant Tesla, or its representation, appears to either not have received, or misunderstood, some of the previous filings, and perhaps misunderstood that these causes of action have already surpassed the *Iqual and Twombly* standards of pleading, and further have been buttressed with Affidavits, exhibits, and proof long before required in the litigation process (as we have yet to formally enter the Discovery phase where any authentication of documents, and or accounts, can be further disclosed).  To provide a bit further context of the seriousness of the underlying causes of action, and their potential financial and legal ramifications for Defendants, a similarly situated case with Plaintiffs possessing similar underlying causes of action recently won in

George Jarvis (J).. Austin, esq. (TBA)  011/14/20
Austin v. Tesla, et. al. Case # 3:20-cv-00800
240 E. Channel St. #1354 Stockton, CA 95202

the California Eastern District, Sacramento (*Ani Chopourian v. Catholic Healthcare West d.b.a. Mercy General Hospital and Mercy General Hospital*), **$167,000,000.00** million (both experienced discrimination, company code violations, when those violations were reported both Plaintiff's were retaliated against, defamed per se, and experienced wrongful termination, and interference with economic advantage).  Plaintiff, George J. Austin, Esq. (TBA) also, experienced, and pleaded additional causes of action beyond these which have passed Judicial Review.

The State of California, Auditing and Accounting Department, has already proven via due diligence (and examining not only the checks, deposit info, pay stubs, and calling the direct payer employers, but also the accounts that those funds were deposited into under the penalty, and risk of perjury, as well as the authenticity of the entire State's apparatus) that Plaintiffs' funds, missing approximately 25K, at minimum, were absolutely true (and verified way ahead of schedule through thorough due diligence by independent finder of fact, under the penalty of perjury). Plaintiff therefore moves to file Notice of these respective Affidavits under Rule 26 *Duty to Disclose; General Provisions Governing Discovery,* Rule 56(c), and Rule 44 *Proving an Official Record.*