1  MICHAEL A. LAURENSON  (SBN:  190023)
   mlaurenson@grsm.com
2  PAMELA Y NG (SBN:  273036)
   png@grsm.com
3  GORDON REES SCULLY MANSUKHANI, LLP
   275 Battery Street, Suite 2000
4  San Francisco, CA 94111
   Telephone:  (510) 463-8668
5  Facsimile:  (415) 986-8054

6  Attorneys for Defendants
   BALANCE STAFFING WORKFORCE, LLC (erroneously sued as Balance Staffing) and
7  PERSONNEL STAFFING GROUP, LLC (erroneously sued as MVP PERSONNEL
   STAFFING GROUP)
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12 GEORGE J. AUSTIN, an individual          )  CASE NO.  3:20-cv-00800-EMC
                                            )
13                         Plaintiff,       )  **[PROPOSED] ORDER GRANTING**
                                            )  **DEFENDANT PERSONNEL**
14        vs.                               )  **STAFFING GROUP, LLC'S**
                                            )  **NOTICE OF AND**
15 TESLA, INC., et al.,                     )  **MEMORANDUM OF POINTS**
                                            )  **AND AUTHORITIES IN SUPPORT**
16                         Defendants.      )  **OF MOTION TO STRIKE**
                                            )  **PLAINTIFF'S SECOND**
17                                          )  **AMENDED COMPLAINT, AND**
                                            )  **JOINDER IN DEFENDANT**
18                                          )  **TESLA'S MOTION TO DISMISS**
                                            )  **OR STRIKE PORTIONS OF**
19                                          )  **PLAINTIFF'S FIRST AMENDED**
                                            )  **COMPLAINT**
20                                          )
                                            )  **DEFENDANT TESLA'S MOTION**
21                                          )  **TO DISMISS HEARING**
                                            )
22                                          )  **Date:  December 17, 2020**
                                            )  **Time:  1:30 p.m.**
23                                          )  **Courtroom:  5**
                                               **Judge:  Edward M. Chen**
24

25        Defendant PERSONNEL STAFFING GROUP, LLC's (erroneously sued as MVP

26 PERSONNEL STAFFING GROUP) ("PSG") Joinder to Defendant TESLA, INC. D/B/A IN

                                   -1-
27

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

1   CALIFORNIA AS TESLA MOTORS, INC.'s (erroneously sued as TESLA, INC.) ("Tesla")

2   Motion to Dismiss, or in the alternative, Motion to Strike Portions of Plaintiff GEORGE

3   AUSTIN's First Amended Complaint and Defendant PSG's Motion to Strike Plaintiff's Second

4   Amended Complaint came before this Court for hearing on December 17, 2020.

5       Having considered the moving, opposition and reply papers, and argument of the parties

6   and counsel at hearing, and good cause appearing, the Court hereby issues the following ruling:

7   1.   Defendant PSG may join in the Motion to Dismiss filed by Defendant Tesla with respect to

8       each and every cause of action in Plaintiff's First Amended Complaint.

9   **AND/OR**

10   2.   All relief ordered by the Court with respect to any causes of action in Plaintiff's First

11      Amended Complaint is ordered in favor of Defendant PSG as well.

12   **AND/OR**

13   3.   Plaintiff's First Amended Complaint is dismissed in its entirety with prejudice and without

14      leave to amend.

15   **AND/OR**

16   4.   Defendant PSG may join in the Motion to Strike Portions of Plaintiff's First Amended

17      Complaint filed by Defendant Tesla.

18   **AND/OR**

19   5.   Plaintiff did not obtain leave from the Court or written consent from the opposing parties to

20      file the Second Amended Complaint, as required by Federal Rules of Civil Procedure, Rule

21      15(a). Thus, Plaintiff's Second Amended Complaint is stricken in its entirety under Federal

22      Rules of Civil Procedure, Rule 12(f).

23   **IT IS SO ORDERED.**

24

25   DATE:                                           _____

26                                                   United States District Judge

27
[PROPOSED] ORDER GRANTING DEFENDANT PERSONNEL STAFFING GROUP, LLC'S NOTICE OF
28   AND MPA IN SUPPORT OF MOTION TO STRIKE, AND JOINDER IN DEFENDANT TESLA'S MOTION TO
DISMISS OR STRIKE PORTIONS OF PLAINTIFF'S FIRST AMENDED COMPLAINT
Case No. 3:20-cv-00800-EMC