▼ DOW +0.83%    ▼ S&P 500 +0.88%    ▼ NASDAQ 100 +0.7%

HOME  >  TECH

# Tesla failed to tell regulators about dozens of factory injuries, then claimed without evidence that regulators praised its record-keeping

Aaron Holmes   Mar 6, 2020, 10:17 AM

 





BUSINESS INSIDER                    Subscribe



BI

- **Tesla sent California regulators incomplete records of injuries at its main assembly plant, according to California's Division of Occupational Safety and Health.**

- **Tesla failed to mention as many as 36 injuries in 2018 alone when reporting injuries to the state.**

- **Under scrutiny about workplace injuries, Tesla has repeatedly claimed that regulators praised its record-keeping — an assertion that is undermined by the state's records.**

- **Visit Business Insider's homepage for more stories.**


**BUSINESS INSIDER**
Subscribe

But there's no evidence to support that claim, according to documents maintained by California's Division of Occupational Safety and Health, first reported by Bloomberg and confirmed by Business Insider.

In a memo sent to Tesla in December, Cal/OSHA warned the company that it found Tesla had repeatedly failed to mention injuries at its main assembly plant in reports to the state. At least 36 injuries were left out of Tesla's records in 2018 alone.

A Cal/OSHA spokesperson provided Business Insider with a copy of the memo, which contradicts Tesla's claim that regulators praised the company for "99% accuracy."

Tesla has faced scrutiny for years over its historically lackluster record on factory injuries. In 2018, Tesla factory workers told Reveal that hazardous zones were not properly marked in part because CEO Elon Musk "does not like the color yellow." Musk has claimed that Tesla is held to an unfair standard for factory injuries.

"We do get these unfair accusations, for example, that we are underreporting injuries,"



BUSINESS INSIDER

Subscribe

But the new report contradicts that claim. The three dozen injuries that Tesla reportedly failed to disclose in 2018 mean at least 4% of its reports that year were missing.

A Tesla spokesperson did not immediately respond to Business Insider's requests for comment.

***Got a tip?*** Contact Aaron Holmes at (706) 347-1880 or at aholmes@businessinsider.com. Open DMs on Twitter at @aaronpholmes. You can also contact Business Insider securely via SecureDrop.





Subscribe

Email address

SIGN UP

By clicking 'Sign up', you agree to receive marketing emails from Business Insider as well as other partner offers and accept our Terms of Service and Privacy Policy.

**NOW WATCH:**

More:   Tesla   Tech   Transportation   Regulators ⌄

Taboola Feed

   HOMEPAGE

☰   BUSINESS INSIDER   Subscribe

Sponsored by NerdWallet

Sponsored by EliteSingles

Sponsored by Forge Of Empires

Sponsored by NerdWallet

\* Copyright © 2020 Insider Inc. All rights reserved. Registration on or use of this site constitutes acceptance of our

Terms of Service, Privacy Policy and Cookies Policy.

Sitemap | Disclaimer | Commerce Policy | CA Privacy Rights | Coupons | Made in NYC | Jobs

Stock quotes by finanzen.net | Reprints & Permissions

International Editions:

INTL | AT | AUS | DE | ES | FR | IN | IT | JP | MX | NL | SE | PL | ZA

CA Do Not Sell My Info