

3 related articles

Login

Just $39⁹⁹/mo. with no annual contracts
*Terms apply
AdChoices

**Latest in Gear**



The best outdoor speakers

04.19.20



The best universal remote control

04.17.20



The best USB Wi-Fi



Tesla reportedly omitted 'hundreds' of injuries from government reports

Image credit:

The company recently claimed its injury record-keeping was 99 percent accurate.

Igor Bonifacic, @igorbonifacic
March 6, 2020



3 related articles

Login



How to buy a laptop for your kid (or revive an old one)

04.10.20



Introducing iPhone 12 Pro Max.

The ultimate iPhone has been what you've been waiting for.

5G Ultra Wideband available only in parts of select cities.
5G Nationwide available in 1800+ cities.





AdChoices

## Sponsored Links

**Top 6 Cards If You Have Excellent Credit**
NerdWallet

**8 min sleep aid gift**
Dodow

**How To Heat Any Room In Minutes (Its Genius)**
Blaux Portable Heater

3 related articles

Login




AdChoices

3 related articles      Login



Tesla

Over the past several years, Tesla has reportedly omitted "hundreds" of employee injury reports from the annual summaries it sent to California's Division of Occupational Safety and Health (Cal/OSHA) agency, according to *Bloomberg*. In a blog post published last month, Tesla said Cal/OSHA found the company's record-keeping was 99 percent accurate.

The agency told *Bloomberg* it couldn't verify that claim. According to a December memorandum the publication obtained, the 2018 summary data Tesla provided to Cal/OSHA was missing approximately "three dozen" incidents that were documented in its injury logs. In 2016, Tesla's summary data was missing 44 percent of all the events the company eventually logged.

Cal/OSHA went on to issue a $400 citation to Tesla for 14 injuries and illnesses the company failed to document in its logs properly. The



result in missed work, job performance restrictions or medical treatment beyond first aid. According to *Bloomberg*, Tesla is appealing the decision.

In the same document, Cal/OSHA says disparities in the injury summaries companies send to government agencies can happen when a company finds out about an incident after they've already sent in their documentation. However, it adds companies should think about whether the systems they have in place are "adequate to verify accuracy" when there are "significant numerical disparities."

We've reached out to Tesla for comment and will update this post when the company responds.

In this article: cal/osha, California, factory, gear, model 3, OSHA, safety, Tesla, transportation, workers, workplace

*All products recommended by Engadget are selected by our editorial team, independent of our parent company. Some of our stories include affiliate links. If you buy something through one of these links, we may earn an affiliate commission.*



# Popular on Engadget

3 related articles   Login

YouTube is streaming the first 19 James Bond movies for free

Apple unveils AirPods Max, its first over-hear noise-cancelling headphones



Case 3:20-cv-00800-EMC   Document 53-2   Filed 12/08/20   Page 8 of 11

3 related articles    Login



'Cyberpunk 2077' is worth the wait

## From around the web

**KN95 Masks - 80% off While stocks last!**
SQ Medical Supplies    Shop Now

**The dead giveaway that tells you when Amazon's giving you a better price than other retailers**
Capital One Shopping

**You're Allowed To Do Anything You Want In This Game**
Raid Shadow Legends

**Getting this Treasure is impossible! Prove us wrong**
Hero Wars

**The Big Electric Vehicle Story Everyone's Missing**
Empire Financial Research

Sponsored Links by Taboola

3 related articles

Login

## About

About Engadget
About Our Ads
Advertise
Brand Kit
Buyers Guide
RSS Feed

## Sections

Reviews
Gear
Gaming
Entertainment
Tomorrow
The Buyer's Guide
Video
Podcasts
Deals

## Contribute

Comment Guidelines
Send us a tip!
Support

## International

繁體中文
简体中文
日本版



Sign up for our newsletter

Subscribe

Follow Us

© 2020 Verizon Media. All rights reserved.

About Verizon Media    Reprints and Permissions    Suggestions    Privacy Policy (Updated)