

- News
- Features
- IndustrySpeak
- Dealers
- Data & Analytics
- ETAutoTV
- Brand Solutions

Passenger Vehicle | Auto Components | Commercial Vehicle | October 2020 Sales | Two Wheelers

Consumer | Industry

## PV retail sales up 4% in November on festive demand: FADA



### Road & mining sectors are leading the revival: Sandeep Singh, President – ICEMA

### Unrest at Toyota facility: BS Yediyurappa firm govt cannot allow strike to continue

### Opinion: Top 10 disruptive trends in the Indian automobile industry

With COVID-19-led disruptions in the background, we have identified 10 leading trends that disrupt the 'normal' of the automobile sector. The incumbents in the automobile sector must build a perspective on the Indian automobile sector, which is seeing disruptions across power trains, regulations, customer preferences, and digital technologies.



### Government aims at collecting 100% toll via FASTags from January 1

### Karnataka Chief Minister Yediyurappa to hold talks on Monday to resolve Toyota deadlock

An executive at the TKML said the management will brief the chief minister about the strike and update him about the latest developments ahead of pursuing further legal action to restore normalcy at the factory.



### Maruti Suzuki's production in November up 6% at 1,50,221 units

### This CV maker is about to pick up speed after a slow rebound

**Greaves Cotton to continue work on operational efficiency, shut Ranipet plant**

The company expects passenger three-wheeler segment, which has taken a hit due to concerns around shared mobility, to recover in the second half of this fiscal, he said.



**RBI says economy to contract at 7.5% for FY21, predicts growth to turn positive in second half**

**ET Auto Exclusive: A 'Hero' for Harley customers in India**

### Pick of The Month



**Can Honda cars resurrect its fortune with the premium shift?**

**ETAuto Originals: Has India run out of cars?**

ETAuto fade aw automo

## Oil & Lubes ▸

**Petrol prices highest in more than two years**



Petrol now costs Rs 83.71 in Delhi and Rs 90.34 in Mumbai while diesel is available for Rs 73.87 in Delhi and Rs 80.51 in Mumbai.

› Crude oil futures decline on low demand

› Tokyo governor says city to end sales of gasoline-only cars by 2030: Jiji

› Big carbon? Oil majors turn to nature to help plug revenue gap

View More ›

## industry ▸

**Industrial manufacturing, retail, automotive hold highest potential of 5G adoption: Report**

The report - launched by KPMG in India in association with India Mobile Congress (IMC) and industry body COAI (Cellular Operators Association of India) - said that high-speed data requirements propelled by the pandemic are expected to drive 5G efforts in India.



> Brazil auto output recovery stalls in November

> Rs 12.5 lakh crore investment needed to realise India's 2030 EV targets: Study

> Chip supply crunch likely to hit China's auto output in Q1 2021: industry body

View More ›

## Policy ▸

**Bharat Bandh: Mixed response in Delhi as businesses, transport services remain largely unaffected**



Police said that there were no major fresh protests in the city except in some Delhi border points, but traffic diversions were made on some routes as a precautionary measure.

> Centre to spend money, not worry about widening fiscal gap: Nirmala Sitharaman

> Delhi High Court postpones the hearing on anti-profiteering under GST to January after a no consensus

> Bharat Bandh: Markets, transport sector to remain open, say CAIT, AITWA

View More ›

## Passenger Vehicle ▸

**All Hyundai customers to get mobility membership**



Hyundai Mobility Membership is a one-stop solution to provide ease & convenience for the customer's car, mobility and lifestyle-related needs throughout their ownership journey.

> After 670% rally, Tesla to raise $5 bn in third share sale this year

> Daimler sells French Smart factory to Britain's Ineos

> Tesla ordered to suspend tree clearance at German factory: Tagesspiegel

View More ›

## Two Wheelers ▸

**Triumph motorcycle introduced new customisation feature**

Triumph India has 16 motorcycles in its portfolio ranging from Modern Classics to Adventure motorcycles, including the iconic Rocket 3R and the recently-launched Rocket 3GT. All the motorcycles have many accessories that allow riders to customise a bike to suit their needs and taste.



> Ather Energy expands sales network to 16 more cities in India

> KTM launches KTM 125 Duke at introductory price of INR 1.5 lakh

> Smartron forays into B2B e-bike segment with tbike One Pro

View More >

## Auto Technology >

**VW warns disrupted chip supplies could impact China's overall auto production**



The pandemic has hit auto and auto parts production globally, and car-making in China, which relies on imported chips for electronic parts, such as electronic control units and electronic stability programmes.

> Luminar Technologies becomes public company as lidar race builds

> Alibaba-backed autonomous car firm AutoX starts driverless testing

> Audi increases budget for electric mobility up to 2025

View More >

## Auto Components >

**Hindalco to invest Rs 730 crore to set up new plant in Silvassa**



In a regulatory filing, Hindalco said the new plant will service the fast-growing market for extruded aluminium products in the western and southern regions.

