

AUTOS

# California agency is probing Tesla for occupational safety

PUBLISHED THU, APR 19 2018•8:26 AM EDT UPDATED THU, APR 19 2018•8:26 AM EDT

REUTERS

SHARE

## KEY POINTS

- Tesla is being probed by a California agency for occupational safety.
- The investigation follows a report that the electric carmaker failed to disclose serious injuries at a Fremont factory.
- A Tesla spokesman said regulators are required to investigate any claims, whether they have merit or are baseless.

Morgan Stanley says buy these five stocks that haven't caught up to the market yet

GET ACCESS





Tesla is being probed by a California agency for occupational safety after a report that the electric carmaker failed to disclose serious injuries at a Fremont factory.

Stream live CNBC TV from around the world.

START FREE TRIAL

PRO
Invest Like A Pro

The state's Occupational Safety and Health Administration (Cal-OSHA) disclosed the inspection on Wednesday, two days after news website Reveal said that Tesla's omissions in legally mandated reports made its safety record appear better than it was.

The probe began on Tuesday, Erika Monterroza, spokesperson for Cal/OSHA, said. The agency typically reviews an employer's log of work-related injuries and illnesses to make sure that serious injuries are reported directly to the administration within eight hours, she added.

A Tesla spokesman said Cal-OSHA is required to investigate any claims, whether they have merit or are baseless.

"We have never in the entire history of our company received a violation for inaccurate or incomplete injury record-keeping," he said in an emailed statement.

Morgan Stanley says buy these five stocks that haven't caught up to the market yet

GET ACCESS



## TRENDING NOW

1

Apple announces AirPods Max over-ear headphones for $549

2

Here's how your taxes would change if Schumer's call for $50,000 student loan forgiveness is adopted

3

FDA says Pfizer Covid vaccine provides some protection after first dose, meets success criteria

4

Tesla to raise up to $5 billion in share offering, its second in three months

Howard Stern extends long-running SiriusXM Radio deal for five more years

Morgan Stanley says buy these five stocks that haven't caught up to the market yet

GET ACCESS  
PRO

MARKETS

CNBC TV

WATCHLIST

MENU



**Before You Renew Amazon Prime, Read This**

**Capital One Shopping**

**Man Who Predicted 2020 Crash Says "Now Is The Time"**

**The Legacy Report**

Subscribe to CNBC PRO
CNBC Councils
CNBC on Peacock
Join the CNBC Panel
News Releases
Corrections
Internships
Podcasts
Careers
Contact

Licensing & Reprints
Supply Chain Values
Advertise With Us
Digital Products
Closed Captioning
About CNBC
Site Map
Ad Choices
Help

     

News Tips

Morgan Stanley says buy these five stocks that haven't caught up to the market yet

GET ACCESS  

SIGN UP NOW

Get this delivered to your inbox, and more info about our products and services.

Privacy Policy

Do Not Sell My Personal Information

CA Notice

Terms of Service

© 2020 CNBC LLC. All Rights Reserved. A Division of NBCUniversal

Data is a real-time snapshot *Data is delayed at least 15 minutes. Global Business and Financial News, Stock Quotes, and Market Data and Analysis.

Market Data Terms of Use and Disclaimers

Data also provided by

Morgan Stanley says buy these five stocks that haven't caught up to the market yet

GET ACCESS

MARKETS

CNBC TV

WATCHLIST

MENU