

# Austin wants to be sheriff



Look out Tom Tramel, there may be a future sheriff in town.

Five-year-old George Jarvis Austin attends the Kindergarten Center and he wants to be a police officer or a sheriff when he grows up.

Son of Charlotte Hall-Austin, George has begun his school career with a positive attitude. "George is an enthusiastic learner and he is a well-liked and caring person," says one of his teachers.

His interests include T-ball and books, especially the Berenstein Bears series.

According to Principal Earl Watts, "George is a very smart child. He is totally involved in all classroom activities and loves school. With George's ability, I think he can accomplish his goals in life."



**GEORGETOWN LAW**

**George Austin**
**Student**

12/2017

# Uni

## GEORGETOWN LAW

Combining a world-renowned
stimulation and community,
capital, Georgetown is a **uniq**

### Legal Education in Its Fullest Se

Georgetown Law seeks not only to impa
reflection and inquiry into the nature of
society. The goal is education in its fulle
sense of the philosophical, political, soc
abiding curiosity about its nature and po
development and direction.

### A Dynamic Intellectual Commu

Georgetown nurtures the very highest s
behavior in a way that respects each stu
interests and career goals. The result is
an unprecedented range of

"What law school in the country is better
positioned to deal with the way the profession
going than Georgetown? We have connections
the corporate bar and criminal justice, and we
ve extensive clinics. We have been oriented to
ernment and politics for decades. Wherever
oing, what law school has more beachheads
his is a good place to be."
r of Law







Select an account to sign in with



George Austin
geaustin@tesla.com

 Sign in with another account

Sign up for free

<     **Zone 4 C-shift**     ▢◁ ☎

Monday 7:57 PM

At a little over an hour in station is operating at about 104% (on pace to surpass 600 goal).



RSP1 down about 5 minutes not sure what's going on

DG    Daniel G.



Christopher Coburn [C] fasho

         

## Continuous Improvement
### Find-It Fix-It



| | | | |
|---|---|---|---|
| NA-US-CA-Fremont-45500 Fremont Blvd | BIW Zone 4 | Working toward, but Not yet hitting target goal of 600 daily units. | Resource Maximization Strat designed to help identify and bottlenecks.  Not gospel, but get there.  Iterations, and adj would be necessary. |

Question partly emerged, though I'd thought about previously, while injured (on the job) and with amended rotation. I realized (through observing 'takt time' I could fairly easily avg. 80-100 per hour (approx 35 secs 'takt time' when robot operating at optimum speed = about 102 per hour).  That would easily produce over a 1000 units in a 12 hour period

Process Improvement - will i process and rotation as well information/data regarding resources regarding machin repairs to consistently hit tar

Quality Improvement - by be resources not just speed, but improvements are likely.

"Don't confuse schooling with education. I didn't go to Harvard but the people that work for me did."

Elon Musk

Smart___being

January 14
8:42 PM

Edit

**Continuous Improvement Requests List**      Page 1

**Report Title:**    Continuous Improvement Requests List
**Run Date and Time:**    2020-01-05 19:11:00 Pacific Standard Time
**Run by:**    George Austin [C]
**Table name:**    u_continuous_improvement_requests
**Query Condition:**    Active = true AND Requested for = George Austin [C] .or. Opened by = George Austin [C]
**Sort Order:**    Number in descending order

