

# Austin wants to be sheriff



Look out Tom Tramel, there may be a future sheriff in town.

Five-year-old George Jarvis Austin attends the Kindergarten Center and he wants to be a police officer or a sheriff when he grows up.

Son of Charlotte Hall-Austin, George has begun his school career with a positive attitude. "George is an enthusiastic learner and he is a well-liked and caring person," says one of his teachers.

His interests include T-ball and books, especially the Berenstein Bears series.

According to Principal Earl Watts, "George is a very smart child. He is totally involved in all classroom activities and loves school. With George's ability, I think he can accomplish his goals in life."











Select an account to sign in with


George Austin
geaustin@tesla.com

Sign in with another account


Sign up for free

## Zone 4 C-shift

Monday 7:57 PM

> At a little over an hour in station is operating at about 104% (on pace to surpass 600 goal).
>
> 
>
> RSP1 down about 5 minutes not sure what's going on

**Daniel G.**

| MONDAY | 1ST ROTATION 6:30-8:30 | 2ND ROTATION 8:45-10:45 | 3RD ROTATION 11:30-1:30 | 4TH ROTATION 1:45-3:45 | 5TH ROTATION 4:00-6:25 | STAGGER BREAK COVERAGE | 1ST BREAK 8:30-8:45 | 2ND BREAK 10:45-11:30 | 3RD BREAK 1:30-1:45 | 4TH BREAK 3:45-4:00 |
|---|---|---|---|---|---|---|---|---|---|---|
| BSOL | Janet | Anand | Tahir | Jonathan | Stacy | LH SUBS/PSH | Janet | Anand | Tahir | Jonathan |

Christopher Coburn [C] **fasho**

## Continuous Improvement
Find-It Fix-It



| | | | |
|---|---|---|---|
| NA-US-CA-Fremont-45500 Fremont Blvd | BIW Zone 4 | Working toward, but Not yet hitting target goal of 600 daily units.<br><br>Question partly emerged, though I'd thought about previously, while injured (on the job) and with amended rotation. I realized (through observing 'takt time' I could fairly easily avg. 80-100 per hour (approx 35 secs 'takt time' when robot operating at optimum speed = about 102 per hour). That would easily produce over a 1000 units in a 12 hour period | Resource Maximization Strat designed to help identify and bottlenecks. Not gospel, but get there. Iterations, and adj would be necessary.<br><br>Process Improvement - will i process and rotation as well information/data regarding v resources regarding machine repairs to consistently hit tar<br><br>Quality Improvement - by be resources not just speed, but improvements are likely. |

> "Don't confuse schooling with education. I didn't go to Harvard but the people that work for me did."
>
> Elon Musk

Continuous Improvement Requests List  Page 1

**Report Title:** Continuous Improvement Requests List
**Run Date and Time:** 2020-01-05 19:11:00 Pacific Standard Time
**Run by:** George Austin [C]
**Table name:** u_continuous_improvement_requests
**Query Condition:** Active = true AND Requested for = George Austin [C] .or. Opened by = George Austin [C]
**Sort Order:** Number in descending order

15 Continuous Improvement Requests

| ▼ Number | Requested for | Description | Opened by | Site Code | Supervisor email IDs | Request state | Due date | Assigned to |
|---|---|---|---|---|---|---|---|---|
| CON0023342 | George Austin [C] | | George Austin [C] | SJC02 and SJC12 | geaustin@tesla.com - jomendiola@tesla.com,standersen@tesla.com - juamartinez@tesla.com,jomendiola@tesla.com - standersen@tesla.com | Pending Approval | | |
| CON0023332 | George Austin [C] | | George Austin [C] | SJC02 and SJC12 | geaustin@tesla.com - jomendiola@tesla.com,danigarcia@tesla.com - jomendiola@tesla.com | Pending Approval | | |
| CON0023292 | George Austin [C] | | George Austin [C] | SJC02 and SJC12 | geaustin@tesla.com - jomendiola@tesla.com | Pending Approval | | |
| CON0023291 | George Austin [C] | | George Austin [C] | SJC02 and SJC12 | geaustin@tesla.com - jomendiola@tesla.com,jazgeorge@tesla.com - jomendiola@tesla.com | Pending Approval | | |
| CON0023290 | George Austin [C] | | George Austin [C] | SJC02 and SJC12 | geaustin@tesla.com - jomendiola@tesla.com | Pending Approval | | |
| CON0023289 | George Austin [C] | | George Austin [C] | SJC02 and SJC12 | geaustin@tesla.com - jomendiola@tesla.com,talhark@tesla.com - jomendiola@tesla.com | Pending Approval | | |
| CON0023288 | George Austin [C] | | George Austin [C] | SJC02 and SJC12 | geaustin@tesla.com - jomendiola@tesla.com | Pending Approval | | |
| CON0023287 | George Austin [C] | | George Austin [C] | SJC02 and SJC12 | geaustin@tesla.com - jomendiola@tesla.com | Pending Approval | | |

