MICHAEL A. LAURENSON (SBN: 190023)
mlaurenson@grsm.com
PAMELA Y NG (SBN: 273036)
png@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (510) 463-8668
Facsimile: (415) 986-8054

Attorneys for Defendants
BALANCE STAFFING WORKFORCE, LLC (ERRONEOUSLY SUED AS BALANCE STAFFING) AND PERSONNEL STAFFING GROUP, LLC (ERRONEOUSLY SUED AS MVP PERSONNEL STAFFING GROUP)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE J. AUSTIN, an individual<br><br>          Plaintiff,<br><br>     vs.<br><br>TESLA, INC., et al.,<br><br>          Defendants. | CASE NO.  3:20-cv-00800-EMC<br><br>**REPLY TO NO OPPOSITION TO DEFENDANT PERSONNEL STAFFING GROUP, LLC'S MOTION TO STRIKE PLAINTIFF'S SECOND AMENDED COMPLAINT, AND JOINDER IN DEFENDANT TESLA'S MOTION TO DISMISS OR STRIKE PORTIONS OF PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**DEFENDANT TESLA'S MOTION TO DISMISS HEARING**<br><br>Date:  December 17, 2020<br>Time:  1:30 p.m.<br>Courtroom:  5<br>Judge:  Edward M. Chen |

Defendant PERSONNEL STAFFING GROUP, LLC (erroneously sued as MVP PERSONNEL STAFFING GROUP) ("PSG") filed a Motion to Strike Plaintiff GEORGE J. AUSTIN'S Second Amended Complaint pursuant to Federal Rule of Civil Procedure 12(f) and Joinder in Defendant Tesla's Motion to Dismiss or Strike Portions of Plaintiff's First Amended Complaint on November 19, 2020.  Pursuant to Local Rule 7-3, Plaintiff was to file his Opposition to the Motion no later than December 3, 2020.

To date, Plaintiff has failed to file an Opposition to Defendant PSG's Motion to Strike

-1-

and Joinder Motion.[1]  Accordingly, Defendant PSG requests that the Court grant its Motion to Strike and Joinder Motion to Defendant Tesla's Motion to Dismiss in its entirety, and with prejudice.

Dated:  December 9, 2020

GORDON REES SCULLY MANSUKHANI, LLP

By: _____
Michael A. Laurenson
Pamela Y Ng
Attorneys for Defendants
BALANCE STAFFING WORKFORCE, LLC AND PERSONNEL STAFFING GROUP, LLC

---

[1] Plaintiff filed an "Objection to Defendant Personnel Staffing Group's Motion" on November 19, 2020, but this "objection" was not an opposition brief, which Plaintiff expressly admitted. [Docket No. 50.] Even if his "objection" constitutes his opposition brief, the objection makes conclusory statements that are insufficient to overcome Defendant Personnel Staffing Group LLC's Motion to Strike fied Joinder Motion.

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

ASCI\1035750\946554.1