From:       EDD Communications (noreply@edd.ca.gov)

To:         Gaustin07@gmail.com

Sent:       10-01-2020

Subject:    Response to General Inquiry



**Disability Insurance**

**Employment Development Department**

**State Of California**

Dear        George J Austin :

Thank you for your inquiry. Adjustment payment has been issued on 09/28/2020. The first adjustment payment was 04/20/2020.

Thank you,
Employment Development Department (EDD)
State Of California

*This e-mail was auto generated. Please do not respond.*

*This e-mail was sent to Gaustin07@gmail.com and contains information directly related to your account with us. This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message.*

FormGeneralInquiryResponse rev. 1.0.0.0 (06-2011)



# Austin wants to be sheriff



Look out Tom Tramel, there may be a future sheriff in town.

Five-year-old George Jarvis Austin attends the Kindergarten Center and he wants to be a police officer or a sheriff when he grows up.

Son of Charlotte Hall-Austin, George has begun his school career with a positive attitude. "George is an enthusiastic learner and he is a well-liked and caring person," says one of his teachers.

His interests include T-ball and books, especially the Berenstein Bears series.

According to Principal Earl Watts, "George is a very smart child. He is totally involved in all classroom activities and loves school. With George's ability, I think he can accomplish his goals in life."







AA    Q 🔒 capital fellows tops    ↻

☰    **Google**

capital fellows tops    ✕    🔍

**ALL**    SHOPPING    IMAGES    NEWS    VIDEOS

▶ YouTube › watch

## Capital Fellows Is Tops Again - YouTube

**UPLOADED BY:**
Sacramento State

**POSTED:**
Nov 29, 2012

https://www.csus.edu › center › capi...

## Capital Fellows Programs | Sacramento State

Capital Fellows are placed at some of the highest levels of California state government. Learn about the different fellowship opportunities.

Missing: ~~tops~~ | Must include: tops





Select an account to sign in with



**George Austin**
geaustin@tesla.com

Sign in with another account


Sign up for free

Monday 7:57 PM

At a little over an hour in station is operating at about 104% (on pace to surpass 600 goal).



RSP1 down about 5 minutes not sure what's going on

 Daniel G.

Christopher Coburn [C] fasho

     

## Continuous Improvement
Find-It Fix-It

≡

NA-US-   BIW Zone 4
CA-
Fremont-
45500
Fremont
Blvd

Working toward, but Not yet
hitting target goal of 600 daily
units.

Question partly emerged,
though I'd thought about
previously, while injured (on the
job) and with amended rotation.
I realized (through observing
'takt time' I could fairly easily
avg. 80-100 per hour (approx 35
secs 'takt time' when robot
operating at optimum speed =
about 102 per hour).  That
would easily produce over a
1000 units in a 12 hour period

Resource Maximization Strat
designed to help identify and
bottlenecks.  Not gospel, but
get there.  Iterations, and adj
would be necessary.

Process Improvement - will i
process and rotation as well
information/data regarding v
resources regarding machine
repairs to consistently hit tar

Quality Improvement - by be
resources not just speed, but
improvements are likely.



"Don't confuse schooling with education. I didn't go to Harvard but the people that work for me did."

Elon Musk

Smart___being





## January 14
### 8:42 PM

Edit

**Continuous Improvement Requests List**

Page 1

| **Report Title:** | Continuous Improvement Requests List |
| **Run Date and Time:** | 2020-01-05 19:11:00 Pacific Standard Time |
| **Run by:** | George Austin [C] |
| **Table name:** | u_continuous_improvement_requests |
| **Query Condition:** | Active = true AND Requested for = George Austin [C] .or. Opened by = George Austin [C] |
| **Sort Order:** | Number in descending order |

