

TECH    SCIENCE    BUSINESS    HEALTH    CULTURE    FEATURES    BUZZ

HOME  /  TECH

# As Elon Musk's Wealth Balloons to $46B, He's Making More Tesla Employee Millionaires: Here's the List

7 July 2020, 9:45 am EDT   By Jody Y. Tech Times

Elon Musk's fortune is rising since Monday, July 6, that it balloons to $46B and is making a lot of his employees' and executives' wealth soar high. Like any other Tech giants, Musk is offering Tesla's stock options and grants as being part of the employees' compensation and benefits packages. This stock option compensation is also available for his production associates and sales staff in the auto industry.

**READ ALSO: Elon Musk Congratulates Tesla Employees Ahead As Automaker Makes Profit Despite Coronavirus Pandemic**



(Photo : Reuters)

As Tesla's founder getting richer and Tesla stocks' price skyrocketing, so do his employees. Here's is the list of Tesla Millionaires:

This drastic gain was made possible with the significant increase in Tesla's stock price, which is over 200% of this year's first quarter. This rise has put Musk's employees into the "Tesla Millionaires" list who comprises the top executives. Here are some employee millionaires who disclose their holdings in the company:

## The Tesla Millionaires:

- Zachary Kirkhorn, Tesla's CFO, who owns 11,831 shares of the company, which are now worth $16 million. Same as Tesla's stock, Kirkhorn climbed up the corporate ladder at Tesla's finance department for over ten years and became the youngest CFO at 35 years of age.
- Jerome Guillen, Automotive President, owns 9,752 stocks that worth over $13 million. He was the one who hold the Mode
  himself in

Love Tech Times? Let's Keep

Sign up for our email newsletter t
Tech Times' biggest stories, delivered to

Enter your e-mail

By clicking on 'Submit' button above, you confirm
Tech Times' Terms & Conditions



MENU        TECH        SCIENCE        BUSINESS        HEALTH        CULTURE        FEATURES        BUZZ

And one of Tesla's Board of Directors, Kimbal Musk, who is Musk's brother, owns 130,848 Tesla shares, which are now worth more than $175 million.

Other Tesla VPs, directors, managers, and executives behind Gigafactory Nevada are receiving millions after the massive stock price increase. These include several engineers in manufacturing, batteries, and construction who owns several shares. With the recent price run, those who held on to their shares are also gaining additional wealth.

## The Electrek's Perspective

Tesla's policy to award equity to everyone by each employee's ownership in the company, which gives them opportunities to make some money out of the TSLA runs. However, Tesla stocks' prices should keep going up. The company has to reduce the number of shares given, and the automaker has to deliver results with a $250 billion valuation, which is going to be complicated and confusing.

A few years back, the company cut a portion of employees' salaries, and Tesla's stock awards are not that compensating yet. Tesla is only breaking even or acquiring a small profit in Q2 last year. The success was achieved through employees taking a big pay cut during the second quarter and delivered over 90,000 cars. With that matter, Tesla owes its employees. However, changes with the stock market, specifically Tesla's, all the employees have benefited along with it.

**READ ALSO: Tesla Gears Up to Building New Factory in Asia, Outside of China**

TAG    Tesla ,   Elon Musk ,   Tesla Stocks

© 2018 TECHTIMES.COM ALL RIGHTS RESERVED. DO NOT REPRODUCE WITHOUT PERMISSION.

You Might Also Like



Mom Gives Birth to Quadruplets. Doctors Notices Her Baby



Mom Gives Birth to Quadruplets. Doctors Notices a Baby

## MOST POPULAR



1   World's Strongest Wate
    Star David Dobrik Show
    Where Can You Get It?



2   'World of Warcraft: Shad
    Here's the Best Possible
    Upgrade Procedures!



3   'Cyberpunk' PS5 Perform
    Series X Vs PC: Quality a
    Modes



4   PS5 Console: When Will
    and Where to Buy Them



5   'Cyberpunk 2077' Pre-Or
    Package Will Have These
    Items! GOG.com Offers E
    Page Comics!

