George Jarvis (J).. Austin, esq. (TBA)  09/16/20
Austin v. Budget, et. al. Case # (3:20-cv-00800)
240 E. Channel St. #1354 Stockton, CA 95202, or alternatively
2107 Montauban Ct., Stockton, CA 95210

 

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE J. AUSTIN, Plaintiff, | MOTION FOR EXTENSION |
| | Re: Dkt. Nos. 61, |
| v. | |
| TESLA., et al., Defendants. | |
| Case No. (3:20-cv-00800) | |

George Jarvis (J).. Austin, esq. (TBA)  09/16/20
Austin v. Budget, et. al. Case # (3:20-cv-00800)
240 E. Channel St. #1354 Stockton, CA 95202, or alternatively
2107 Montauban Ct., Stockton, CA 95210

Pursuant to Rule 60*(a) Relief from a Judgment or Order; Corrections Based on Clerical Mistakes; Oversights and Omissions* Plaintiff moves to file a motion for extension, and relief, or correction, to the date of the Honorable Judge Chen's Hearing (to provide enough time for Plaintiff's submission of response, as well as all parties, and the Court's review prior to the hearing).  At Present, Plaintiff is not yet complete, and may not finish the robust, and thorough, response prior to the time necessary for sufficient review of Plaintiff's response to the motion (with specificity while also litigating multiple other Federal Suits, as Plaintiff, Pro Se, and Attorney of Record, concurrently).   Under Rule 60 the court may provide relief, correct a clerical mistake, or a mistake, arising from oversight or omission whenever one is found in a judgment, order, or other part of the record.  The court may do so on motion or on its own, with or without notice.  See *United States v. Philip Morris USA, Inc., 793 F.* Supp. 2d 164, 168 (D.D.C. 2011) (citation and internal quotation omitted)

Given the Court's shift in date, as well as the need for enough time to prepare a robust, and thorough, response to Defendant's motion to be submitted, and enough time for the Court's review, Plaintiff requests an extension.   Plaintiff therefore moves to file a motion for extension, and relief, or correction, Pursuant to Rule 60*(a) Relief from a Judgment or Order; Corrections Based on Clerical Mistakes; Oversights and Omissions.*