Daily Labor Report®

# Tesla's $1 Million Settlement of Wage Claims Gets Final Approval

By Erin Mulvaney

July 9, 2019, 9:42 AM

- Judge grants final approval to salespeople settlement

- Attorneys' fees to make up a third of final payout

Tesla Inc. will pay just over $1 million to settle a class action alleging it underpaid salespeople by not providing breaks or overtime pay, according to a final settlement order.

Magistrate Judge Jacqueline Scott Corley gave final approval on July 8 to the settlement between Tesla and 282 salespeople who claimed in a June 2017 lawsuit they should have been paid overtime and given meal and rest breaks. The lawsuit said the Palo Alto, Calif.-based automaker and technology company improperly claimed an exemption for workers who earn commissions.

The settlement agreement includes $333,333 in attorneys' fees, $20,000 for litigation costs,...

## More from Bloomberg Law

## Latest Stories in Daily Labor Report®

### Boies Schiller Elects Managing Partners in Latest Shuffle (1)
Boies Schiller Flexner has named a new leadership group, including three new managing partners and two new executive committee members.

### Congress Stalemate on Covid Liability Adds to Doubts on Relief
The congressional impasse over how to shield employers from virus-related lawsuits in a U.S. pandemic-relief package deepened Friday as negotiations among a bipartisan group of lawmakers dragged on.

### Fiduciary Proxy Voting Rule Finalized After White House OK

The Labor Department released a final rule Friday that restricts fiduciaries from voting on pension or retirement plan matters that aren't in the plan's financial interests.

© 2020 The Bureau of National Affairs, Inc.   All Rights Reserved