George Jarvis (J).. Austin, esq. (TBA)  09/16/20
Austin v. TESLA, et al., Case No. 3:20-cv-00800
240 E. Channel St. #1354 Stockton, CA 95202
2107 Montauban Ct. Stockton, CA 95210

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GEORGE J. AUSTIN, Plaintiff,                AFFIDAVIT

                                            Re: Dkt. Nos. 63

v.

TESLA., et al., Defendants.

Case No. 3:20 cv 00800

George Jarvis (J).. Austin, esq. (TBA)  09/16/20
Austin v. TESLA, et al., Case No. 3:20-cv-00800
240 E. Channel St. #1354 Stockton, CA 95202
2107 Montauban Ct. Stockton, CA 95210

   Pursuant to the Honorable Judge Chen's Order Plaintiff Acknowledges the upcoming

Hearing Time, and will make every effort to submit the drafted, but not yet complete, forthcoming

filings in completed form.  At Present, Plaintiff is not yet complete, and may not finish the robust,

and thorough, response prior to the time necessary for sufficient review of Plaintiff's response to

the motion (while also litigating multiple other Federal Suits, as Plaintiff, Pro Se, and Attorney of

Record, concurrently).  However, Plaintiff will submit filings as time allows and hopefully will be

enough time for all parties, and the Court's review prior to the hearing.  Under Rule 26 *Duty to*

*Disclose; General Provisions Governing Discovery,* Rule 56(c), and Rule 44 *Proving an Official*

*Record* Plaintiff shall file a series of pre-discovery disclosures, as well as the detailed response

(with highlighted material facts, further matching the highlighted facts to precedent, and with

increased 'specificity').