STATIONS   MUSIC   NEWS   SPORTS   PODCASTS   MORE

NEWS   ELECTION   TRAFFIC   WEATHER   PODCASTS   CONNECT   MORE   LISTEN

 **NEWS** VIRUS TODAY: With vaccine…
 **NEWS** Driver arrested after car plows…
 **NEWS** Trump loses Wisconsin cas…
 **NEWS** The Latest: US reaches record…
 **NEWS** France's Christmas gift …



/ KCBS ALL NEWS 106.9FM AND 740AM / NEWS / BUSINESS

# Tesla Fined for Labor Violations



Photo credit AP Photo/Charles Krupa

*By* Doug Sovern KCBS All News 106.9FM and 740AM



ADVERTISEMENT



**ASU — Education Programs**
Your next turn: earning a top-tier education degree from ASU Online — #1 in innovation.

STATIONS    MUSIC    NEWS    SPORTS    PODCASTS    MORE

12:08 pm

Start here

KCBS Radio: On-Demand

 **NEWS** VIRUS TODAY: With vaccine…

 **NEWS** Driver arrested after car plows…

 **NEWS** Trump loses Wisconsin cas…

 **NEWS** The Latest: US reaches record…

 **NEWS** France's Christmas gift …



00:00                                                                                          00:53

The state of California is fining Tesla and its former janitorial service for not carrying workers compensation insurance for its custodians. The electric car company is also under investigation for not paying them overtime.

The California Labor Commissioner has cited and fined Tesla Energy Operations and its previous janitorial subcontractor $84,000 each for violating state labor laws.

"The company was not paying for workers compensation insurance," Denise Velasco, program coordinator with the Maintenance Cooperation Trust Fund, a California janitorial industry watchdog, told KCBS Radio. "Something that is also ongoing is the wage theft investigation."

Records from the Department of Industrial Relations confirm Tesla is in trouble because the company that supplies its janitors is not complying with state labor laws.

"They have not been paid overtime or taking rest breaks, as they cleaned the Tesla building," Velasco said.

There's no excuse for a company that earned $42 billion a year to not treat its workers fairly, Velasco said.

A Tesla spokeswoman told KCBS Radio that the company "maintains workers compensation insurance for our employees at all times and requires proof of workers compensation from all of our contractors in order to work for Tesla" and denied that the company is subject to the investigation into overtime pay.

The new fines come only weeks after Tesla settled a lawsuit brought by a former janitor at the company's Fremont facility. The lawsuit alleged the woman was permanently disabled in a 2014 incident where she was pinned by a car at the factory. Tesla agreed to pay the woman $13 million after an Alameda County jury had been selected in the trial.

*Correction: Due to an editing error, an earlier version of this article misstated which unit of Tesla was fined. The California Labor Commissioner fined Tesla Energy Operations. We regret the error.*

| STATIONS | MUSIC | NEWS | SPORTS | PODCASTS | MORE |

Hunt still on for suspects in ransacking of Chicago stores

Pandemic forces 'virtual' Virgin of Guadalupe day in Mexico

 **NEWS** VIRUS TODAY: With vaccine…   **NEWS** Driver arrested after car plows…   **NEWS** Trump loses Wisconsin cas…   **NEWS** The Latest: US reaches record…   **NEWS** France's Christmas gift …

disperse crowd after police protest

Iran executes exiled journalist who encouraged 2017 protests

Nearly 150 arrested at Paris protest over security bill

---

### TRENDING on RADIO.COM



**Music**
**Enter for a chance to win a virtual meet and greet with SHAED!**



**News**
**ER doctor says he was fired for speaking up about COVID surge**



**Sports**
**Mets reportedly strike 4-year, $40-million deal with All-Star catcher James McCann**



**News**



**Music**
**Chrissy Teigen fires back at 'weirdos who…'**



**News**
**Joe Biden visits hospital's…**

STATIONS   MUSIC   NEWS   SPORTS   PODCASTS   MORE


on social media

**Commander's Palace chefs create New Orleans feast for**


**NEWS**
VIRUS TODAY: With vaccine…


**NEWS**
Driver arrested after car plows…


**NEWS**
Trump loses Wisconsin cas…


**NEWS**
The Latest: US reaches record…


**NEWS**
France's Christmas gift …

**KCBS All News 106.9FM and 740AM   |   The Bay Area's News Station**

Listen to KCBS-AM     Contact Us     Join the Listener Community     EEO
Public Inspection File     Contest Rules     FCC Applications     Advertise with Us

© 2020 ENTERCOM COMMUNICATIONS CORP. ALL RIGHTS RESERVED. PART OF RADIO.COM NEWS.
KCBS IS A REGISTERED TRADEMARK OF CBS BROADCASTING INC. ALL RIGHTS RESERVED.



   

### LISTEN
Listen Live     Mobile App

### CONNECT
FAQ     1Thing     Get My PERKS     #ImListening     Contact Us     Submit A Station
Submit A Podcast     Sitemap

### LEGAL
Public Inspection File     Careers     EEO Public Files     Public File Help     Privacy Policy
Terms Of Use     Copyright Notice     Music Submission Policy
Do Not Sell My Personal Information

© 2020 Entercom Communications Corp. All rights reserved. Part of RADIO.COM Music.