# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** December 18, 2020    **Time:** 3:23-4:11=    **Judge:** EDWARD M. CHEN
48 Minutes

**Case No.**: 20-cv-00800-EMC    **Case Name:** Austin v. Tesla, Inc.

**Plaintiff, Pro Se:** George Jarvis Austin
**Attorneys for Defendant:** Andrea Milano, Pamela Ng

**Deputy Clerk:** Angella Meuleman    **Court Reporter:** Katherine Sullivan

### PROCEEDINGS HELD BY ZOOM WEBINAR

[41] Motion to Dismiss;

[49] Motion to Strike held.

### SUMMARY

Parties stated appearances and proffered argument.

Court takes matter under submission.  Order to issue.