

**EDD** Employment
Development
Department
State of California

## Notice Of Computation (DE 429D)

| EDD Address: | PO Box 201006<br>Stockton, CA 95201-9006<br>United States | EDD Telephone<br>Number: | 800-480-3287 |
|---|---|---|---|
| Issue Date: | 09-22-2020 | | |

This notice does not establish your right to benefits. State Disability Insurance or Paid Family Leave benefits are paid to you only when you meet all the conditions of eligibility.

## Claimant Information

| Name: | George J Austin | Address: | 240 E Channel St # ▌▌▌<br>Stockton, CA 95202-4200<br>United States |
|---|---|---|---|
| EDDCAN: | ▋▋▋▋▋ | Claim ID: | ▋▋▋▋▋▋▋ |

## ▋▋▋▋▋ Recomputation of Award

Your weekly and maximum benefit amounts shown here were recomputed with California earnings for quarters prior to your current base period. THIS IS A RESULT OF THE WAGE SUBSTITUTIONS YOU REQUESTED.

## Benefit Information

| Your Maximum Benefit Amount is ($): | ▋▋▋▋▋ | Your Weekly Benefit Amount is ($): | **1300.00** |
|---|---|---|---|
| Your Daily Benefit Amount is ($): | ▋▋▋▋▋ | Your Claim Effective Date: | **04-20-2020** |

## Wage Information

| Your Name | Employer | Jan-Mar '19 ($) | Apr-Jun '19 ($) | Jul-Sep '19 ($) | Oct-Dec '19 ($) |
|---|---|---|---|---|---|
| *GEORGE  AUSTIN | ▋▋▋▋▋ | ▋▋▋▋ | 0.00 | 0.00 | 0.00 |
| *GEORGE  AUSTIN | BALANCE STAFFING WORKFORCE LLC | 0.00 | 0.00 | 7,▋▋▋ | 1▋,881.82 |
| *GEORGE  AUSTIN | MVPPAYROLL | 0.00 | 0.00 | 7,▋▋▋ | 1▋▋4.52 |
| | | | | | |
| Quarter Total: | | ▋▋▋▋ | 0.00 | 1▋,▋60 | 2▋,▋96.34 |
| Total Wages ($): | 4▋,▋81.69 | | | | |

