1  MICHAEL A. LAURENSON (SBN: 190023)
   mlaurenson@grsm.com
2  PAMELA Y NG (SBN: 273036)
   png@grsm.com
3  GORDON REES SCULLY MANSUKHANI, LLP
   275 Battery Street, Suite 2000
4  San Francisco, CA 94111
   Telephone: (510) 463-8668
5  Facsimile: (415) 986-8054

6  Attorneys for Defendants
   BALANCE STAFFING WORKFORCE, LLC (erroneously sued as Balance Staffing) and
7  PERSONNEL STAFFING GROUP, LLC (erroneously sued as MVP PERSONNEL
   STAFFING GROUP)
8

9                     UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11

12 GEORGE J. AUSTIN, an individual          ) CASE NO. 3:20-cv-00800-EMC
                                             )
13                Plaintiff,                 ) **DEFENDANT BALANCE
                                             ) STAFFING WORKFORCE, LLC'S
14      vs.                                  ) JOINDER IN DEFENDANT
                                             ) TESLA'S MOTION TO DISMISS
15 TESLA, INC., et al.,                      ) OR STRIKE PORTIONS OF
                                             ) PLAINTIFF'S FIRST AMENDED
16                Defendants.                ) COMPLAINT**
                                             )
17                                           ) **Judge: Edward M. Chen**
                                             )
18

19      TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

20      PLEASE TAKE NOTICE THAT during the Court's hearing on December 18, 2020 at

21 2:00 p.m. regarding Defendant TESLA, INC. D/B/A IN CALIFORNIA AS TESLA MOTORS,

22 INC.'s (erroneously sued as TESLA, INC.) Motion to Dismiss, or in the Alternative, Motion to

23 Strike ("Tesla's Motion"), the Court allowed Defendant BALANCE STAFFING

24 WORKFORCE, LLC (erroneously sued as Balance Staffing) ("BSW") to file a joinder to Tesla's

25 Motion; thus, Defendant BSW hereby joins Telsa's Motion with respect to the ten causes of

26 action in Plaintiff GEORGE AUSTIN's First Amended Complaint ("FAC"), which causes of

27                                          -1-
   DEFENDANT BALANCE STAFFING WORKFORCE, LLC'S JOINDER IN DEFENDANT TESLA'S
28 MOTION TO DISMISS OR STRIKE PORTIONS OF PLAINTIFF'S FIRST AMENDED COMPLAINT
                         Case No. 3:20-cv-00800-EMC

action are plead against both BSW and Tesla. BSW respectfully requests that any relief ordered by the Court with regard to those causes of action be ordered in favor of Tesla and BSW as well on the grounds that Plaintiff fails to state in those causes of action a claim upon which relief can be granted under Federal Rules of Civil Procedure, Rule 12(b)(6).

1. Defendant BSW joins Defendant Tesla's Motion to Dismiss regarding the fourth cause of action for conversion, ninth cause of action for wrongful termination, and tenth cause of action whistleblower retaliation on identical grounds.

2. Defendant BSW joins Defendant Tesla's Motion to Dismiss regarding the first cause of action for defamation on the grounds that the alleged statement cannot form the basis for a defamation claim under the common interest privilege.

3. Defendant BSW joins Defendant Tesla's Motion to Dismiss regarding the second and third causes of action for non-payment of wages under the California Labor Code and Fair Labor Standards Act on the grounds that he failed to plead any facts to establish such claims and asserted only conclusory statements.

4. Defendant BSW joins Defendant Tesla's Motion to Dismiss regarding the fifth cause of action for breach of contract on the grounds that Plaintiff failed to assert any facts to overcome the presumption that his employment was "at-will" and the only "facts" asserted are vague, insufficient and unintelligible assertions.

5. Defendant BSW joins Defendant Tesla's Motion to Dismiss regarding the sixth and seventh causes of action for fraudulent misrepresentation and fraudulent concealment on the grounds that such claims are based on contract principles that are wholly inapplicable in the context of at-will employment; Plaintiff failed to sufficiently plead with particularity the circumstances constituting fraud; and Plaintiff failed to allege any factual allegations of misrepresentation or concealment specifically against BSW.

6. Defendant BSW joins Defendant Tesla's Motion to Dismiss regarding the eighth

cause of action for tortious interference on the grounds that he failed to establish a contract between him and BSW, failed to establish knowledge by BSW of an existing or future contract between him and a third party, and otherwise asserted only conclusory allegations.

BSW's joinder is based on this notice, all pleadings and papers on file in this action, and oral argument as may be presented to the Court.

Dated:  December 24, 2020

GORDON REES SCULLY MANSUKHANI, LLP

By: _____
Michael A. Laurenson
Pamela Y Ng
Attorneys for Defendants
BALANCE STAFFING WORKFORCE, LLC AND PERSONNEL STAFFING GROUP, LLC