MICHAEL A. LAURENSON  (SBN:  190023)
mlaurenson@grsm.com
PAMELA Y NG (SBN:  273036)
png@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:  (510) 463-8668
Facsimile:  (415) 986-8054

Attorneys for Defendants
BALANCE STAFFING WORKFORCE, LLC (erroneously sued as Balance Staffing) and PERSONNEL STAFFING GROUP, LLC (erroneously sued as MVP PERSONNEL STAFFING GROUP)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE J. AUSTIN, an individual<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>TESLA, INC., et al.,<br>　　　　　　　　Defendants. | CASE NO.  3:20-cv-00800-EMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT BALANCE STAFFING WORKFORCE, LLC'S JOINDER IN DEFENDANT TESLA'S MOTION TO DISMISS OR STRIKE PORTIONS OF PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**Judge:  Edward M. Chen** |

Defendant BALANCE STAFFING WORKFORCE, LLC's (erroneously sued as BALANCE STAFFING) ("BSW") Joinder to Defendant TESLA, INC. D/B/A IN CALIFORNIA AS TESLA MOTORS, INC.'s (erroneously sued as TESLA, INC.) ("Tesla") Motion to Dismiss, or in the alternative, Motion to Strike Portions of Plaintiff GEORGE AUSTIN's First Amended Complaint comes following this Court's hearing on December 18, 2020.

Having considered the moving, opposition and reply papers, and argument of the parties

-1-
[PROPOSED] ORDER GRANTING DEFENDANT BALANCE STAFFING WORKFORCE, LLC'S JOINDER IN DEFENDANT TESLA'S MOTION TO DISMISS OR STRIKE PORTIONS OF PLAINTIFF'S FIRST AMENDED COMPLAINT Case No. 3:20-cv-00800-EMC

and counsel at hearing, and good cause appearing, the Court hereby issues the following ruling:

1. Defendant BSW may join in the Motion to Dismiss filed by Defendant Tesla with respect to each and every cause of action in Plaintiff's First Amended Complaint.

**AND/OR**

2. All relief ordered by the Court with respect to any causes of action in Plaintiff's First Amended Complaint is ordered in favor of Defendant BSW as well.

**AND/OR**

3. Plaintiff's First Amended Complaint is dismissed in its entirety with prejudice and without leave to amend.

**AND/OR**

4. Defendant BSW may join in the Motion to Strike Portions of Plaintiff's First Amended Complaint filed by Defendant Tesla.

**IT IS SO ORDERED.**

DATE: _____

United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANT BALANCE STAFFING WORKFORCE, LLC'S JOINDER IN DEFENDANT TESLA'S MOTION TO DISMISS OR STRIKE PORTIONS OF PLAINTIFF'S FIRST AMENDED COMPLAINT Case No. 3:20-cv-00800-EMC

**Gordon Rees Scully Mansukhani, LLP**
275 Battery Street, Suite 2000
San Francisco, CA 94111