

**George Austin <gaustin07@berkeley.edu>**

## FW: Austin v. Tesla et al.
6 messages

**Vanessa Santellan** <vsantellan@grsm.com>　　　　　　　　　　　　　　　Mon, Dec 21, 2020 at 4:13 PM
To: "gaustin07@berkeley.edu" <gaustin07@berkeley.edu>

Resending the below.  Thank you.

**From:** Vanessa Santellan <vsantellan@grsm.com>
**Sent:** Monday, December 21, 2020 4:12 PM
**To:** 'gustin07@berkeley.edu' <gustin07@berkeley.edu>
**Cc:** Pamela Ng <png@grsm.com>; Mike Laurenson <mlaurenson@grsm.com>; 'andrea.milano@pillsburylaw.com' <andrea.milano@pillsburylaw.com>
**Subject:** Austin v. Tesla et al.

Dear Mr. Austin,

Please find attached Defendant Personnel Staffing Group, LLC's Initial Discovery pursuant to General Order 71 Initial Discovery Protocols for Employment Cases in the above-referenced matter.  Thank you.

Kind regards,

Vanessa

**VANESSA SANTELLAN**  |  Legal Secretary

**GORDON REES SCULLY MANSUKHANI**
**YOUR 50 STATE PARTNER®**

275 Battery Street, Suite 2000
San Francisco, CA 94111
D: 415-875-4191  |  P: 415-986-5900  |  F: 415-986-8054  |  vsantellan@grsm.com

www.grsm.com