

George Austin <gaustin07@berkeley.edu>

## FW: Austin v. Tesla et al.

**George Austin** <gaustin07@berkeley.edu>   Wed, Dec 23, 2020 at 7:43 PM
To: Pamela Ng <png@grsm.com>
Cc: Mike Laurenson <mlaurenson@grsm.com>, "andrea.milano@pillsburylaw.com" <andrea.milano@pillsburylaw.com>, Vanessa Santellan <vsantellan@grsm.com>

Happy Holidays Ms. Ng, or as you may prefer, Pamela

Thank you for follow up.

Just to make sure we are on the same page which entity of the three are you representing (Tesla, Balance or Personnel), Personnel, Correct?

Are you in contact with representatives from Balance staffing?  Which entity does the wage discovery intend to correspond with (There were two sets of wages, paid, and only a portion were received by Plaintiff the discovery only represents a portion of total wages as verified by State of California Auditing and Accounting Department Investigators)?

Thank you,

George Jarvis (J.) Austin, Esq. (TBA).

[Quoted text hidden]