BALANCE STAFFING - MODESTO (145)

| Employee ID | Check Date | Soc-Sec-Num | Period Start | Period End | Check No |
|---|---|---|---|---|---|
| George J Austin | | | | | |

Federal Tax-Status S Allowances                                                                 State Tax - Status S  Allowances 0/0

### CURRENT EARNINGS DETAIL

| Date | Description | Rate | Hours | Amount | Site |
|---|---|---|---|---|---|

### DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| GARNISHMENT | | |
| MEDICAL 125 | | |
| DENTAL 125 | | |
| ACCIDENT | | |
| VISION125 | | |
| FEDERAL TAX | | |
| MEDICARE | | |
| SOC SECURITY | | |
| CA DISABILITY | | |

Total(s):

### DIRECT DEPOSIT

| Type | Account | Amount |
|---|---|---|
| CHECKING | | |

**Net Pay**

**Net Pay YTD**  $16

Total:

### Y-T-D EARNINGS

| Description | Amount |
|---|---|
| REGULAR PAY | |
| OVERTIME | |

### PAID TIME OFF

| Desc | C/O | Accrued | Used | Bal |
|---|---|---|---|---|
| CA SICK PAY | 0.00 | 32.00 | 0.00 | 32.00 |

### EMPLOYER CONTRIBUTIONS

| Description | Amount | Y-T-D |
|---|---|---|

Total(s):  0.00  0.00

Total:

PERSONNEL STAFFING GROUP, LLC
1751 LAKE COOK ROAD, SUITE 600
DEERFIELD, IL 60015
(847) 663-4300

Build: RRT-3172                                                               Query: HRP_CHECKS.MVQ Version: Legal_PTO_Arial 19.10.193

---

Personnel Staffing Group, LLC
BALANCE STAFFING
2142 BERING DRIVE
SAN JOSE, CA 95131

**Pay:** Non-negotiable

**To The Order Of:** George J Austin
2107 Montauban Ct
STOCKTON, CA 95210



---

Personnel Staffing Group, LLC
BALANCE STAFFING
2142 BERING DRIVE
SAN JOSE, CA 95131

MODESTO
BALMOD
BSS

145 MODESTO BALSTO
George J Austin
2107 Montauban Ct
STOCKTON, CA 95210

# EARNINGS STATEMENT IMPORTANT - KEEP FOR YOUR RECORDS   Mail to Employee

**Balance Staffing Solutions**
2750 N. Cherryland Ave
Stockton, CA 95215

Name: **GEORGE J AUSTIN**     Check Date:        Check #
SSN:           EE ID:                    Branch: Stockton - BSS

| Week Worked | Customer - Department | Type | Hours | Pay Rate | Total Pay | YTD Hrs. | YTD Pay |
|---|---|---|---|---|---|---|---|
| | TESLA, INC - Primary | Reg | | | | | |
| | TESLA, INC - Primary | OT | | | | | |

| Tax Name | Taxable Grs. | Tax Amt. | YTD Tax |
|---|---|---|---|
| Federal Income Ta | | | |
| FICA EE | | | |
| MED EE | | | |
| CA WH | | | |
| CALIFORNIA SDI E | | | |

| Bank Name | Amount | Account No. | Plan | Accrual Hrs. | Deplete Hrs. | Balance |
|---|---|---|---|---|---|---|
| RAPID | | | Sick Leave_CA | 1.14 | 0.00 | 32.62 |

**YTD Gross**
**Gross Amt.**
**Net Amt.**
**Check Number**

**Balance Staffing Solutions**
2750 N. Cherryland Ave
Stockton, CA 95215

GEORGE J AUSTIN
2107 MONTAUBAN CT
Stockton, CA 95210

Case 3:20-cv-00800-EMC Document 73-3 Filed 07/27/2020 Page 2 of 14



# Austin wants to be sheriff



Look out Tom Tramel, there may be a future sheriff in town.

Five-year-old George Jarvis Austin attends the Kindergarten Center and he wants to be a police officer or a sheriff when he grows up.

Son of Charlotte Hall-Austin, George has begun his school career with a positive attitude. "George is an enthusiastic learner and he is a well-liked and caring person," says one of his teachers.

His interests include T-ball and books, especially the Berenstein Bears series.

According to Principal Earl Watts, "George is a very smart child. He is totally involved in all classroom activities and loves school. With George's ability, I think he can accomplish his goals in life."