George Jarvis (J).. Austin, esq. (TBA)  12/05/20
Austin v. TESLA, et. al. Case #3:20-cv-00800
240 E. Channel St. #1354 Stockton, CA 95202
2107 Montauban Ct. Stockton, CA 95210

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GEORGE J. AUSTIN, Plaintiff,            NOTICE

                                        Re: Dkt. Nos. 67

v.

TESLA., et al., Defendants.

Case No. 3:20-cv-00800

1. United States Ninth Circuit District Court
Contextual, Material Fact, and Valuation Notice:

George Jarvis (J).. Austin, esq. (TBA)  12/05/20
Austin v. TESLA, et. al. Case #3:20-cv-00800
240 E. Channel St. #1354 Stockton, CA 95202
2107 Montauban Ct. Stockton, CA 95210

Pursuant to Rule 26 *Duty to Disclose; General Provisions Governing Discovery,* Rule 56(c), and Rule 44 *Proving an Official Record,* Plaintiff moves to file Notice of material facts, and contextual information undergirding the complaint and Defendant's violations of Plaintiffs rights. Plaintiff shall file (and has filed) a series of notices, and affidavits, providing appropriate context for pleadings, and forthcoming filings (and ultimate victory).

- Senate Rules Committee Resolution Plaque celebrating successful completion of program (prior to matriculating into law school at Georgetown, after year deferment for Senate Fellowship), signed by then California Senate President pro Tempore, and now Sacramento Mayor, Darrell Steinberg: Whereas, George (Jarvis) Austin was selected from a highly competitive group of outstanding college and university graduates from California (64, out of 1300, generally, 18 out of approx. 500 specifically), and throughout the nation, and was appointed a 2012-2013 California Senate Fellow, and Whereas George (Jarvis) Austin, from Stockton (since 1993, after Florida, and Tennessee), graduated from the University of California, Berkeley, with a Bachelor of Arts degree in Sociology, and Whereas Through his service in the Senate Committee on Governance and Finance, George (Jarvis) Austin had the unique opportunity of acquiring a deeper understanding of the legislative process and public policy formation, while also providing assistance to Senate Members, legislative committees, and their constituencies, and Whereas The California Senate Fellows program, established in 1973 and sponsored jointly by the Senate and California State University, Sacramento, enables 18 individuals to

George Jarvis (J).. Austin, esq. (TBA)  12/05/20
Austin v. TESLA, et. al. Case #3:20-cv-00800
240 E. Channel St. #1354 Stockton, CA 95202
2107 Montauban Ct. Stockton, CA 95210

become full-time Senate Staff members in the State Capitol for 11 months As a result of his outstanding service as a Senate Fellow, George (Jarvis) Austin is equipped to provide valuable leadership and contributions to educational institutions; local, regional, state, and federal government; and professional, business, and community endeavors in the State of California and nation; now therefore be it RESOLVED BY THE SENATE RULES COMMITTEE, That George (Jarvis) Austin be commended for his exemplary service on behalf of the Members of the Senate

Plaintiff, (University of California, Berkeley Graduate (09'), Honors Student, Bay Area Housing Commissioner, Alum, NAACP National Representative, and Local Youth and College President, Alum, California Senate, Capital Fellows, Senate Fellows Top 10 out of 800+ Nationally Ranked, Alum (13'), UCLA Law, and Anderson Riordan MBA Fellows, Alum (08',13'), T-14 Law Student, as well as others), and Attorney of Record, Mr. George Jarvis (J.) Austin, esq. (TBA) has also tried repeatedly to resolve the issue outside of litigation, but no amenable option, or alternative, was provided by Defendants.   Specifically, Plaintiff exhausted pre-litigation options to try and solve the issue outside of court, avoid any unnecessary litigation, or causes of action, but Defendants refused, and further shut down healthy professional, proactive, communication.