

# Contact

Contact Us    Printed Materials    Investor FAQs

You can contact Tesla, Inc.'s Board of Directors to provide comments, to report concerns, or to ask a question, at the following address.

**Corporate Secretary**
**Tesla, Inc.**
**3500 Deer Creek Road**
**Palo Alto, CA 94304**
**United States**

You may submit your concern anonymously or confidentially by postal mail. You may also indicate whether you are a shareholder, customer, supplier, or other interested party.

Communications are distributed to the Board, or to any individual directors as appropriate, depending on the facts and circumstances outlined in the communication. In that regard, the Tesla Motors board of directors has requested that certain items which are unrelated to the duties and responsibilities of the board should be excluded, such as:

**Product complaints**
**Product inquiries**
**New product suggestions**
**Resumes and other forms of job inquiries**
**Surveys**
**Business solicitations or advertisements**

In addition, material that is unduly hostile, threatening, illegal or similarly unsuitable will be excluded, with the provision that any communication that is filtered out must be made available to any non-management director upon request.

Privacy - Terms

You may also communicate online with our Board of Directors as a group.

**Please submit your question using the form.**

Contact investor relations ⌄

Name

Email

Subject

Content

SUBMIT

Tesla © 2020

Contact & FAQ   Privacy & Legal

Privacy - Terms