BALANCE STAFFING - MODESTO (145)

| Employee ID | Check Date | Soc-Sec-Num | Period Start | Period End | Check No |
|---|---|---|---|---|---|
| George J Austin | | | | | |

Federal Tax-Status S Allowances | State Tax - Status S Allowances 0/0

| CURRENT EARNINGS DETAIL | | | | | | DEDUCTIONS / TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Date | Description | Rate | Hours | Amount | Site | Description | Amount | Y-T-D |
| | | | | | | GARNISHMENT | | |
| | | | | | | MEDICAL 125 | | |
| | | | | | | DENTAL 125 | | |
| | | | | | | ACCIDENT | | |
| | | | | | | VISION125 | | |
| | | | | | | FEDERAL TAX | | |
| | | | | | | MEDICARE | | |
| | | | | | | SOC SECURITY | | |
| | | | | | | CA DISABILITY | | |
| Total(s): | | | | | | | | |

| DIRECT DEPOSIT | | | Net Pay | |
|---|---|---|---|---|
| Type | Account | Amount | | |
| CHECKING | | | | |
| | | | Net Pay YTD | |
| Total: | | | $16 | |
| | | | Total(s): | |

| Y-T-D EARNINGS | | PAID TIME OFF | | | | EMPLOYER CONTRIBUTIONS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Amount | Desc | C/O | Accrued | Used | Bal | Description | Amount | Y-T-D |
| REGULAR PAY | | CA SICK PAY | 0.00 | 32.00 | 0.00 | 32.00 | | | |
| OVERTIME | | | | | | | | | |

| Total: | | | Total(s): | 0.00 | 0.00 |
|---|---|---|---|---|---|

PERSONNEL STAFFING GROUP, LLC
1751 LAKE COOK ROAD, SUITE 600
DEERFIELD, IL 60015
(847) 663-4300

Build: RRT-3172 | Query: HRP_CHECKS.MVQ Version: Legal_PTO_Arial 19.10.193



Personnel Staffing Group, LLC
BALANCE STAFFING
2142 BERING DRIVE
SAN JOSE, CA 95131

**Pay:** **Non-negotiable**

**To The Order Of:** George J Austin
2107 Montauban Ct
STOCKTON, CA 95210



Personnel Staffing Group, LLC
BALANCE STAFFING
2142 BERING DRIVE
SAN JOSE, CA 95131

MODESTO
BALMOD
BSS

145 MODESTO BALSTO
George J Austin
2107 Montauban Ct
STOCKTON, CA 95210



**EARNINGS STATEMENT IMPORTANT - KEEP FOR YOUR RECORDS   Mail to Employee**

Name: **GEORGE J AUSTIN**                    Check Date:                 Check #

SSN:                        EE ID:                              Branch: Stockton - BSS

Balance Staffing Solutions
2750 N. Cherryland Ave
Stockton, CA 95215

| Week Worked | Customer - Department | Type | Hours | Pay Rate | Total Pay | YTD Hrs. | YTD Pay |
|---|---|---|---|---|---|---|---|
|  | TESLA, INC - Primary | Reg |  |  |  |  |  |
|  | TESLA, INC - Primary | OT |  |  |  |  |  |



| Tax Name | Taxable Grs. | Tax Amt. | YTD Tax |
|---|---|---|---|
| Federal Income Ta |  |  |  |
| FICA EE |  |  |  |
| MED EE |  |  |  |
| CA WH |  |  |  |
| CALIFORNIA SDI E |  |  |  |

| Bank Name | Amount | Account No. | Plan | Accrual Hrs. | Deplete Hrs. | Balance |
|---|---|---|---|---|---|---|
| RAPID |  |  | Sick Leave_CA | 1.14 | 0.00 | 32.62 |

| | |
|---|---|
| **YTD Gross** |  |
| **Gross Amt.** |  |
| **Net Amt.** |  |
| **Check Number** |  |

**Balance Staffing Solutions**
2750 N. Cherryland Ave
Stockton, CA 95215

GEORGE J AUSTIN
2107 MONTAUBAN CT
Stockton, CA 95210



# Austin wants to be sheriff

Look out Tom Tramel, there may be a future sheriff in town.

Five-year-old George Jarvis Austin attends the Kindergarten Center and he wants to be a police officer or a sheriff when he grows up.

Son of Charlotte Hall-Austin, George has begun his school career with a positive attitude. "George is an enthusiastic learner and he is a well-liked and caring person," says one of his teachers.



His interests include T-ball and books, especially the Berenstein Bears series.

According to Principal Earl Watts, "George is a very smart child. He is totally involved in all classroom activities and loves school. With George's ability, I think he can accomplish his goals in life."