UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE JARVIS AUSTIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TESLA, INC., et al.,<br><br>　　　　Defendants. | Case No. 20-cv-00800-EMC<br><br>**ORDER RE: SUPPLEMENTAL FILINGS FROM PLAINTIFF**<br><br>Docket No. 68, 73, 74, 75, 76, 77, 78, 79 |

The Court has not granted Plaintiff leave to file additional briefs and/or Second Amended Complaint. See Local Civ. R. 7-3(d) ("Once a reply is filed, no additional memoranda, papers or letters may be filed without prior Court approval[.]").  No further briefing will be permitted.

**IT IS SO ORDERED**.

Dated: 12/31/2020

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　　　　　United States District Judge