George Jarvis (J) Austin, esq. (TBA)
Austin v. Tesla, et. al. Case # 3:20-cv-00800
240 E. Channel St. #1354 Stockton, CA 95202, or alternatively
2107 Montauban Ct. Stockton, CA 95210

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GEORGE J. AUSTIN, Plaintiff,

MOTION FOR PLAINTIFF'S LEGAL SERVICE ADDRESS CHANGE
Re: Dkt. Nos. 80

v.

TESLA., et al., Defendants.

Case No. 3:20-cv-00800

George Jarvis (J) Austin, esq. (TBA)
Austin v. Tesla, et. al. Case # 3:20-cv-00800
240 E. Channel St. #1354 Stockton, CA 95202, or alternatively
2107 Montauban Ct. Stockton, CA 95210


      Pursuant to Honorable Judge Chen's Order, and any Plaintiff service needs, Rule 5(a)(b) of the *Federal Rules of Civil Procedure*, and Local Rules 3-11, *Failure to Notify of Address Change*, Plaintiff, Attorney of Record, and Pro Se Litigant, George (Jarvis) Austin, motions to change the legal service Address for Plaintiff as a preventive measure, as Plaintiff service in Austin v. Georgetown, et. al. 4:19-cv-05631 recently had trouble with service for Plaintiff, due to lack of notice (although Plaintiff changed on Official Docket).  According to Docket Numbers 54, in Austin v. Georgetown, 4:19-cv-05631 there apparently has been a challenge for the Court's, via Federal Marshall's, ability to provide service to Plaintiff via his initially listed address, which has since been formally changed to:


      240 E. Channel #1354

      Stockton, CA 95202, or alternatively


      2107 Montauban Ct. Stockton, CA

(Plaintiff's permanent address since 2002, and same address on Plaintiff's checks, and financial information centered on, and stolen from Plaintiff, in this case).


This motion is to update the Court of the legal service address for Plaintiff, George (Jarvis, or J., [for short]) Austin, and requests the Court update the records to reflect the more recent address (to match what Plaintiff has already changed in his profile).