**George J. Austin, esq. TBA <gaustin07@gmail.com>**

## Fw: Board Dinner May 5
1 message

**gaustin07@yahoo.com** <gaustin07@yahoo.com>                                           Wed, Jan 6, 2021 at 2:26 PM
To: Gaustin07@gmail.com

----- Forwarded Message -----
**From:** George Austin <gaustin07@yahoo.com>
**To:** Dave Stark <info@stileshall.org>
**Sent:** Wednesday, April 15, 2009, 11:17:13 AM PDT
**Subject:** Re: Fw: Board Dinner May 5

Great!  Even better!

--- On **Wed, 4/15/09, Dave Stark <*info@stileshall.org*>** wrote:

> From: Dave Stark <info@stileshall.org>
> Subject: Re: Fw: Board Dinner May 5
> To: "George Austin" <gaustin07@yahoo.com>
> Date: Wednesday, April 15, 2009, 11:07 AM
>
> He's agreed to be on the Board for next year.  Had to switch back to the Tuesday date at Stiles from Maria's house, since most couldn't make the Thursday date.
>
> At 10:51 AM 4/15/2009 -0700, you wrote:
>
>> You might have already thought about this, but did you invite Everardo to the Board meeting to meet up with Maria Eschaveste.
>>
>> --- On **Mon, 4/13/09, Dave Stark <*info@stileshall.org*>** wrote:
>>
>>> From: Dave Stark <info@stileshall.org>
>>> Subject: Board Dinner May 5
>>> To: "Ana Traylor" <anatraylor@gmail.com>, "Barbara Lee" <maha.ibrahim@mail.house.gov>, "Cara Stanley" <arac@berkeley.edu>, "David Su" <david.p.su@gmail.com>, "Eric Roberts" <eroberts@mofo.com>, "Jerlena Griffin-Desta" <jerlena@reed.edu>, "Josh Fisher" <joshcfisher@gmail.com>, "Julia Hastings" <jhasting@berkeley.edu>, "Loni Hancock" <Terri.Waller@sen.ca.gov>, "Maria Lucero Padilla" <mlucerop@berkeley.edu>, "Richard Buxbaum" <bux@uclink.berkeley.edu>, "Shikiri Hightower" <shikirihightower@yahoo.com>, "Steve Lustig" <slustig@uhs.berkeley.edu>, "Taina Gomez" <tainagomez@gmail.com>, "Tel Cary Sadler" <telcarysadler@gmail.com>, "Thelton Henderson" <Thelton_Henderson@cand.uscourts.gov>
>>> Cc: "George Austin" <gaustin07@yahoo.com>, "Carol Pacheco" <c7pacheco@gmail.com>, "Justin Martin" <Just_martin@berkeley.edu>, "Jon Brack" <jonbrack@berkeley.edu>, "Noor Jones-Bey" <noor@berkeley.edu>, "Maria Martinez" <hislaxica@gmail.com>
>>> Date: Monday, April 13, 2009, 2:40 PM
>>>
>>> Several Board members could not make April 30, so our final Board Dinner will go back to:
>>> **Tuesday, May 5, 5-6:30 pm at Stiles Hall.**

In addition to Board nominations, we will thank this year's staff andwelcome new staff.
Please let me know if you can make it.  Thanks. Dave

David Stark
General Director
Stiles Hall
2400 Bancroft Way
Berkeley, CA 94704
office: (510) 841-6010
fax: (510) 841-0132
info@stileshall.org
www.stileshall.org

David Stark
General Director
Stiles Hall
2400 Bancroft Way
Berkeley, CA 94704
office: (510) 841-6010
fax: (510) 841-0132
info@stileshall.org
www.stileshall.org