**George J. Austin, esq. TBA <gaustin07@gmail.com>**

## Fw: Black Scholarship Expansion

**gaustin07@yahoo.com** <gaustin07@yahoo.com>  Wed, Jan 6, 2021 at 2:18 PM
To: Gaustin07@gmail.com

> ----- Forwarded Message -----
> **From:** George <gaustin07@yahoo.com>
> **To:** George Austin <gaustin07@gmail.com>
> **Sent:** Friday, July 15, 2011, 05:04:41 PM PDT
> **Subject:** Fwd: Black Scholarship Expansion
>
>
> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** Dave Stark <info@stileshall.org>
>> **Date:** April 14, 2011 8:37:07 AM PDT
>> **To:** "Harry Le Grande":;
>> **Subject: Black Scholarship Expansion**
>>
>> Judge Thelton Henderson's brunch for expansion of the Cal Black Scholarship Program (attached)
>>
>> April 17, 11-12:30, 27
>>
>> Look forward to seeing you there.
>>
>> Dave

 **Cal Black College Access Scholarship 2011.docx**
28K