George Jarvis (J) Austin, esq. (TBA)
Austin v. TESLA., et al., Case No. 3:20-cv-00800
240 E. Channel St. #1354 Stockton, CA 95202, or alternatively
2107 Montauban Ct. Stockton, CA 95210
gaustin07@gmail.com , or gaustin07@berkeley.edu , or 209.915.6304

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE J. AUSTIN, Plaintiff, | MATERIAL FACTS, CONTEXT, AND IDENTITY VERIFICATION NOTICE<br>Re: Dkt. Nos. 67 |
| v. | |
| TESLA., et al., Defendants. | |
| Case No. 3:20-cv-00800 | |

George Jarvis (J) Austin, esq. (TBA)
Austin v. TESLA., et al., Case No. 3:20-cv-00800
240 E. Channel St. #1354 Stockton, CA 95202, or alternatively
2107 Montauban Ct. Stockton, CA 95210
gaustin07@gmail.com , or gaustin07@berkeley.edu , or 209.915.6304

Pursuant to Rule 26 Duty to Disclose; General Provisions Governing Discovery, Rule 56(c), and Rule 44 Proving an Official Record, and correction of original filing per Local Rules 3-4(a) First Page Requirements, Plaintiff moves to file Notice of material facts, and contextual information (including Identity Verification) undergirding the complaint and Defendant's violations of Plaintiff's rights.  Plaintiff shall file (and has filed) a series of notices, and affidavits, providing appropriate context for pleadings, and forthcoming filings (and ultimate victory).

- Example of Letter of Recommendation from Dave Stark and Chancellor Robert Birgeneau who both volunteered to write for Plaintiff, George Jarvis Austin, (as well as several others) utilized for Law School (including Georgetown), Capital Fellows, Senate Fellows Top 10, out of 821 according to Vault and Forbes, and Riordan MBA Fellows, etc.)

Plaintiff, (University of California, Berkeley Graduate (09'), Honors Student, Bay Area Housing Commissioner, Alum, NAACP National Representative, and Local Youth and College President, Alum, California Senate, Capital Fellows, Senate Fellows Top 10 out of 800+ Nationally Ranked, Alum (13'), UCLA Law, and Anderson Riordan MBA Fellows, Alum (08',13'), T-14 Law Student, as well as others), and Attorney of Record, Mr. George Jarvis (J.) Austin, esq. (TBA) has also tried repeatedly to resolve the issue outside of litigation, but no amenable option, or alternative, was provided by Defendants.   Specifically, Plaintiff exhausted pre-litigation options to try and solve the issue outside of court, avoid any unnecessary litigation, or

George Jarvis (J) Austin, esq. (TBA)
Austin v. TESLA., et al., Case No. 3:20-cv-00800
240 E. Channel St. #1354 Stockton, CA 95202, or alternatively
2107 Montauban Ct. Stockton, CA 95210
gaustin07@gmail.com , or gaustin07@berkeley.edu , or 209.915.6304

causes of action, but Defendants refused, and further shut down healthy professional, proactive, communication.