George Jarvis (J) Austin, esq. (TBA)
Austin v. TESLA., et al., Case No. 3:20-cv-00800
240 E. Channel St. #1354 Stockton, CA 95202, or alternatively
2107 Montauban Ct. Stockton, CA 95210
gaustin07@gmail.com , or gaustin07@berkeley.edu , or 209.915.6304

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE J. AUSTIN, Plaintiff, | MATERIAL FACTS, CONTEXT, AND IDENTITY VERIFICATION NOTICE<br>Re: Dkt. Nos. 67 |
| v. | |
| TESLA., et al., Defendants. | |
| Case No. 3:20-cv-00800 | |

George Jarvis (J) Austin, esq. (TBA)
Austin v. TESLA., et al., Case No. 3:20-cv-00800
240 E. Channel St. #1354 Stockton, CA 95202, or alternatively
2107 Montauban Ct. Stockton, CA 95210
gaustin07@gmail.com , or gaustin07@berkeley.edu , or 209.915.6304

Pursuant to Rule 26 Duty to Disclose; General Provisions Governing Discovery, Rule 56(c), and Rule 44 Proving an Official Record, and correction of original filing per Local Rules 3-4(a) First Page Requirements, Plaintiff moves to file Notice of material facts, and contextual information (including Identity Verification) undergirding the complaint and Defendant's violations of Plaintiff's rights.  Plaintiff shall file (and has filed) a series of notices, and affidavits, providing appropriate context for pleadings, and forthcoming filings (and ultimate victory).  This is simply to ensure records reflect the Local Rules 3-4(a) First Page Requirements with a bit context.

- gaustin07@gmail.com , or gaustin07@berkeley.edu (previously newbeggining1@berkeley.edu, gaustin07@yahoo.com [while attending Berkeley] and George.Austin@sen.ca.gov [while working at California Senate, as Consultant/Fellow - Governance and Finance Committee]  geaustin07@tesla.com [while working at Tesla], and 209.915.6304 (previously 209.323.9018 while attending Berkeley).

Plaintiff, (University of California, Berkeley Graduate (09'), Honors Student, Bay Area Housing Commissioner, Alum, NAACP National Representative, and Local Youth and College President, Alum, California Senate, Capital Fellows, Senate Fellows Top 10 out of 800+ Nationally Ranked, Alum (13'), UCLA Law, and Anderson Riordan MBA Fellows, Alum (08',13'), T-14 Law Student, as well as others), and Attorney of Record, Mr. George Jarvis (J.)

George Jarvis (J) Austin, esq. (TBA)
Austin v. TESLA., et al., Case No. 3:20-cv-00800
240 E. Channel St. #1354 Stockton, CA 95202, or alternatively
2107 Montauban Ct. Stockton, CA 95210
gaustin07@gmail.com , or gaustin07@berkeley.edu , or 209.915.6304

Austin, esq. (TBA) will continue to provide Identity verification information, contextual, and material facts.