George Jarvis (J) Austin, esq. (TBA)
Austin v. Tesla., et al., Case No. 3:20-cv-00800
240 E. Channel St. #1354 Stockton, CA 95202, or alternatively
2107 Montauban Ct. Stockton, CA 95210
gaustin07@gmail.com , or gaustin07@berkeley.edu , or 209.915.6304

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE J. AUSTIN, Plaintiff, | MATERIAL FACTS, CONTEXT, AND IDENTITY VERIFICATION NOTICE |
| v. | |
| TESLA., et al., Defendants. | |

Case No. 3:20-cv-00800

George Jarvis (J) Austin, esq. (TBA)
Austin v.  Tesla., et al., Case No. 3:20-cv-00800
240 E. Channel St. #1354 Stockton, CA 95202, or alternatively
2107 Montauban Ct. Stockton, CA 95210
gaustin07@gmail.com , or gaustin07@berkeley.edu , or 209.915.6304

Pursuant to Rule 26 Duty to Disclose; General Provisions Governing Discovery, Rule 56(c), and Rule 44 Proving an Official Record, Plaintiff moves to file Notice of material facts, and contextual information (including Identity Verification) undergirding the complaint and Defendant's violations of Plaintiff's rights.  Plaintiff shall file (and has filed) a series of notices, and affidavits, providing appropriate context for pleadings, and forthcoming filings (and ultimate victory).

- Plaintiff Appointed Berkeley Housing Commissioner, by Berkeley Mayor Tom Bates after Pastor Michael McBride, stepped down for family related issues, Pastor of The Way Church, Berkeley (whom Plaintiff was a member while living in Berkeley, and attending UC Berkeley).  Plaintiff also stepped down before his term was over after his father, Ross Austin's passing, but served and learned a tremendous amount.  Slight technical error on graduation date, Plaintiff formally graduated in 2009, after completing HAAS School of Business, BASE Program, and other business classes Plaintiff was interested in, but was initially set to graduate in 2007 before accepting the 2-year contract of Direct of Experience Berkeley at Stiles Hall.

Plaintiff, (University of California, Berkeley Graduate (09'), Honors Student, Bay Area Housing Commissioner, Alum, NAACP National Representative, and Local Youth and College President, Alum, California Senate, Capital Fellows, Senate Fellows Top 10 out of 800+

George Jarvis (J) Austin, esq. (TBA)
Austin v. Tesla., et al., Case No. 3:20-cv-00800
240 E. Channel St. #1354 Stockton, CA 95202, or alternatively
2107 Montauban Ct. Stockton, CA 95210
gaustin07@gmail.com , or gaustin07@berkeley.edu , or 209.915.6304

Nationally Ranked, Alum (13'), UCLA Law, and Anderson Riordan MBA Fellows, Alum (08',13'), T-14 Law Student, as well as others), and Attorney of Record, Mr. George Jarvis (J.) Austin, esq. (TBA)  will continue to provide Identity verification information, contextual, and material facts.