

Office of the Mayor

**38**

<u>CONSENT CALENDAR</u>
April 21, 2009

To:          Members of the City Council

From:      Mayor Tom Bates

Subject:   Appointment of George Austin to the Berkeley Housing Authority

RECOMMENDATION:
Approve the appointment of George Austin to the position vacated by Pastor Michael McBride on the Berkeley Housing Authority (BHA).

BACKGROUND:
On May 22, 2007, the Berkeley City Council established a Berkeley Housing Authority (BHA) Board of Commissioners. State law mandates BHA commissioners, including successors, be appointed by the Mayor and confirmed by the City Council.

In March2009, BHA Chairperson, Carole Norris, accepted the resignation of Pastor Michael McBride.  Pastor McBride has been an excellent commissioner, but due to demanding professional and personal responsibilities he felt it prudent to resign.

The Mayor's office recently publicized the Board openings by issuing a press release to local media, emailing the Mayor's Office email list, posting an announcement on the Mayor's website, asking housing-related community organizations to advertise the openings, and making announcements at City Council and BHA meetings.

Council Member Linda Maio and Carole Norris, chairperson for the Berkeley Housing Authority assisted me in screening and interviewing applicants.  I am recommending Mr. George Austin for the vacant position.   As the Program Director for Stiles Hall's Experience Berkeley program, Mr. Austin will bring to the Berkeley Housing Authority his commitment to social justice and to helping underrepresented populations.  As a 2007 UC Berkeley graduate, Mr. Austin will also be an important voice for young people in Berkeley.

FISCAL IMPACTS: None.

CONTACT PERSON: Mayor Tom Bates, 981-7100.

ATTACHMENT(S):
George Austin's Resume

RESOLUTION NO. ##,###-N.S.

APPOINTMENT OF GEORGE AUSTIN TO THE BERKELEY HOUSING AUTHORITY BOARD OF COMMISSIONERS PURSUANT TO HEALTH AND SAFETY CODE SECTION 34270

WHEREAS, the Council of the City of Berkeley, as the governing body of the City of Berkeley, declared itself to the Commissioners of the Berkeley Housing Authority (BHA) and appointed two tenant Commissioners pursuant to Health and Safety Code Section 34290; and

WHEREAS, on May 22, 2007 the Mayor appointed and the City Council by a majority vote confirmed the appointment of 5 Commissioners and 2 tenant Commissioners to the BHA Board pursuant to Health and Safety Code Section 34270; and

WHEREAS, in March 2009 the chair of the Berkeley Housing Authority Board of Commissioners accepted the resignation of Pastor Michael McBride, creating a vacancy on the Board; and

WHEREAS, the Mayor of the City of Berkeley is an office filled by election of the people; and

NOW THEREFORE, BE IT RESOLVED by the Mayor of the City of Berkeley that George Austin is hereby appointed to serve as a Commissioner of the Berkeley Housing Authority Board.

BE IT FURTHER RESOLVED by the Council of the City of Berkeley that it supports the Mayor's determination regarding the qualifications of Mr. Austin and hereby confirms the Mayor's appointment.

BE IT FURTHER RESOLVED by the Mayor of the City of Berkeley that, pursuant to Health and Safety Code Section 34272(a), Mr. Austin is appointed to serve a four-year term.

# GEORGE AUSTIN

EDUCATION

University of California, Berkeley, B.A. Sociology                                    *12/07*

PROFESSIONAL EXPERIENCE

**Program Director** *Stiles Hall's Experience Berkeley*                          *6/07-present*
• Planned and executed $250,000 program to increase Black, Latino & Native admits
• Doubled students served with 54% admit rate
• Recruited, Trained and Managed 10 staff and 100 volunteers (18-38yrs)
• Designed and Facilitated transfer student seminar

**Application Reader** *Office of Undergraduate Admissions, UC Berkeley*        *11/07-present*

**Paid Intern** *Office of the Assistant Vice Provost, UC Berkeley*              *7/06-7/07*
• Reorganized financial reports for ten Berkeley departments

**Paid Intern** *Cross-Cultural Center, UC Berkeley*                             *3/06- 4/07*
• Oversaw $40,000 Budget

**Paid Intern** *Greenlining Institute*                                          *8/06-3/07*
• Assisted negotiations and research of the California Insurance Commission

COMMUNITY SERVICE & ADVOCACY

**National Representative** *NAACP, Resolutions Committee Baltimore, MD*         *5/05-5/06*
• Established national policies for 100,000 members in 7 states and Japan

**President** *NAACP  Youth Council Stockton, CA*                                *4/04-8/05*
• Lead 300+ members (8-25yrs) to National "Outstanding Council of the Year"
• Registered 300 voters

**Chairman** *People and Communities Together- Youth in Action, Stockton, CA*   *6/04-6/05*
• Co-founded "Youth in Action" and garnered $100,000 for low income students

EXTRACURRICULAR ACTIVITIES & AWARDS

**External Resources Vice Chair** *Phi Alpha Delta, Pre Law Fraternity, UC Berkeley*  *5/06-5/07*

**Intern** *Alumni Scholarships Office, UC Berkeley*                             *2/06-6/06*

**Assistant Basketball Coach** *Stagg High School, Stockton, CA*                 *6/04-3/05*
• Guided 15 at risk students in life skills and academic excellence through sport

**UCLA Law Fellow**                                                              *12/07-present*

**Alumni Association Leadership Award**