George Jarvis (J) Austin, esq. (TBA)
Austin v. Tesla., et al., Case No. 3:20-cv-00800
240 E. Channel St. #1354 Stockton, CA 95202, or alternatively
2107 Montauban Ct. Stockton, CA 95210
gaustin07@gmail.com , or gaustin07@berkeley.edu , or 209.915.6304

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE J. AUSTIN, Plaintiff, | MATERIAL FACTS, CONTEXT, AND IDENTITY VERIFICATION NOTICE |
| v. | |
| TESLA., et al., Defendants. | |

Case No. 3:20-cv-00800

George Jarvis (J) Austin, esq. (TBA)
Austin v. Tesla., et al., Case No. 3:20-cv-00800
240 E. Channel St. #1354 Stockton, CA 95202, or alternatively
2107 Montauban Ct. Stockton, CA 95210
gaustin07@gmail.com , or gaustin07@berkeley.edu , or 209.915.6304

      Pursuant to Rule 26 Duty to Disclose; General Provisions Governing Discovery, Rule 56(c), and Rule 44 Proving an Official Record, Plaintiff moves to file Notice of material facts, and contextual information (including Identity Verification) undergirding the complaint and Defendant's violations of Plaintiff's rights.  Plaintiff shall file (and has filed) a series of notices, and affidavits, providing appropriate context for pleadings, and forthcoming filings (and ultimate victory).

- Plaintiff Organized as Part of Speaker Series Chairman of Democratic Party, John Burton  (previously Deputy California Attorney General, President of the Young Democrats, County Central Committee, State Assembly member, President of the California Democratic Council, Chair of the California Democratic Party, U.S. Congress member and as President pro Tem of the California State Senate)  Gayle Miller Senate Governance and Finance Chief Consultant, at the time, generously secured John Burton as she had a long-term professional relationship with him.  A few months before plaintiff left early for law school, every Senate Fellow interested in working beyond the fellowship full time had the opportunity to (based partially on the highly selective process) per Senate Fellow Program Director, Plaintiff honored his word, and commitment before fellowship began to leave and attend Georgetown Law where they held my seat via deferment for the Fellowship (after already being admitted).

2. United States Ninth Circuit District Court
Material Facts, Context, and Identity Verification Notice

George Jarvis (J) Austin, esq. (TBA)
Austin v. Tesla., et al., Case No. 3:20-cv-00800
240 E. Channel St. #1354 Stockton, CA 95202, or alternatively
2107 Montauban Ct. Stockton, CA 95210
gaustin07@gmail.com , or gaustin07@berkeley.edu , or 209.915.6304

Plaintiff, (University of California, Berkeley Graduate (09'), Honors Student, Bay Area Housing Commissioner, Alum, NAACP National Representative, and Local Youth and College President, Alum, California Senate, Capital Fellows, Senate Fellows Top 10 out of 800+ Nationally Ranked, Alum (13'), UCLA Law, and Anderson Riordan MBA Fellows, Alum (08',13'), T-14 Law Student, as well as others), and Attorney of Record, Mr. George Jarvis (J.) Austin, esq. (TBA)  will continue to provide Identity verification information, contextual, and material facts.