

CONTRIBUTOR
# John Burton
California Democratic Party Chairman

John Burton is widely considered one of the most effective and experienced legislative leaders in the State of California – if not the nation. He began his career as a Deputy Attorney General, served as the President of the Young Democrats, and won election to the County Central Committee. He then served as a State Assemblymember, President of the California Democratic Council, Chair of the California Democratic Party, U.S. Congressmember and as President pro Tem of the California State Senate. After being termed-out of the Legislature, he created a foundation which has raised millions of dollars to assist homeless and foster care children across California.

With a consistent 100% voting record throughout his career from environmental, labor, and human rights organizations, the California Journal wrote: "Burton is trying to do right by some of the least among us.... There's a sense that he's not wielding or exercising power for the sake of power itself; the things he's trying to do have a real purpose behind them."

John Burton Wrote the Laws that Make California Better

* Established landmark farm mediation for farm workers and the UFW
* Achieved DNA testing to free the wrongly convicted and help identify guilty parties
* Secured prevailing wage rates for construction and building trades and restored the 8-hour day
* Guaranteed CalGrant college scholarships for every student with financial need
* Led the effort in the State Senate to pass the nation's first state law requiring automakers to reduce greenhouse gas pollution from cars (AB 1493 (Pavley)-2002)
* Increased aid for the elderly, blind and disabled
* Facilitated agreement to save Headwaters Forest Preserve and Farallones Marine Sanctuary; prohibited offshore oil drilling along the Point Reyes seashore
* Enacted historic levels of support for mental health and juvenile crime prevention programs
* Overhauled the state's flawed child support collection system
* Increased affordable housing and helped fight homelessness with a $2.1 billion bond issue
* Set tough campaign contribution limits and increased public disclosure of contributions



I Agree With George Will
May 25, 2011



Do you have info to share with HuffPost reporters? Here's how.

NEWS
ENTERTAINMENT
COMMUNITIES
VIDEO

POLITICS
LIFE
HUFFPOST PERSONAL
NEWSLETTERS

HUFFPOST
ADVERTISE
CONTACT US
FAQ
ARCHIVE
COMMENT POLICY
PRIVACY POLICY

ABOUT US
ABOUT OUR ADS
RSS
CAREERS
USER AGREEMENT
HUFFPOST PRESS ROOM
Do Not Sell My Personal Information

Part of HuffPost News. ©2021 Verizon Media. All rights reserved.
The Huffington Post