

George J. Austin, esq. TBA <gaustin07@gmail.com>

## FW: Chairman of Democratic Party, John Burton Brown Bag
1 message

**Austin, George** <George.Austin@sen.ca.gov>  Mon, Aug 12, 2013 at 11:13 AM
To: gaustin07@gmail.com

**From:** Tran, Daniel [mailto:Daniel.Tran@treasurer.ca.gov]
**Sent:** Monday, June 03, 2013 3:28 PM
**To:** Austin, George
**Subject:** RE: Chairman of Democratic Party, John Burton Brown Bag

Yeah sure, please send me whatever you can and can I give you a call tomorrow to see if it really makes sense for me to apply to the Riordan.

**From:** Austin, George [mailto:George.Austin@sen.ca.gov]
**Sent:** Friday, May 31, 2013 5:05 PM
**To:** Tran, Daniel
**Subject:** RE: Chairman of Democratic Party, John Burton Brown Bag

No problem, Dan.  Great running into you as well.  Let me know if you want to talk more about it.  I can send you some of the info we covered if interested.

Best,

George

**From:** Tran, Daniel [mailto:Daniel.Tran@treasurer.ca.gov]
**Sent:** Friday, May 31, 2013 5:03 PM
**To:** Austin, George
**Subject:** RE: Chairman of Democratic Party, John Burton Brown Bag

Thanks George.  Good running into you earlier today and thank you for reminding me about the Riordan Program.

Sincerely,

Dan

**Daniel M. Tran, LEED AP** | Executive Fellow | State Treasurer Bill Lockyer's Office  | 915 Capitol Mall, #110, Sacramento, CA 95814 | 916.653.0675 | Fax 916.653.3125 | daniel.tran@treasurer.ca.gov

-----Original Appointment-----
**From:** Austin, George [mailto:George.Austin@sen.ca.gov]
**Sent:** Friday, May 31, 2013 4:47 PM
**To:** Badraun, Emily; Jefferson II, Jay; Vazquez, David; dia.poole@jud.ca.gov; sthomas@alameda.courts.ca.gov; Canady, Asia; Chueh, Pam; Marchy, Brandon; jessica.ho@dss.ca.gov; vmitchel@chhs.ca.gov; Andrade, Sofia; Liao, Kevin; Boxberger, John; alexandra.kamel@arb.ca.gov; Peralta, Matthew; gregory.washington@dof.ca.gov; wattb@saccourt.ca.gov; bsnyder@csus.edu; steve.boilard@csus.edu; Lane, Faith; danny.lee@jud.ca.gov; Porter, Kathryn; asilver@fppc.ca.gov; Tran, Daniel; lbeebe@cde.ca.gov; Cortez, Nelson; bborys@csus.edu; Koerber, Katherine; Saca, Cristina; Contreras, Samantha; Nojan, Amin; danlee1103@gmail.com; Laura Wang; Calbonero, Jennifer M; Pontes, Angela; hoenigco@csus.edu; Cavnaugh, Elliot; Townsend, Terra Anne; jeffrey.mankey@opr.ca.gov; dlee@placer.courts.ca.gov; cally.wong@sco.ca.gov; McLean, Kenyada; devon.laduzinsky@hsr.ca.gov; danella.debel@gov.ca.gov; breannwatt@gmail.com; elizabeth.oseguera@corp.ca.gov; noah.proser@bth.ca.gov; Pacheco, David; jensenca@csus.edu; breann.watt@jud.ca.gov; ashley.buckner@cv.ca.gov; kate_nitta@yahoo.com; LaMaack, Jessica; Logan, Shea; Sanders, Darcel; King, Bryan; kathleen.nitta@jud.ca.gov; Alvarez, Cynthia; emmanuel.rodriguez@scsa.ca.gov; Austin, George; julian.Leichty@calepa.ca.gov; rmangiliman@sftc.org; kate.nitta-t@jud.ca.gov; Landa, Israel; Borasi, Matthew; miguel.lopez@cdfa.ca.gov; Chen, Kimberly; Ping, Deanna; Ford, Naima; Adler, Zoe; Crofts-Pelayo, Diana; lorip@csus.edu; Valdez, Myriam; an724@saclink.csus.edu; jeffersonii.jay@gmail.com
**Cc:** jeffersonii.jay@gmail.com; Jeffrey Mankey; Danny Lee; Lopez, Miguel@CDFA; Phillips, Lori L; Boilard, Steve; Thomas, S.C., Superior Court; Jessica.Ho@DSS.ca.gov; Washington, Gregory; Proser, Noah M.@BTH; Poole, Dia; Wong, Cally; Rodriguez, Emmanuel@SCSA; WattB@saccourt.ca.gov; Mitchell, Valerie (CHHS); Tran, Daniel; Ashley Buckner; Laura Beebe; Oseguera, Elizabeth@CORP; patrickmanhle@gmail.com
**Subject:** Chairman of Democratic Party, John Burton Brown Bag
**When:** Tuesday, June 04, 2013 3:00 PM-4:00 PM (UTC-08:00) Pacific Time (US & Canada).
**Where:** Rm. 2040

Hi Fellows

Thank you for your responses.  I look forward to seeing you at the Brown Bag.

Gayle Miller, Senate Governance and Finance Chief Consultant generously secured John Burton.

As a heads up the room is reserved right at 4.  So we may try to start closer to 2:45 to allow for more Q & A, if possible.

If so, I will send an update as soon as possible.

Thank you!

Quick Bio Below

"John Burton is widely considered one of the most effective and experienced legislative leaders in the State of California – if not the nation. He began his career as a Deputy Attorney General, served as the President of the Young Democrats, and won election to the County Central Committee. He then served as a State Assembly member, President of the California Democratic Council, Chair of the California Democratic Party, U.S. Congress member and as President pro Tem of the California State Senate."

Best,

George Austin, Fellow

Senate Governance and Finance Committee