



## Select an account to sign in with



**George Austin**
geaustin@tesla.com

Sign in with another account


Sign up for free