George Jarvis (J) Austin, esq. (TBA)
Austin v.  TESLA., et al., Case No. 3:20-cv-00800
240 E. Channel St. #1354 Stockton, CA 95202, or alternatively
2107 Montauban Ct. Stockton, CA 95210
gaustin07@gmail.com , or gaustin07@berkeley.edu , or 209.915.6304

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA


GEORGE J. AUSTIN, Plaintiff,                MATERIAL FACTS, CONTEXT, AND
                                            IDENTITY VERIFICATION NOTICE


v.


TESLA., et al., Defendants.


Case No. 3:20-cv-00800

George Jarvis (J) Austin, esq. (TBA)
Austin v. TESLA., et al., Case No. 3:20-cv-00800
240 E. Channel St. #1354 Stockton, CA 95202, or alternatively
2107 Montauban Ct. Stockton, CA 95210
gaustin07@gmail.com , or gaustin07@berkeley.edu , or 209.915.6304

Pursuant to Rule 26 Duty to Disclose; General Provisions Governing Discovery, Rule 56(c), and Rule 44 Proving an Official Record, Plaintiff moves to file Notice of material facts, and contextual information (including Identity Verification) undergirding the complaint and Defendant's violations of Plaintiff's rights.  Plaintiff shall file (and has filed) a series of notices, and affidavits, providing appropriate context for pleadings, and forthcoming filings (and ultimate victory).

- Plaintiff, George Jarvis, [or J. for short] Austin, ongoing multiple communications with  Brian Weinberger, Consultant & Mentor During Capital Fellows, Senate Fellows, Fellowship Program (and Follow Up After, During Law School) re: "50th anniversary events commemorating the March on Washington," "London" Summer Travels, and an example of properly requested consent for publicity/privacy rights purposes "once again preparing to interview Senate Fellows for a full-time placement with our committee.  I want to confirm that you'd have no objection to being contacted by fellows who are interested in learning more about a placement with this committee. I'm grateful that you were willing to be a resource for prospective fellows last year, but don't want to be so presumptive as to share your email with this year's fellows class without checking with you first" [to contrast with the non-ask, non-notification, and non-authorized improperly conducted publicity/privacy violations {and others} by Defendant Georgetown, et. al. 4:19-cv-05631).

George Jarvis (J) Austin, esq. (TBA)
Austin v. TESLA., et al., Case No. 3:20-cv-00800
240 E. Channel St. #1354 Stockton, CA 95202, or alternatively
2107 Montauban Ct. Stockton, CA 95210
gaustin07@gmail.com , or gaustin07@berkeley.edu , or 209.915.6304

Plaintiff, (University of California, Berkeley Graduate (09'), Honors Student, Bay Area Housing Commissioner, Alum, NAACP National Representative, and Local Youth and College President, Alum, California Senate, Capital Fellows, Senate Fellows Top 10 out of 800+ Nationally Ranked, Alum (13'), UCLA Law, and Anderson Riordan MBA Fellows, Alum (08',13'), T-14 Law Student, as well as others), and Attorney of Record, Mr. George Jarvis (J.) Austin, esq. (TBA)  will continue to provide Identity verification information, contextual, and material facts.