

**George J. Austin, esq. TBA <gaustin07@gmail.com>**

---

## How's DC?

---

**Weinberger, Brian** <Brian.Weinberger@sen.ca.gov>　　　　　　　　　　　　　　　　Thu, Aug 29, 2013 at 7:44 AM
To: gaustin07@gmail.com

Hi George:

I saw all of the news coverage of yesterday's 50th anniversary events commemorating the March on Washington. I know you were planning to attend and hope you were able to do so. It looked like it was an inspiring event.

I hope the move to DC has gone smoothly. When you have a chance, let me know how things are going out there. Folks here in the (other) capitol are asking after you and I'd love to be able to give them an update.

Brian Weinberger, Consultant

Senate Governance & Finance Committee

State Capitol, Room 408

Sacramento, CA  95814

916-651-4119 office

916-322-0298 fax

brian.weinberger@sen.ca.gov



George J. Austin, esq. TBA <gaustin07@gmail.com>

## Senate Fellows interviews
5 messages

**Weinberger, Brian** <Brian.Weinberger@sen.ca.gov>   Fri, Nov 7, 2014 at 12:00 PM
To: "gaustin07@gmail.com" <gaustin07@gmail.com>

Hi George:

I hope this email finds you well.

Here in Sacramento, I'm once again preparing to interview Senate Fellows for a full-time placement with our committee. I want to confirm that you'd have no objection to being contacted by fellows who are interested in learning more about a placement with this committee.  I'm grateful that you were willing to be a resource for prospective fellows last year, but don't want to be so presumptive as to share your email with this year's fellows class without checking with you first.

I miss my days in Washington, DC and am hopeful that you're continuing to have a good experience back there.  I keep telling my kids that we're going to schedule a DC trip one of these years.  It would be fun to have a chance to catch up with you.

Best wishes.

Brian Weinberger, Consultant

Senate Governance & Finance Committee

State Capitol, Room 408

Sacramento, CA  95814

916-651-4119 office

916-322-0298 fax

[brian.weinberger@sen.ca.gov](brian.weinberger@sen.ca.gov)

---

**George Austin** <gaustin07@gmail.com>   Thu, Nov 13, 2014 at 3:43 PM
To: "Weinberger, Brian" <Brian.Weinberger@sen.ca.gov>

Hi Brian,

Thank you very much for reaching out and absolutely.

You and everyone there taught me a tremendous amount about life,
service, policy, politics, business and the law.



**George J. Austin, esq. TBA <gaustin07@gmail.com>**

## Senate Fellows

**George Austin** <gaustin07@gmail.com>   Thu, Nov 14, 2013 at 4:16 AM
To: "Weinberger, Brian" <Brian.Weinberger@sen.ca.gov>

Hi Brian,

Good Morning & Absolutely!

Participating in the Senate Fellows (Governance & Finance in particular) has been one of the best opportunities to grow and learn that I have had in my entire life.

I appreciate you.

Best,

George

On Wed, Nov 13, 2013 at 5:11 PM, Weinberger, Brian <Brian.Weinberger@sen.ca.gov> wrote:

> Hi George:
>
> I hope all is well with you these days. Here in Sacramento we're starting to interview this year's class of Senate Fellows. I hope it's OK with you if I add your name and email address to our roster of Senate Fellows who have worked for the Governance & Finance Committee. As in past years, you may get an inquiry from one or two of this year's fellows who are interested in working with our committee and want the "inside story" on what it's like being a fellow here.
>
> Take care.
>
> Brian Weinberger, Consultant
>
> Senate Governance & Finance Committee
>
> State Capitol, Room 408
>
> Sacramento, CA  95814
>
> 916-651-4119 office
>
> 916-322-0298 fax
>
> brian.weinberger@sen.ca.gov



**George J. Austin, esq. TBA <gaustin07@gmail.com>**

## Done with exams?

**Weinberger, Brian** <Brian.Weinberger@sen.ca.gov>  Wed, May 28, 2014 at 10:17 AM
To: George Austin <gaustin07@gmail.com>

It's good to hear from you and I'm happy to know that you've got exciting summer plans.  I've never been to London, but I've got to think it's a better place to spend the summer than Sacramento.  Where/what will you be studying while you're over there?

Brian Weinberger, Consultant
Senate Governance & Finance Committee
State Capitol, Room 408
Sacramento, CA  95814
916-651-4119 office
916-322-0298 fax
brian.weinberger@sen.ca.gov


-----Original Message-----
From: George Austin [mailto:gaustin07@gmail.com]
Sent: Wednesday, May 28, 2014 10:09 AM
To: Weinberger, Brian
Subject: Re: Done with exams?

Hi Brian,

Thank you for checking in.  I hope your summer is going very well.

The big agenda item for me this summer is to study in London.

I am really excited as this is the first opportunity I have taken to be out of the country for a significant amount of time.  That was one regret I had in undergrad, that I am super grateful to have the opportunity to rectify now.

Thank you,

George


On Thu, May 22, 2014 at 10:55 PM, Weinberger, Brian <Brian.Weinberger@sen.ca.gov> wrote:
> Hi George:
>
>
>
> I was just talking with a friend of mine who's in law school and just
> finished exams and it occurred to me that you might be done, too.  I
> hope the year went well and would enjoy hearing what you're up to this
> summer (undoubtedly something more interesting than analyzing a bunch
> of Assembly Bills, which is my plan for the summer).  Best wishes.
>
>
>
> Brian Weinberger, Consultant
>
> Senate Governance & Finance Committee
>

> State Capitol, Room 408
>
> Sacramento, CA  95814
>
> 916-651-4119 office
>
> 916-322-0298 fax
>
> brian.weinberger@sen.ca.gov
>
>
>
>