George Jarvis (J).. Austin, esq. (TBA)
Austin v. Georgetown, et. al. Case #3:20-cv-00800
240 E. Channel St. #1354 Stockton, CA 95202, or alternatively
2107 Montauban Ct., Stockton, CA 95210

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE J. AUSTIN, Plaintiff, | RESPONSE & PRE-DISCOVERY DISCLOSURE DIRECTLY RELATED TO AMENDED COMPLAINT & HEARING |

v.

Tesla., et al., Defendants.

Case No. 3:20-cv-00800

George Jarvis (J).. Austin, esq. (TBA)
Austin v. Georgetown, et. al. Case #3:20-cv-00800
240 E. Channel St. #1354 Stockton, CA 95202, or alternatively
2107 Montauban Ct., Stockton, CA 95210

Pursuant to Honorable Judge Chen's Order and inquiry via Hearing, Plaintiff acknowledges the order. In accord with the order, and Per General Order No. 71 Initial Discovery Protocols For Employment Cases files Department of Justice Civil Rights Violations Follow Up Report in direct reference to the amended complaint, and its facts, context, respective causes of action (and references back to original reports filed internally, and externally, to various appropriate authorities, and bodies, triggering protections pre, and post, retaliatory company behavior). Plaintiff has made reference to initial reports in amended complaint, hearing and other filings (and pre-discovery disclosures per Per General Order No. 71 Initial Discovery Protocols For Employment Cases). This specific complaint ties directly to multiple causes of action (Retaliation, Labor Code Violations, Defamation, etc.) This filing is important for proper, and appropriate, understanding of the facts, context, and underlying factors leading to the essence of the causes of action (particularly from the vantage point of a reasonable person, especially an employee, and Black man stolen from, reported, and seeking to solve various code violations, and subsequently falsely accused, defamed, and retaliated against in Plaintiff's position).