An official website of the United States government

Here's how you know

 United States Department of Justice

# Thank you for submitting a report to the Civil Rights Division.

## ✓ Report successfully submitted

### Please save your record number for tracking.

If you want a copy of this report for your personal records, save or print a copy of this page.

📄 Your record number is:

**49292-GQC**

## What to expect

How can we improve this site?

## 1  We review your report

Our specialists in the Civil Rights Division carefully read every report to identify civil rights violations, spot trends, and determine if we have authority to help with your report.

## 2  Our specialists determine the next step

We may decide to:

- **Open an investigation** or take some other action within the legal authority of the Justice Department.

- **Collect more information** before we can look into your report.

- **Recommend another government agency** that can properly look into your report. If so, we'll let you know.

In some cases, we may determine that we don't have legal authority to handle your report and will recommend that you seek help from a private lawyer or local legal aid organization.

## 3  When possible, we will follow up with you

We do our best to let you know about the outcome of our review. However, we may not always be able to provide you with updates because:

We're actively working on an investigation or case related to your

How can we improve this site?

We're receiving and actively reviewing many requests at the same time.

If we are able to respond, we will contact you using the contact information you provided in this report. Depending on the type of report, response times can vary. If you need to reach us about your report, please refer to your report number when contacting us. This is how we keep track of your submission.

# What you can do next

1. **Contact local legal aid organizations or a lawyer if you haven't already**

   Legal aid offices or members of lawyer associations in your state may be able to help you with your issue."

   American Bar Association, visit www.findlegalhelp.org ⧉ or call (800) 285-2221

   Legal Service Corporation (or Legal Aid Offices), visit www.lsc.gov/find-legal-aid ⧉ or call (202) 295-1500

2. **Get help immediately if you are in danger**

How can we improve this site?

or is still experiencing physical harm or violence, or are in immediate danger, please call 911 and contact the police.

# Your submission

## Contact

**Your name**

Your name

George Jarvis Austin

**Contact information**

Email address

gaustin07@berkeley.edu

Phone number

2099156304

Address

240 E. CHANNEL ST.

1354

Stockton, California 95201

**Are you now or have ever been an active duty service member?**

How can we improve this site?

No

## Primary concern

**What is your primary reason for contacting the Civil Rights Division?**

Workplace discrimination or other employment-related problem

**Does your situation involve physical harm or threats of violence?**

No

## Location

**Was this a public or private employer?**

Private employer

**How large is this employer?**

15 or more employees

No

How can we improve this site?

**Location name**

TESLA

**Address**

45500 Fremont Boulevard

-

Fremont, California

# Personal characteristics

**Do you believe any of these personal characteristics influenced why you were treated this way?**

Age

Disability (including temporary or recovered and including HIV and drug addiction)

Genetic information (including family medical history)

National origin (including ancestry and ethnicity)

Race/color

How can we improve this site?

## Date

### When did this happen?

1/22/2021

## Personal description

### In your own words, describe what happened

Plaintiff, George Jarvis Austin was made aware via basic forensic accounting investigation, techniques, and inquiry, that approximately $25,000 or so of his wages were stolen while working at Tesla (which have already been independently verified by State of California Auditing and Accounting Department under the Penalty of Perjury with respective employers). Simultaneously, Plaintiff was injured while working on the job, during overtime, on a holiday, sought treatment, required an amended schedule to accommodate injury severe enough that he still suffers pain from it, never received worker's compensation. To date Plaintiff still hasn't received any worker's compensation. Plaintiff also inquired, sought to fix, and formally complained (i.e. engaged in Constitutionally protected speech, and behaviors) to internal Tesla leaders, office, committees and officers, designed to handle Health and Safety Code violations to correct before and after injury. Further, when Plaintiff, George Jarvis Austin complained up the ladder, all the way up to Elon Musk, via Plaintiff's email geaustin@tesla.com

How can we improve this site?

