UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE JARVIS AUSTIN,<br><br>        Plaintiff,<br><br>    v.<br><br>TESLA, INC., et al.,<br><br>        Defendants. | Case No. 20-cv-00800-EMC<br><br>**JUDGMENT** |

On January 26, 2021, the Court issued its Order Granting Defendants' Motion to Dismiss and Denying All Other Motions. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS** judgment in favor of Defendants. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED**.

Dated: January 26, 2021

_____
EDWARD M. CHEN
United States District Judge