George Jarvis (J).. Austin, esq. (TBA)
Austin v. Tesla, et. al. Case #3:20-cv-00800
240 E. Channel St. #1354 Stockton, CA 95202, or alternatively
2107 Montauban Ct., Stockton, CA 95210

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GEORGE J. AUSTIN, Plaintiff,NOTICE OF APPEAL

v.

Tesla., et al., Defendants.

Case No. 3:20-cv-00800

George Jarvis (J).. Austin, esq. (TBA)
Austin v. Tesla, et. al. Case #3:20-cv-00800
240 E. Channel St. #1354 Stockton, CA 95202, or alternatively
2107 Montauban Ct., Stockton, CA 95210

      Pursuant to Honorable Judge Chen's Judgement 'Notice' is hereby given that Plaintiff Pro Se, and Attorney of Record, George Jarvis Austin, in the above named case, (Austin v. Tesla, et. al. 3:20-cv-00800) hereby appeals to the United States Court of Appeals for the Ninth Circuit (from the final judgment entered in this action on the 26th day of January, 2021 due to a variety of legal, and their application to plead fact, errors, omissions, contradictions, and untruths which lead to an unjust, and incorrect result).

      (s) __George Jarvis (or J. for short) Austin, Esq. (TBA)___

      Attorney of Record for __Plaintiff (Pro Se)__

      Address:___240 E. Channel St. #1354, 95202,____