George Jarvis (J).. Austin, esq. (TBA)
Austin v. Georgetown, et. al. Case #3:20-cv-00800
240 E. Channel St. #1354 Stockton, CA 95202, or alternatively
2107 Montauban Ct., Stockton, CA 95210

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GEORGE J. AUSTIN, Plaintiff,   RESPONSE & DOJ UPDATE RE: APPEALS

v.

Tesla., et al., Defendants.

Case No. 3:20-cv-00800

George Jarvis (J).. Austin, esq. (TBA)
Austin v. Georgetown, et. al. Case #3:20-cv-00800
240 E. Channel St. #1354 Stockton, CA 95202, or alternatively
2107 Montauban Ct., Stockton, CA 95210

Pursuant to Honorable Judge Chen's Order and inquiry via Hearing, Plaintiff acknowledges the order, has filed notice of Appeals.  In accord with the order, that notice, and Per General Order No. 71 Initial Discovery Protocols For Employment Cases files Department of Justice Civil Rights Violations Follow Up Report in direct reference to issues raised, and to be disputed going forward.   This filing is to keep the court abreast of the DOJ complaint providing an update to the Department of Justice on previously filed complaint on "apparent abuse of Judicial Discretion, as a. complaint had already passed Judicial Review by same Judge's previous order (and no new Defenses were raised), b. if need arose "The court should freely give leave when justice so requires" (as is definitely the case when 25K was proven stolen by independent finder of fact, State of California Auditing and Accounting, before discovery- far surpassing any requirement at that stage of process, and subsequent retaliatory, and other violations including Civil Rights) c. all "amendments .. arose out of the conduct, transaction, or occurrence set out—or attempted to be set out—in the original pleading" under FRCP 15(a)(2) with unjust results leading to Federal Appeals.   Accordingly Plaintiff, (Austin v. Tesla, et. al. 3:20-cv-00800) shall file appeal to the United States Court of Appeals for the Ninth Circuit (from the final judgment entered in this action on the 26th day of January, 2021 due to a variety of legal, and their application to plead fact, errors, omissions, contradictions, and untruths which lead to an unjust, and incorrect result).

(s) __George Jarvis (or J. for short) Austin, Esq. (TBA)___

Attorney of Record for __Plaintiff (Pro Se)__

Address:___240 E. Channel St. #1354, 95202,____