George Jarvis (J).. Austin, esq. (TBA)
Austin v. Tesla, et. al. Case #3:20-cv-00800
240 E. Channel St. #1354 Stockton, CA 95202, or alternatively
2107 Montauban Ct., Stockton, CA 95210

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA


GEORGE J. AUSTIN, Plaintiff,

v.

Tesla., et al., Defendants.

Case No. 3:20-cv-00800


NOTICE OF IFP STATUS PREVIOUSLY GRANTED

George Jarvis (J).. Austin, esq. (TBA)
Austin v. Tesla, et. al. Case #3:20-cv-00800
240 E. Channel St. #1354 Stockton, CA 95202, or alternatively
2107 Montauban Ct., Stockton, CA 95210

       Pursuant to Federal Rule of Appellate Procedure 24(a), page 9 of *United States of Appeals*

*for the Ninth Circuit Office of the Clerk "After Opening Your Appeal:What You Need to Know,"*

and the District Court's Previous Order, and Grant, of In Forma Pauperis Status for Plaintiff, and

the fact that no one has revoked that status it appears that the filing, and subsequent fees qualify to

be waived.  Plaintiff Pro Se, and Attorney of Record, George Jarvis Austin, in the above named

case, (Austin v. Tesla, et. al. 3:20-cv-00800) hereby requests the Court to clarify:


a.   That in fact the Court has waived such fees?

b.   If any amount is due the best method of electronic payment?


(s) __George Jarvis (or J. for short) Austin, Esq. (TBA)___


Attorney of Record for __Plaintiff (Pro Se)__


Address:___240 E. Channel St. #1354, 95202,____