George Jarvis (J).. Austin, esq. (TBA)
Austin v. Tesla, et. al. Case #3:20-cv-00800
240 E. Channel St. #1354 Stockton, CA 95202, or alternatively
2107 Montauban Ct., Stockton, CA 95210

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GEORGE J. AUSTIN, Plaintiff,            REQUEST OF JUDICIAL NOTICE IFP STATUS
                                        PREVIOUSLY GRANTED & FEE PAID

v.

Tesla., et al., Defendants.

Case No. 3:20-cv-00800

George Jarvis (J).. Austin, esq. (TBA)
Austin v. Tesla, et. al. Case #3:20-cv-00800
240 E. Channel St. #1354 Stockton, CA 95202, or alternatively
2107 Montauban Ct., Stockton, CA 95210

    Plaintiff requests that this Court take Judicial Notice of Appeal Fee fully and properly paid (electronically through available options) to District Court, of Previously Granted, and non-revoked, IFP Status as Federal courts may grant judicial notice of facts that "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned" per Fed. R. Evid. 201(b)(2). Pursuant to Federal Rule of Appellate Procedure 24(a), page 9 of *United States of Appeals for the Ninth Circuit Office of the Clerk "After Opening Your Appeal:What You Need to Know,"* and the District Court's Previous Order, and Grant, of In Forma Pauperis Status for Plaintiff, and the fact that no one has revoked that status it appears that the filing, and subsequent fees qualify to be waived.  Plaintiff Pro Se, and Attorney of Record, George Jarvis Austin, has already paid all respective fees as preventive measure before the deadline, above the threshold [given Forma Pauperis Status has been granted] in the above named case, (Austin v. Tesla, et. al. 3:20-cv-00800) hereby requests the Court to provide Judicial Notice.

    (s) __George Jarvis (or J. for short) Austin, Esq. (TBA)___

    Attorney of Record for __Plaintiff (Pro Se)__

    Address:___240 E. Channel St. #1354, 95202,____