George Jarvis (J).. Austin, esq. (TBA)
Austin v. Tesla, et. al. Case #3:20-cv-00800
240 E. Channel St. #1354 Stockton, CA 95202, or alternatively
2107 Montauban Ct., Stockton, CA 95210

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

GEORGE J. AUSTIN, Plaintiff,                    CIVIL APPEALS DOCKETING STATEMENT

v.

Tesla., et al., Defendants.

Case No. 3:20-cv-00800
(Court of Appeals Case No. 21 - 15151)

George Jarvis (J).. Austin, esq. (TBA)
Austin v. Tesla, et. al. Case #3:20-cv-00800
240 E. Channel St. #1354 Stockton, CA 95202, or alternatively
2107 Montauban Ct., Stockton, CA 95210

     Per Rules of Civil Procedure 26, and Federal Rules of Appellate Procedure 4, and 12,

Plaintiff/Appellant, Pro Se, George Jarvis Austin, esq. (TBA), files the Civil Appeals Docketing

Statement for this case currently active in the Federal Court of Appeals for the Ninth Circuit (case#

21 - 15151).  See Attached Exhibit.