# General Docket
## United States Court of Appeals for the Ninth Circuit

**Court of Appeals Docket #:** 21–15151  **Docketed:** 01/27/2021
**Nature of Suit:** 3890 Other Statutory Actions
George Austin v. Tesla, Inc., et al
**Appeal From:** U.S. District Court for Northern California, San Francisco
**Fee Status:** IFP

**Case Type Information:**
   **1)** civil
   **2)** private
   **3)** null

**Originating Court Information:**
   **District:** 0971–3 : 3:20–cv–00800–EMC
   **Court Reporter:** Richard John Duvall, Court Reporter Supervisor
   **Court Reporter:** Katherine A. Sullivan, Court Reporter
   **Trial Judge:** Edward M. Chen, District Judge
   **Date Filed:** 02/03/2020

| **Date Order/Judgment:** | **Date Order/Judgment EOD:** | **Date NOA Filed:** | **Date Rec'd COA:** |
| --- | --- | --- | --- |
| 01/26/2021 | 01/26/2021 | 01/26/2021 | 01/26/2021 |

**Prior Cases:**
   None

**Current Cases:**
   None

| | |
|---|---|
| GEORGE JARVIS AUSTIN, Esq.<br>    Plaintiff – Appellant, | George Jarvis Austin<br>Direct: 209–915–3604<br>[NTC Pro Se]<br>1354<br>240 E. Channel St.<br>Stockton, CA 95202 |
| v. | |
| TESLA, INC., Organization<br>    Defendant – Appellee, | Andrea R. Milano, Special Counsel<br>**Terminated:** 01/27/2021<br>[COR LD NTC Retained]<br>Littler Mendelson, P.C.<br>333 Bush Street<br>34th Floor<br>San Francisco, CA 94104<br><br>Andrea R. Milano, Special Counsel<br>Direct: 202–663–8056<br>[COR LD NTC Retained]<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>1200 17th Street NW<br>Washington, DC 20036 |
| BALANCE STAFFING, Organization<br>    Defendant – Appellee, | Pamela Y. Ng<br>Direct: 415–986–5900<br>[NTC Retained]<br>Gordon Rees Scully Mansukhani, LLP<br>275 Battery Street<br>Suite 2000<br>San Francisco, CA 94111 |
| MVP PERSONNEL STAFFING GROUP, Organization<br>    Defendant – Appellee, | Michael A. Laurenson<br>Direct: 415–986–5900<br>[COR LD NTC Retained]<br>Gordon Rees LLP<br>275 Battery Street<br>Suite 2000<br>San Francisco, CA 94111 |
| STEVE ANDERSON, Associate Manager, Tesla<br>    Defendant – Appellee, | |
| VINCE WOODARD, HR Director, Sr. Manager, Tesla<br>    Defendant – Appellee, | |
| DANIEL GARCIA, Lead, Tesla<br>    Defendant – Appellee, | |
| JOSE MENDIOLA, Supervisor, Tesla | |

        Defendant – Appellee,

SANDY MALLOY, Leader in Payroll & Personnel Balance Staffing, Balance HR Officer
        Defendant – Appellee,

CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT
        Defendant – Appellee,

CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT (DISABILITY INSURANCE) & LEGAL OFFICE
        Defendant – Appellee,

GEORGE JARVIS AUSTIN, Esq.,

    Plaintiff – Appellant,

v.

TESLA, INC., Organization; BALANCE STAFFING, Organization; MVP PERSONNEL STAFFING GROUP, Organization; STEVE ANDERSON, Associate Manager, Tesla; VINCE WOODARD, HR Director, Sr. Manager, Tesla; DANIEL GARCIA, Lead, Tesla; JOSE MENDIOLA, Supervisor, Tesla; SANDY MALLOY, Leader in Payroll & Personnel Balance Staffing, Balance HR Officer; CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT; CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT (DISABILITY INSURANCE) & LEGAL OFFICE,

    Defendants – Appellees.

| | | |
|---|---|---|
| 01/27/2021 | 1 | DOCKETED CAUSE AND ENTERED APPEARANCES OF COUNSEL AND PRO SE APPELLANT. SEND MQ: No. The schedule is set as follows: Transcript ordered by 02/25/2021. Transcript due 03/29/2021. Appellant George Jarvis Austin opening brief due 05/06/2021. Appellees Steve Anderson, Balance Staffing, California Employment Development Department, California Employment Development Department (Disability Insurance) & Legal Office, Daniel Garcia, MVP Personnel Staffing Group, Sandy Malloy, Jose Mendiola, Tesla, Inc. and Vince Woodard answering brief due 06/07/2021. Appellant's optional reply brief is due 21 days after service of the answering brief. [11983187] (JMR) [Entered: 01/27/2021 12:12 PM] |
| 01/29/2021 | 2 | Fee status changed ( [Case Number 21–15151: IFP] ). [11985820] (JW) [Entered: 01/29/2021 10:11 AM] |