George Jarvis (J).. Austin, esq. (TBA)
Austin v. Tesla, et. al. Case #3:20-cv-00800
240 E. Channel St. #1354 Stockton, CA 95202, or alternatively
2107 Montauban Ct., Stockton, CA 95210

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE J. AUSTIN, Plaintiff, | LETTER AMERICAN BAR ASSOCIATION |
| v. | |
| TESLA., et al., Defendants. | |

Case No. 3:20-cv-00800
(Court of Appeals Case No. 21 - 15151)

1. United States Ninth Circuit District Court
LETTER, AMERICAN BAR ASSOCIATION

George Jarvis (J).. Austin, esq. (TBA)
Austin v. Tesla, et. al. Case #3:20-cv-00800
240 E. Channel St. #1354 Stockton, CA 95202, or alternatively
2107 Montauban Ct., Stockton, CA 95210

Plaintiff/Appellant, Pro Se, George Jarvis Austin, esq. (TBA), and Attorney of Record, includes the American Bar Association's welcome, and member ID, to accompany the other filings to relate back to Plaintiff's original nucleus of events, facts, and causes of action (for Identity verification purposes).  See attached exhibit.