

# My ABA Dashboard



**George Jarvis Austin**

MEMBER ID: 05462012

MEMBER TYPE

Premium Law Student

Edit - **PROFILE**

   



George Austin <gaustin07@berkeley.edu>

## Congratulations on Your ABA Membership
1 message

---

**American Bar Association** <membership@em.americanbar.org>  Thu, Apr 8, 2021 at 8:01 AM
Reply-To: American Bar Association <reply-fec51677726c057c-1601_HTML-150661162-100027443-158@em.americanbar.org>
To: gaustin07@berkeley.edu





## Welcome to the American Bar Association

You made a very important decision for your future by joining thousands of other law students looking to get a leg up on their education, pass the bar and land that dream job. To get started, take a look at your Welcome Packet where you will find everything you need to know about your membership.

---

### Complete Your Profile and Get the Most Value Out of Membership

Tell us everything! The more we know, the better your