> China iron ore futures extend gains despite regulator's warning on crackdown

> Nippon Steel plans to boost overseas capacity, scale down at home

> Chip shortages could slow automotive production, VW and suppliers say

View More >

| ETAutoCast > | 00:00 | 09:26 |
|---|---|---|

**Industry will see sustained demand post-festive period: ACMA**

Latest News | Most Read

| | |
|---|---|
| 9m | All Hyundai customers to get mobility membership |
| 9m | After 670% rally, Tesla to raise $5 bn in third share sale this year |
| 15m | Petrol prices highest in more than two years |
| 26m | Crude oil futures decline on low demand |
| 38m | Bharat Bandh: Mixed response in Delhi as businesses, transport services remain largely unaffected |
| 50m | Industrial manufacturing, retail, automotive hold highest potential of 5G adoption: Report |
| 1h | Tokyo governor says city to end sales of gasoline-only cars by 2030: Jiji |
| 1h | TVS Srichakra plans INR 1,000-crore Capex for capacity expansion in 3 years |
| 2h | CASE expands product portfolio with launch of CX220C crawler excavator in India |
| 2h | Brazil auto output recovery stalls in November |
| 3h | Big carbon? Oil majors turn to nature to help plug revenue gap |

View More ›



**Keynote Interaction with Martin Murray, CTO, Mahindra Electric**



03:29:07

Session on Systems Engineering & Simulation for interdisciplinary teams at automotive organizations



38:44

India stands to gain from post-Covid disruption: Eaton India Chief



15:55

Reimagining Success in Connected Vehicles With a Differentiated CX Approach

View More ›


**EV switch - Is the government really in the saddle?**
Dinesh Kr Jain
Industry expert, Independent


**Biofuels: a blessing for earth**
Dr Pramod Chaudhari
Founder & Executive Chairman, Praj Industries


**How India can be self reliant as it moves to clean mobility**
Sandeep Balooja
Former Vice President, ACMA, Automotive Industry Expert

View More ›

## Autopreneur ▸

**The hero inside a 55-year old woman truck mechanic**


"At a rough estimate, about 25 to 30 percent of the people working in this area constitute women. However, they are only restricted to simpler chores, especially at tea shops or dhabas," Shanti Devi said, being proud of walking the road not taken.

› At 30, this school teacher's son from Bihar, quits Rs 1 crore job at Yahoo to build a software firm; now dreams big i…

› Not just right hiring but correct retrenchment process is equally important for dealers, says Premanand Shenoy

› Why a 37-year-old quit his job to start dealership business in a troubled time?

View More ›

## Auto Finance ▸

**Yes Bank aims to disburse Rs 10,000 crore retail, MSME loans in December quarter**


Yes Bank aims to open up to 1 lakh fresh accounts every month by leveraging technology, he said adding that it expects this trend to continue in the coming quarters.

› Healthy demand conditions accelerates vehicle finance sector's recovery: Report

› GM plans to seek banking charter for auto-lending business

› Japan's export credit agency to lend $2 bln to Nissan for U.S. sales financing

View More ›

## Automotive ▸

**Construction equipment industry to see moderate volume growth in FY21: Icra**


While the industry experienced significant volume contraction during April-June, dealers in most states reported strong revival in volumes from July-September quarter.

> Road & mining sectors are leading the revival: Sandeep Singh, President – ICEMA

> L&T bags orders to supply Komatsu mining equipment to infra, cement, mining cos

> Sonalika Tractors reports 63% jump in total sales at 13,085 units in Nov

View More >

# Raw Material >

**Base metals: Lead and nickel rise on increased demand**


Lead for delivery in July edged up by 35 paise, or 0.24 per cent, to Rs 148.10 per kg in 40 lots.

> Steel sector to be unaffected by GST rollout

> Aluminium runs out of luck in June; prices hit by weak input costs

> Essar Steel eyes 25% market share in auto-grade steel segment

View More >

# Aftermarket >

**PV retail sales up 4% in November on festive demand: FADA**


According to the Federation of Automobile Dealers Associations (FADA), which collected vehicle registration data from 1,265 out of the 1,472 regional transport offices (RTOs), PV sales stood at 2,91,001 units in November 2020.

> Uber sells ATG self-driving business to Aurora at $4 billion

> High Security Registration Plate installation put on hold in Uttar Pradesh

> Daimler India plans to have 350 dealerships pan-India in 2 yrs

View More >

# Tyres >

**TVS Srichakra plans INR 1,000-crore Capex for capacity expansion in 3 years**

The investment, when fully made, will increase the two and three-wheeler tyre capacity by 25%-30% and double the off-highway tyre capacity. It will also enhance capacities of the



company's pioneering range of radial tyres and other premium products.

› CEAT to supply tyres for Nissan Magnite

› Tyre maker Maxxis India eyes 5% market share in Tamil Nadu by 2021

› Kesoram's board approves issuance of debentures up to Rs 2,200cr

View More ›

## Commercial Vehicle ▸

### CASE expands product portfolio with launch of CX220C crawler excavator in India

The machine is equipped with a powerful and reliable FPT Industrial engine to ensure high productivity with low fuel consumption. It is suitable for stone quarries, road works, general construction and earthworks.