15 Continuous Improvement Requests

| ▼ Number | Requested for | Description | Opened by | Site Code | Supervisor email IDs | Request state | Due date | Assigned to |
|---|---|---|---|---|---|---|---|---|
| CON0023342 | George Austin [C] | | George Austin [C] | SJC02 and SJC12 | geaustin@tesla.com - jomendiola@tesla.com,standersen@tesla.com - juamartinez@tesla.com,jomendiola@tesla.com - standersen@tesla.com | Pending Approval | | |
| CON0023332 | George Austin [C] | | George Austin [C] | SJC02 and SJC12 | geaustin@tesla.com - jomendiola@tesla.com,danigarcia@tesla.com - jomendiola@tesla.com | Pending Approval | | |
| CON0023292 | George Austin [C] | | George Austin [C] | SJC02 and SJC12 | geaustin@tesla.com - jomendiola@tesla.com | Pending Approval | | |
| CON0023291 | George Austin [C] | | George Austin [C] | SJC02 and SJC12 | geaustin@tesla.com - jomendiola@tesla.com,jazgeorge@tesla.com - jomendiola@tesla.com | Pending Approval | | |
| CON0023290 | George Austin [C] | | George Austin [C] | SJC02 and SJC12 | geaustin@tesla.com - jomendiola@tesla.com | Pending Approval | | |
| CON0023289 | George Austin [C] | | George Austin [C] | SJC02 and SJC12 | geaustin@tesla.com - jomendiola@tesla.com,talharki@tesla.com - jomendiola@tesla.com | Pending Approval | | |
| CON0023288 | George Austin [C] | | George Austin [C] | SJC02 and SJC12 | geaustin@tesla.com - jomendiola@tesla.com | Pending Approval | | |
| CON0023287 | George Austin [C] | | George Austin [C] | SJC02 and SJC12 | geaustin@tesla.com - jomendiola@tesla.com | Pending Approval | | |

Run by: George Austin [C]      2020-01-05 19:11:00 Pacific Standard Time





January 14
8:42 PM

Edit

---

**Continuous Improvement Requests List**

Page 1

---

| Report Title: | Continuous Improvement Requests List |
|---|---|
| Run Date and Time: | 2020-01-05 19:11:00 Pacific Standard Time |
| Run by: | George Austin [C] |
| Table name: | u_continuous_improvement_requests |
| Query Condition: | Active = true AND Requested for = George Austin [C] .or. Opened by = George Austin [C] |
| Sort Order: | Number in descending order |

15 Continuous Improvement Requests

| ▼ Number | Requested for | Description | Opened by | Site Code | Supervisor email IDs | Request state | Due date | Assigned to |
|---|---|---|---|---|---|---|---|---|
| CON0023342 | George Austin [C] | | George Austin [C] | SJC02 and SJC12 | geaustin@tesla.com - jomendiola@tesla.com,standersen@tesla.com - juamartinez@tesla.com,jomendiola@tesla.com - standersen@tesla.com | Pending Approval | | |
| CON0023332 | George Austin [C] | | George Austin [C] | SJC02 and SJC12 | geaustin@tesla.com - jomendiola@tesla.com,danigarcia@tesla.com - jomendiola@tesla.com | Pending Approval | | |
| CON0023292 | George Austin [C] | | George Austin [C] | SJC02 and SJC12 | geaustin@tesla.com - jomendiola@tesla.com | Pending Approval | | |
| CON0023291 | George Austin [C] | | George Austin [C] | SJC02 and SJC12 | geaustin@tesla.com - jomendiola@tesla.com,jazgeorge@tesla.com - jomendiola@tesla.com | Pending Approval | | |
| CON0023290 | George Austin [C] | | George Austin [C] | SJC02 and SJC12 | geaustin@tesla.com - jomendiola@tesla.com | Pending Approval | | |
| CON0023289 | George Austin [C] | | George Austin [C] | SJC02 and SJC12 | geaustin@tesla.com - jomendiola@tesla.com,talharkl@tesla.com - jomendiola@tesla.com | Pending Approval | | |
| CON0023288 | George Austin [C] | | George Austin [C] | SJC02 and SJC12 | geaustin@tesla.com - jomendiola@tesla.com | Pending Approval | | |
| CON0023287 | George Austin [C] | | George Austin [C] | SJC02 and SJC12 | geaustin@tesla.com - jomendiola@tesla.com | Pending Approval | | |

---

Run by: George Austin [C]

2020-01-05 19:11:00 Pacific Standard Time

---

**Continuous Improvement Requests List**

Page 2







WWW.MER-CURY.COM

WELL WHEN MY BROTHER AND
I WERE STARTING OUR FIRST
COMPANY INSTEAD OF GETTING
AN APARTMENT WE JUST RENTED A
SMALL OFFICE AND WE SLEPT ON
THE COUCH. WE SHOWERED AT THE
YMCA, AND WE WERE SO HARD UP
WE HAD JUST ONE COMPUTER SO
THE WEBSITE WAS UP DURING THE
DAY AND I WAS CODING AT NIGHT;
SEVEN DAYS A WEEK, ALL THE TIME.

- ELON MUSK