Run by: George Austin [C]  2020-01-05 19:11:00 Pacific Standard Time

Continuous Improvement Requests List  Page 2

Continuous Improvement Requests List                                                                 Page 1

**Report Title:** Continuous Improvement Requests List
**Run Date and Time:** 2020-01-05 19:11:00 Pacific Standard Time
**Run by:** George Austin [C]
**Table name:** u_continuous_improvement_requests
**Query Condition:** Active = true AND Requested for = George Austin [C] .or. Opened by = George Austin [C]
**Sort Order:** Number in descending order

15 Continuous Improvement Requests

| ▼ Number | Requested for | Description | Opened by | Site Code | Supervisor email IDs | Request state | Due date | Assigned to |
|---|---|---|---|---|---|---|---|---|
| CON0023342 | George Austin [C] | | George Austin [C] | SJC02 and SJC12 | geaustin@tesla.com - jomendiola@tesla.com,standersen@tesla.com - juamartinez@tesla.com,jomendiola@tesla.com - standersen@tesla.com | Pending Approval | | |
| CON0023332 | George Austin [C] | | George Austin [C] | SJC02 and SJC12 | geaustin@tesla.com - jomendiola@tesla.com,danigarcia@tesla.com - jomendiola@tesla.com | Pending Approval | | |
| CON0023292 | George Austin [C] | | George Austin [C] | SJC02 and SJC12 | geaustin@tesla.com - jomendiola@tesla.com | Pending Approval | | |
| CON0023291 | George Austin [C] | | George Austin [C] | SJC02 and SJC12 | geaustin@tesla.com - jomendiola@tesla.com,jazgeorge@tesla.com - jomendiola@tesla.com | Pending Approval | | |
| CON0023290 | George Austin [C] | | George Austin [C] | SJC02 and SJC12 | geaustin@tesla.com - jomendiola@tesla.com | Pending Approval | | |
| CON0023289 | George Austin [C] | | George Austin [C] | SJC02 and SJC12 | geaustin@tesla.com - jomendiola@tesla.com,talhark@tesla.com - jomendiola@tesla.com | Pending Approval | | |
| CON0023288 | George Austin [C] | | George Austin [C] | SJC02 and SJC12 | geaustin@tesla.com - jomendiola@tesla.com | Pending Approval | | |
| CON0023287 | George Austin [C] | | George Austin [C] | SJC02 and SJC12 | geaustin@tesla.com - jomendiola@tesla.com | Pending Approval | | |

Run by: George Austin [C]                                                2020-01-05 19:11:00 Pacific Standard Time

Continuous Improvement Requests List                                                                 Page 2

WWW.MER-CURY.COM

WELL WHEN MY BROTHER AND I WERE STARTING OUR FIRST COMPANY INSTEAD OF GETTING AN APARTMENT WE JUST RENTED A SMALL OFFICE AND WE SLEPT ON THE COUCH. WE SHOWERED AT THE YMCA, AND WE WERE SO HARD UP WE HAD JUST ONE COMPUTER SO THE WEBSITE WAS UP DURING THE DAY AND I WAS CODING AT NIGHT; SEVEN DAYS A WEEK, ALL THE TIME.

- ELON MUSK