15 Continuous Improvement Requests

| ▼ Number | Requested for | Description | Opened by | Site Code | Supervisor email IDs | Request state | Due date | Assigned to |
|---|---|---|---|---|---|---|---|---|
| CON0023342 | George Austin [C] | | George Austin [C] | SJC02 and SJC12 | geaustin@tesla.com - jomendiola@tesla.com,standersen@tesla.com - juamartinez@tesla.com,jomendiola@tesla.com - standersen@tesla.com | Pending Approval | | |
| CON0023332 | George Austin [C] | | George Austin [C] | SJC02 and SJC12 | geaustin@tesla.com - jomendiola@tesla.com,danigarcia@tesla.com - jomendiola@tesla.com | Pending Approval | | |
| CON0023292 | George Austin [C] | | George Austin [C] | SJC02 and SJC12 | geaustin@tesla.com - jomendiola@tesla.com | Pending Approval | | |
| CON0023291 | George Austin [C] | | George Austin [C] | SJC02 and SJC12 | geaustin@tesla.com - jomendiola@tesla.com,jazgeorge@tesla.com - jomendiola@tesla.com | Pending Approval | | |
| CON0023290 | George Austin [C] | | George Austin [C] | SJC02 and SJC12 | geaustin@tesla.com - jomendiola@tesla.com | Pending Approval | | |
| CON0023289 | George Austin [C] | | George Austin [C] | SJC02 and SJC12 | geaustin@tesla.com - jomendiola@tesla.com,taiharki@tesla.com - jomendiola@tesla.com | Pending Approval | | |
| CON0023288 | George Austin [C] | | George Austin [C] | SJC02 and SJC12 | geaustin@tesla.com - jomendiola@tesla.com | Pending Approval | | |
| CON0023287 | George Austin [C] | | George Austin [C] | SJC02 and SJC12 | geaustin@tesla.com - jomendiola@tesla.com | Pending Approval | | |

**Continuous Improvement Requests List**

Page 2






Case 3:20-cv-00800-EMC   Document 60-1   Filed 12/09/20   Page 12 of 13

January 14
8:42 PM

Edit

---

**Continuous Improvement Requests List**                                                           Page 1

| Report Title: | Continuous Improvement Requests List |
|---|---|
| Run Date and Time: | 2020-01-05 19:11:00 Pacific Standard Time |
| Run by: | George Austin [C] |
| Table name: | u_continuous_improvement_requests |
| Query Condition: | Active = true AND Requested for = George Austin [C] .or. Opened by = George Austin [C] |
| Sort Order: | Number in descending order |

15 Continuous Improvement Requests

| ▼ Number | Requested for | Description | Opened by | Site Code | Supervisor email IDs | Request state | Due date | Assigned to |
|---|---|---|---|---|---|---|---|---|
| CON0023342 | George Austin [C] | | George Austin [C] | SJC02 and SJC12 | geaustin@tesla.com - jomendiola@tesla.com,standersen@tesla.com - juamartinez@tesla.com,jomendiola@tesla.com - standersen@tesla.com | Pending Approval | | |
| CON0023332 | George Austin [C] | | George Austin [C] | SJC02 and SJC12 | geaustin@tesla.com - jomendiola@tesla.com,danigarcia@tesla.com - jomendiola@tesla.com | Pending Approval | | |
| CON0023292 | George Austin [C] | | George Austin [C] | SJC02 and SJC12 | geaustin@tesla.com - jomendiola@tesla.com | Pending Approval | | |
| CON0023291 | George Austin [C] | | George Austin [C] | SJC02 and SJC12 | geaustin@tesla.com - jomendiola@tesla.com,jazgeorge@tesla.com - jomendiola@tesla.com | Pending Approval | | |
| CON0023290 | George Austin [C] | | George Austin [C] | SJC02 and SJC12 | geaustin@tesla.com - jomendiola@tesla.com | Pending Approval | | |
| CON0023289 | George Austin [C] | | George Austin [C] | SJC02 and SJC12 | geaustin@tesla.com - jomendiola@tesla.com,talharki@tesla.com - jomendiola@tesla.com | Pending Approval | | |
| CON0023288 | George Austin [C] | | George Austin [C] | SJC02 and SJC12 | geaustin@tesla.com - jomendiola@tesla.com | Pending Approval | | |
| CON0023287 | George Austin [C] | | George Austin [C] | SJC02 and SJC12 | geaustin@tesla.com - jomendiola@tesla.com | Pending Approval | | |

---

Run by: George Austin [C]                                                 2020-01-05 19:11:00 Pacific Standard Time

---

**Continuous Improvement Requests List**                                                           Page 2



WWW.MER-CURY.COM

WELL WHEN MY BROTHER AND
I WERE STARTING OUR FIRST
COMPANY INSTEAD OF GETTING
AN APARTMENT WE JUST RENTED A
SMALL OFFICE AND WE SLEPT ON
THE COUCH. WE SHOWERED AT THE
YMCA, AND WE WERE SO HARD UP
WE HAD JUST ONE COMPUTER SO
THE WEBSITE WAS UP DURING THE
DAY AND I WAS CODING AT NIGHT;
SEVEN DAYS A WEEK, ALL THE TIME.

- ELON MUSK