X



MENU

TECH    SCIENCE    BUSINESS    HEALTH    CULTURE    FEATURES    BUZZ



Husband Reveals Secrets of Successful Marriage



Husband Illustrates Everyday Life With Wife In 19 Pictures



When He Rescued It, He Had No Clue What It Would Become



This Tiny Freak Animal Grew Up to Look Like This

X

 

TECH    SCIENCE    BUSINESS    HEALTH    CULTURE    FEATURES    BUZZ



23 Science Backed Up Benefits of Cannabis



Husband Reveals Everyday Life with Wife

X

ADVERTISEMENT

INDUSTRY (HTTPS://INTERESTINGENGINEERING.COM/INDUSTRY)

## Tesla's Breakneck Rise Is Making Employees Rich

Tesla employees are becoming very rich, and CEO Elon Musk is sitting on top of the meteoric rise.

(https://interestingengineering.com/author/brad-bergan)   By  Brad Bergan
July 07, 2020 (https://interestingengineering.com/author/brad-bergan)



Tesla (https://ir.tesla.com/node/18896/html)

Tesla's rapid rise is making many employees very rich — while none of their fortunes come close to Elon Musk's, who is experiencing a meteoric rise rarely seen, according to the latest market summary.

**RELATED: TESLA'S FIRST QUARTER DELIVERY NUMBERS ARE THEIR BEST EVER YET (https://interestingengineering.com/teslas-first-quarter-delivery-numbers-are-their-best-ever-yet)**

## Tesla employees becoming very rich

Tesla offers stock options and grants included in its compensation packages for employees — like most tech companies. But unlike other automakers, the company offers stock compensations for all employees in the organization — including sales staff and production associates — a rare thing in the auto industry, reports (https://electrek.co/2020/07/06/tesla-meteorite-rise-employees-very-rich/) Electrek.

INDUSTRY (HTTPS://INTERESTINGENGINEERING.COM/INDUSTRY)   AEROSPACE (HTTPS://INTERESTINGENGINEERING.COM/AEROSPACE)   CIVIL ENGINE ›

With the recent surge (https://interestingengineering.com/elon-musk-rakes-in-more-than-700-million-from-performance-based-tesla-payout) in Tesla's stock price (by more than 200% in 2020 alone), the company's stocks are creating a new generation of "Tesla millionaires." We can actually look at exactly how rich some top executives are, since the law requires they disclose their holdings in Tesla.

## Executive perks at Tesla

Drew Baglino is Tesla SVP of Powertrain and Energy Engineering and holds 4,222 Tesla shares according to a recent report. As of Monday, his stake is worth more than $5.7 million. As one of the top engineers at Tesla, he gradually moved up the ranks throughout his 14-year tenure with the automaker. He's worked closely with CTO and Tesla Cofounder JB Straubel and is now viewed as the unofficial CTO of the company.

The President of Automotive Jerome Guillen holds 9,752 stocks in Tesla, worth more than $13 million. Guillen led several key programs at Tesla, including Tesla Semi and Model S, before he was promoted to head of automotive. His background is heavy in automotive engineering, and all accounts say that he's a strong leader at Tesla.

Tesla's young CFO Zachary Kirkhorn now has 11,831 shares — worth $16 million as of Monday. In parallel to Tesla's stock, Kirkhorn saw a meteoric rise in his career at Tesla, climbing the corporate ranks of Tesla's finance department in 10 years to become one of the youngest CFOs ever in a major company — at only 35 years old.

## Elon Musk: chief executive billionaire

No one at Tesla is getting richer than CEO Elon Musk (https://interestingengineering.com/the-short-but-fascinating-history-of-tesla), who is deep into a rare entrepreneurial run. His latest disclosure shows him owning 34,098,597 TSLA shares — which puts his Tesla stake at more than $46 billion.

His brother, Kimbal Musk, is also on Tesla's board and is gaining a serious rise of his own from Tesla's stock price. As of his last report, he had 130,848 Tesla shares — on Monday worth more than $175 million.

Of course, other Tesla VPs, directors, and even managers are expected to see personal rises from Tesla's massive stock surge — the birth of several more millionaires.