accusation (that Plaintiff 'recorded' a supervisor in violation of California Penal Code) was not only an 'after the fact" justification (without any basis, and false), but ironically after Plaintiff was recommended to go see the HR Officer by the Vice President of the company for purposes of promotion and to address code violations (including stolen wages). Subsequently, Plaintiff, and Attorney of Record, has filed a lawsuit in Federal Court, and has already surpassed Judicial Review and heading toward the Discovery Phase. Austin v. Tesla, Inc. et al, California Northern District Court, Judge: Edward M Chen, Case #: 3:20-cv-00800. Yet, the retaliatory company blocks (i.e. badge was disabled before notified of false accusation, and security denying

access - even for my medical records at Tesla Clinic where Plaintiff was repeatedly seen for on the job injury) and behaviors have continued without correction, apology, justification, or reasonable rationale. Plaintiff also inquired, and reported (before and after retaliatory action) to SEC, and internal investor relations, when noticed material financial discrepancies. Not only is the company behavior (especially by a publicly traded company) discriminatory and against multiple federal and state laws but outright wrongful and against common sense, and basic business practices. To do date there has been no solution, and the problem, including the Civil Rights Violations (i.e. Retaliation) are ongoing.



U.S. Department of Justice

# Civil Rights Division

How can we improve this site?

# Contact

 U.S. Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

 (202) 514-3847
1-855-856-1247 (toll-free)
Telephone Device for the Deaf
(TTY) (202) 514-0716

 | English |  Go

Availability of Language Assistance Services

# Links

ABOUT THE DIVISION

REPORT A VIOLATION

PRIVACY POLICY

FOIA

ACCESSIBILITY

JUSTICE.GOV

How can we improve this site?

OFFICE OF INSPECTOR GENERAL

BUDGET AND PERFORMANCE

LEGAL POLICIES AND DISCLAIMERS

USA.GOV

USAGOV EN ESPAÑOL

## Privacy Policy

The purpose of this form is to allow the public to submit civil rights complaints to the Department of Justice, thereby allowing us to enforce over thirty civil rights statutes within our authority. These statutes authorize us to collect this information. You should know that any information you provide through this form is voluntary, yet failure to provide some of the information might limit the Department's ability to pursue your claim. We may use this information for certain routine uses, including sharing this information under certain circumstances with:

- contractors who work with us, if they need it to perform a contract;
- a court, magistrate, or administrative tribunal, as well as opposing counsel during settlement negotiations and/or litigation;

- Members of Congress;
- Federal, state, or local law enforcement agencies.

You can find our complete Privacy Policy here.

**How can we improve this site?**

🇺🇸 An official website of the United States government

[Here's how you know]()



United States Department of Justice

# Contact the Department of Justice to report a civil rights violation

1     2     3     4     5     6     **7**

## Review your report

### Before you submit your report, please check your responses

If you need to make any changes, you can go back and edit the previous pages. Please make sure your information is accurate. This allows us to respond to your report quickly.

Submit report

# Contact

## Your name

**Your name**

George Jarvis Austin

## Contact information

**Email address**

gaustin07@berkeley.edu

**Phone number**

2099156304

**Address**

240 E. CHANNEL ST.

1354

Stockton, California 95201

## Are you now or have ever been an active duty service member?

No

Edit this page

# Primary concern

**What is your primary reason for contacting the Civil Rights**

# What is your primary reason for contacting the Civil Rights Division?

Workplace discrimination or other employment-related problem

# Does your situation involve physical harm or threats of violence?

No

[ Edit this page ]

# Location

# Was this a public or private employer?

Private employer

# How large is this employer?

15 or more employees

# Where did this happen?

**Location name**

TESLA

**Address**

45500 Fremont Boulevard

-

Fremont, California

Edit this page

# Personal characteristics

**Do you believe any of these personal characteristics influenced why you were treated this way?**

Age

Disability (including temporary or recovered and including HIV and drug addiction)