› Piaggio Vehicles launches new variant of diesel cargo Ape' Xtra

› Volvo halts sales of heavy semi trucks in Mexico

› Transporters union to support farmers' Bharat Bandh

View More ›

## Subscribe to our Newsletters
225000+ Industry Leaders read it everyday

| Your Email | JOIN NOW |

## Interviews ▸

 Two-wheeler industry sh... mostly at entry level
Rakesh Sharma
Bajaj Auto

 ...e, Rehiring, reversal in pay... positivity in auto comp...
Deepak Jain
President, ACMA



 Rakesh Sharma
 Deepak Jain
 Vinkesh Gulati
 Venu Srinivasan
 Rajesh Jejurikar
 Atsushi Ogata
 Uday Kotak
 Pawan Goenka
 RC Bhargava

View More ›



Oct 2020

| Segment | Production | Sales | Exports |
|---|---|---|---|
| PV | 340891<br>7.9% | 310294<br>14.1% | 40528<br>3.5% |
| CV | N.A.<br>100.0% | N.A.<br>100.0% | N.A.<br>100.0% |
| 2W | 2418028<br>7.7% | 2053812<br>11.0% | 371013<br>12.0% |
| 3W | 71234<br>21.2% | 26187<br>40.5% | 43096<br>0.7% |

Powered By ETAutolytics                                               View More ›

## Reports  ›

Access to valuable Market Research Reports, Financial Reports and White Paper

Auto Technology | Market Research

Connected Vehicle Trend Radar 2

Sep 2020

Auto Components | Market Research

Shaping the new normal: India's auto component industry

Sep 2020

Industry | Market Research

Automotive sector: Key considerations for the proposed online sales model

Aug 2020

View More ›

## Slideshows ›

Slideshows



**Nissan Magnite: B-Segment SUV Concept**



A Peek inside Data-Driven Autonomous Future



Financial Analysis of Key Auto Companies (FY09-FY19)



Coronavirus impact on auto industry

View More ›

## Most Read | This Week | This Month

### ETAuto Sales Analysis: Automotive Sales still patchy for November



The automotive industry is the fastest to recover, though the Indian economy is yet to come out of the woods. November has been a steady month, but brought negativity back to the market, dotting double-digit dip. As we enter December 2020, the industry remains on edge about the surprises in store for 2021. It could open a new can of disruptions for 'Auto', India's most organised sector.

› Daimler could be Elon Musk's Time Warner

› Battery costs fall, make electric vehicles cheaper: BMI

› Smartron forays into B2B e-bike segment with tbike One Pro

## Twitter

**Auto  ET Auto**

ETAuto | Triumph motorcycle introduced new customisation feature #TriumphIndia #TriumphConfigurator #Accessories… https://t.co/qAvo0TMUyS

2020-12-08 20:00:15

**ET Auto**

ETAuto | Chip supply crunch likely to hit China's auto output in Q1 2021: industry body #Continental… https://t.co/1RNK8r3QNx

2020-12-08 19:30:15

**ET Auto**

ETAuto | Tesla ordered to suspend tree clearance at German factory: Tagesspiegel #Tesla



Have a tip, pitch, story or guest column?  **Contact us.**

**SUPPORTED BY:**

   

### EDITOR'S PICKS

TVS Srichakra plans INR 1,000-crore Capex for capacity expansion in 3 years • CASE expands product portfolio with launch of CX220C crawler excavator in India • PV retail sales up 4% in November on festive demand: FADA • Triumph motorcycle introduced new customisation feature • Ather Energy expands sales network to 16 more cities in India • Road & mining sectors are leading the revival: Sandeep Singh, President – ICEMA • Avass successfully tests fully electric sports car with 1000 km driving range • Nissan Magnite receives 5,000 bookings since launch • KTM launches KTM 125 Duke at introductory price of INR 1.5 lakh • Smartron forays into B2B e-bike segment with tbike One Pro

### INDUSTRY NEWS

Retail News • Health News • Telecom News • Energy News • IT News • Real Estate News • Technology News • CFO News • IT Security News • BFSI News • Government News • Marketing & Advertising News • Hospitality News • Travel News • HR News • Legal News

### FEATURES

Trends • IndustrySpeak • International • Careers • Data & Analytics • Jobs • ETAuto • Autopreneur • Interviews • ETAuto Insights • Data • Reports

**CONTACT US**     **SIGN UP FOR**     **FOLLOW US**

## ADVERTISE WITH US

We have various options to advertise with us including Events, Advertorials, Banners, Mailers, Webinars etc.

Please contact us to know more details.

## ETAUTO NEWSLETTER

Get ETAuto's top stories every morning in your email inbox.

225000+ Industry Leaders read it everyday

Your Email

JOIN NOW

## @ETAUTO

Follow @ETAuto for the latest news, insider access to events and more.

   

About Us • Contact Us • Advertise with us • Newsletter • RSS Feeds • Embed ETAuto.com Widgets on your Website • Privacy Policy • Terms & Conditions • Guest-Post Guidelines • Sitemap

Copyright © 2020 ETAuto.com. All Rights Reserved.