## Engineers, new-hires also reap modest reward, in time

Numerous key engineers in manufacturing, construction, and batteries — especially the executives behind Gigafactory (https://interestingengineering.com/tesla-nevada-gigafactory-to-reopen-in-may-with-new-safety-measures) in Nevada — were also given massive stock grants worth millions of dollars at the time.

With Tesla's recent price run, the ones who kept their shares in-hand reaped an extremely rich reward.

Lower pay-levels in the company — where most employees work — is also seeing a rise, but a much less interesting one. According to Electrek, new hires are generally given between $20,000 and $40,000 of restricted stocks, which vest after three years, starting one year after they start their time at Tesla.

Tesla also gives performance-based equity bonuses, but these are now on hold amid the coronavirus crisis. This means employees who've held shares since 2019 are getting the most from the latest run (https://interestingengineering.com/tesla-is-now-worth-more-than-gm-ford-fca-combined) in Tesla stocks.

### Follow Us on

(https://news.google.com/u/1/publications/CAAqBwgKMbu41Asw52104g9w)

## Sponsored Stories

INDUSTRY (HTTPS://INTERESTINGENGINEERING.COM/INDUSTRY)    AEROSPACE (HTTPS://INTERESTINGENGINEERING.COM/AEROSPACE)    CIVIL ENGINEE

**STAY ON TOP OF THE LATEST ENGINEERING NEWS**

Just enter your email and we'll take care of the rest:

Enter your email address     SUBSCRIBE

By subscribing, you agree to our Terms of Use (https://interestingengineering.com/terms-of-service) and Privacy Policy (https://interestingengineering.com/privacy-policy). You may unsubscribe at any time.

Recommended videos                          Powered by AnyClip (https://anyclip.com/)



Elon Musk plans t...    Elon Musk: Hum...    Musk Is Highly Co...    Elon Musk: Red clim...



(https://interestingengineering.com/teslas-giga-berlin-can-hold-40000-employees-in-3-shifts-says-german-minister)

INDUSTRY (HTTPS://INTERESTINGENGINEERING.COM/INDUSTRY)

### Tesla's Giga Berlin Can Hold 40,000 Employees in 3 Shifts, Says German Minister (https://interestingengineering.com/teslas-giga-berlin-can-hold-40000-employees-in-3-shifts-...

Brad Bergan (https://interestingengineering.com/author/brad-bergan)

2 months ago

(https://interestingengineering.com/author/brad-bergan)

(https://interestingengineering.com/google-maps-for-the-body-is-in-the-making)

NEWS (HTTPS://INTERESTINGENGINEERING.COM/NEWS)

INTERESTING ENGINEERING (HTTPS://INTERESTINGENGINEERING.COM) ... INTERESTING-ENGINEE   ⟩

### Google Maps for the Body Is In the Making (https://interestingengineering.com/google-maps-for-the-body-is-in-the-making)



Chris Young (https://interestingengineering.com/author/chris-young)
2 months ago
(https://interestingengineering.com/author/chris-young)



(https://interestingengineering.com/california-tells-tesla-employees-to-ignore-stay-at-home-order-declaring-them-essential)

NEWS (HTTPS://INTERESTINGENGINEERING.COM/NEWS)

### California Tells Tesla Employees to Ignore Stay-at-home Order, Declaring Them 'Essential' (https://interestingengineering.com/california-tells-tesla-employees-to-ignore-stay-at-home-...

Loukia Papadopoulos (https://interestingengineering.com/author/loukia-papadopoulos)
2 weeks ago
(https://interestingengineering.com/author/loukia-papadopoulos)

(https://interestingengineering.com/sicily-islands-were-large-landmass-before-sea-level-rise-divided-it-says-study)

### Sicily Islands Were Large Landmass Before Sea-Level Rise Divided It, Says Study (https://interestingengineering.com/sicily-islands-were-large-landmass-before-sea-level-rise-...