Genetic information (including family medical history)

National origin (including ancestry and ethnicity)

Race/color

Edit this page

# Date

**When did this happen?**

1/22/2021

Edit this page

## Personal description

**In your own words, describe what happened**

Plaintiff, George Jarvis Austin was made aware via basic forensic accounting investigation, techniques, and inquiry, that approximately $25,000 or so of his wages were stolen while working at Tesla (which have already been independently verified by State of California Auditing and Accounting Department under the Penalty of Perjury with respective employers). Simultaneously, Plaintiff was injured while working on the job, during overtime, on a holiday, sought treatment, required an amended schedule to accommodate injury severe enough that he still suffers pain from it, never received worker's compensation.

To date Plaintiff still hasn't received any worker's compensation. Plaintiff also inquired, sought to fix, and formally complained (i.e. engaged in Constitutionally protected speech, and behaviors) to internal Tesla leaders, office, committees and officers, designed to handle Health and Safety Code violations to correct before and after injury. Further, when Plaintiff, George Jarvis Austin complained up the ladder, all the way up to Elon Musk, via Plaintiff's email geaustin@tesla.com about labor, and other code, violations Plaintiff was Defamed, Falsely Accused, Retaliated Against and wrongfully discharged. The false accusation (that Plaintiff 'recorded' a supervisor in violation of California Penal Code) was not only an 'after the fact" justification (without any basis, and false), but ironically after Plaintiff was recommended to go see the HR Officer by the Vice President of the company for purposes of promotion and to address code violations (including stolen wages). Subsequently, Plaintiff, and Attorney of

Record, has filed a lawsuit in Federal Court, and has already surpassed Judicial Review and heading toward the Discovery Phase. Austin v. Tesla, Inc. et al, California Northern District Court, Judge: Edward M Chen, Case #: 3:20-cv-00800. Yet, the retaliatory company blocks (i.e. badge was disabled before notified of false accusation, and security denying access - even for my medical records at Tesla Clinic where Plaintiff was repeatedly seen for on the job injury) and behaviors have continued without correction, apology, justification, or reasonable rationale. Plaintiff also inquired, and reported (before and after retaliatory action) to SEC, and internal investor relations, when noticed material financial discrepancies. Not only is the company behavior (especially by a publicly traded company) discriminatory and against multiple federal and state laws but outright wrongful and against common sense, and basic business practices. To do date there has been no solution, and the problem, including the Civil Rights Violations (i.e. Retaliation) are ongoing.

Edit this page

Submit report

Back



U.S. Department of Justice

# Civil Rights Division

# Contact


U.S. Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001


(202) 514-3847
1-855-856-1247 (toll-free)
Telephone Device for the Deaf
(TTY) (202) 514-0716


English    Go

Availability of Language Assistance Services

# Links

ABOUT THE DIVISION

REPORT A VIOLATION

PRIVACY POLICY


FOIA

ACCESSIBILITY

JUSTICE.GOV

JUSTICE.GOV/CRT

OFFICE OF INSPECTOR GENERAL

BUDGET AND PERFORMANCE

LEGAL POLICIES AND DISCLAIMERS

USA.GOV

USAGOV EN ESPAÑOL

---

## Privacy Policy

The purpose of this form is to allow the public to submit civil rights complaints to the Department of Justice, thereby allowing us to enforce over thirty civil rights statutes within our authority. These statutes authorize us to collect this information. You should know that any information you provide through this form is voluntary, yet failure to provide some of the information might limit the Department's ability to pursue your claim. We may use this information for certain routine uses, including sharing this information under certain circumstances with:

- contractors who work with us, if they need it to perform a contract;
- a court, magistrate, or administrative tribunal, as well as opposing counsel during settlement negotiations and/or litigation;

- Members of Congress;
- Federal, state, or local law enforcement agencies.

You can find our complete Privacy Policy here.