Brad Bergan (https://interestingengineering.com/author/brad-bergan)

1 month ago

(https://interestingengineering.com/author/brad-bergan)

## INTERESTING ENGINEERING

About Us (https://interestingengineering.com/about-us)   Advertise (https://interestingengineering.com/advertise)   Events (https://interestingengineering.com/events)
Jobs (https://interestingengineering.com/jobs)   Newsletter (https://interestingengineering.com/newsletter)   Contact Us (https://interestingengineering.com/contact-us)

© Copyright 2020 | Interesting Engineering, Inc. | All Rights Reserved

Terms of Service (https://interestingengineering.com/terms-of-service)   Policies (https://interestingengineering.com/policies)



# Austin wants to be sheriff



Look out Tom Tramel, there may be a future sheriff in town.

Five-year-old George Jarvis Austin attends the Kindergarten Center and he wants to be a police officer or a sheriff when he grows up.

Son of Charlotte Hall-Austin, George has begun his school career with a positive attitude. "George is an enthusiastic learner and he is a well-liked and caring person," says one of his teachers.

His interests include T-ball and books, especially the Berenstein Bears series.

According to Principal Earl Watts, "George is a very smart child. He is totally involved in all classroom activities and loves school. With George's ability, I think he can accomplish his goals in life."











## Select an account to sign in with



**George Austin**
geaustin@tesla.com

   Sign in with another account

Sign up for free

‹   **Zone 4 C-shift**   ▢◁  ☎

Monday 7:57 PM

At a little over an hour in station is operating at about 104% (on pace to surpass 600 goal).



RSP1 down about 5 minutes not sure what's going on

**DG**   Daniel G.



Christopher Coburn [C] fasho

        

## Continuous Improvement
## Find-It Fix-It

≡

| | | | |
|---|---|---|---|
| NA-US-<br>CA-<br>Fremont-<br>45500<br>Fremont<br>Blvd | BIW Zone 4 | Working toward, but Not yet hitting target goal of 600 daily units.<br><br>Question partly emerged, though I'd thought about previously, while injured (on the job) and with amended rotation. I realized (through observing 'takt time' I could fairly easily avg. 80-100 per hour (approx 35 secs 'takt time' when robot operating at optimum speed = about 102 per hour).  That would easily produce over a 1000 units in a 12 hour period | Resource Maximization Strat designed to help identify and bottlenecks.  Not gospel, but get there.  Iterations, and adj would be necessary.<br><br>Process Improvement - will i process and rotation as well information/data regarding v resources regarding machine repairs to consistently hit tar<br><br>Quality Improvement - by be resources not just speed, but improvements are likely. |

"Don't confuse schooling with education. I didn't go to Harvard but the people that work for me did."

Elon Musk

Smart__being



 January 14
8:42 PM

Edit 

---

**Continuous Improvement Requests List** Page 1

**Report Title:** Continuous Improvement Requests List
**Run Date and Time:** 2020-01-05 19:11:00 Pacific Standard Time
**Run by:** George Austin [C]
**Table name:** u_continuous_improvement_requests
**Query Condition:** Active = true AND Requested for = George Austin [C] .or. Opened by = George Austin [C]
**Sort Order:** Number in descending order

15 Continuous Improvement Requests

| ▼ Number | Requested for | Description | Opened by | Site Code | Supervisor email IDs | Request state | Due date | Assigned to |
|---|---|---|---|---|---|---|---|---|
| CON0023342 | George Austin [C] | | George Austin [C] | SJC02 and SJC12 | geaustin@tesla.com - jomendiola@tesla.com,stan dersen@tesla.com - juamartinez@tesla.com,jome ndiola@tesla.com - standersen@tesla.com | Pending Approval | | |
| CON0023332 | George Austin [C] | | George Austin [C] | SJC02 and SJC12 | geaustin@tesla.com - jomendiola@tesla.com,dani garcia@tesla.com - jomendiola@tesla.com | Pending Approval | | |
| CON0023292 | George Austin [C] | | George Austin [C] | SJC02 and SJC12 | geaustin@tesla.com - jomendiola@tesla.com | Pending Approval | | |
| CON0023291 | George Austin [C] | | George Austin [C] | SJC02 and SJC12 | geaustin@tesla.com - jomendiola@tesla.com,jazg eorge@tesla.com - jomendiola@tesla.com | Pending Approval | | |
| CON0023290 | George Austin [C] | | George Austin [C] | SJC02 and SJC12 | geaustin@tesla.com - jomendiola@tesla.com | Pending Approval | | |
| CON0023289 | George Austin [C] | | George Austin [C] | SJC02 and SJC12 | geaustin@tesla.com - jomendiola@tesla.com,talha rkl@tesla.com - jomendiola@tesla.com | Pending Approval | | |
| CON0023288 | George Austin [C] | | George Austin [C] | SJC02 and SJC12 | geaustin@tesla.com - jomendiola@tesla.com | Pending Approval | | |
| CON0023287 | George Austin [C] | | George Austin [C] | SJC02 and SJC12 | geaustin@tesla.com - jomendiola@tesla.com | Pending Approval | | |

---

Run by: George Austin [C]                                    2020-01-05 19:11:00 Pacific Standard Time

---

**Continuous Improvement Requests List** Page 2









**Continuous Improvement Requests List**

Page 1

**Report Title:** Continuous Improvement Requests List
**Run Date and Time:** 2020-01-05 19:11:00 Pacific Standard Time
**Run by:** George Austin [C]
**Table name:** u_continuous_improvement_requests
**Query Condition:** Active = true AND Requested for = George Austin [C] .or. Opened by = George Austin [C]
**Sort Order:** Number in descending order

15 Continuous Improvement Requests

| ▼ Number | Requested for | Description | Opened by | Site Code | Supervisor email IDs | Request state | Due date | Assigned to |
|---|---|---|---|---|---|---|---|---|
| CON0023342 | George Austin [C] | | George Austin [C] | SJC02 and SJC12 | geaustin@tesla.com - jomendiola@tesla.com,standersen@tesla.com - juamartinez@tesla.com,jomendiola@tesla.com - standersen@tesla.com | Pending Approval | | |
| CON0023332 | George Austin [C] | | George Austin [C] | SJC02 and SJC12 | geaustin@tesla.com - jomendiola@tesla.com,danigarcia@tesla.com - jomendiola@tesla.com | Pending Approval | | |
| CON0023292 | George Austin [C] | | George Austin [C] | SJC02 and SJC12 | geaustin@tesla.com - jomendiola@tesla.com | Pending Approval | | |
| CON0023291 | George Austin [C] | | George Austin [C] | SJC02 and SJC12 | geaustin@tesla.com - jomendiola@tesla.com,jazgeorge@tesla.com - jomendiola@tesla.com | Pending Approval | | |
| CON0023290 | George Austin [C] | | George Austin [C] | SJC12 | geaustin@tesla.com - jomendiola@tesla.com | Pending Approval | | |
| CON0023289 | George Austin [C] | | George Austin [C] | SJC02 and SJC12 | geaustin@tesla.com - jomendiola@tesla.com,taiharki@tesla.com - jomendiola@tesla.com | Pending Approval | | |
| CON0023288 | George Austin [C] | | George Austin [C] | SJC02 and SJC12 | geaustin@tesla.com - jomendiola@tesla.com | Pending Approval | | |
| CON0023287 | George Austin [C] | | George Austin [C] | SJC02 and SJC12 | geaustin@tesla.com - jomendiola@tesla.com | Pending Approval | | |

Run by: George Austin [C]

2020-01-05 19:11:00 Pacific Standard Time

**Continuous Improvement Requests List**

Page 2



WWW.MER-CURY.COM

WELL WHEN MY BROTHER AND I WERE STARTING OUR FIRST COMPANY INSTEAD OF GETTING AN APARTMENT WE JUST RENTED A SMALL OFFICE AND WE SLEPT ON THE COUCH. WE SHOWERED AT THE YMCA, AND WE WERE SO HARD UP WE HAD JUST ONE COMPUTER SO THE WEBSITE WAS UP DURING THE DAY AND I WAS CODING AT NIGHT; SEVEN DAYS A WEEK, ALL THE TIME.

- ELON MUSK