Reset Form

CAND Pay.gov Application for Refund (rev. 10/19)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

# APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

## PAY.GOV TRANSACTION DETAILS

*IMPORTANT*:
- Complete all required fields (shown in red*); otherwise, your request may be denied and require resubmission.
- In fields **3-6**, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.

| | | | |
|---|---|---|---|
| 1. **Your Name:*** | George Jarvis (or J) Austin | 7. **Your Phone Number:** | (209) 915-6304 |
| 2. **Your Email Address: *** | gaustin07@berkeley.edu | 8. **Full Case Number (if applicable):** | 3:20-cv-00800 |
| 3. **Receipt Number:*** | 0971-15573426 | 9. **Fee Type:*** | ☐ Attorney Admission<br>☐ Civil Case Filing<br>☐ FTR Audio Recording<br>☑ Notice of Appeal<br>☐ Pro Hac Vice<br>☐ Writ of Habeas Corpus |
| 4. **Transaction Date:*** | 02/12/2021 | | |
| 5. **Transaction Time:*** | 5:33 pm | | |
| 6. **Transaction Amount (Amount to be refunded):*** | $ 180.00 | | |

10. **Reason for Refund Request:*** *Explain in detail what happened to cause duplicate charges or no fee required.*
- For a duplicate charge, provide the **correct** receipt number in this field.
- If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open** case).

0971-15567972 - $100 - 2/11/21 - Document Number: 103 ; 0971-15573426 - $180 - 2/12/21 - Document Number: 107
0971-15562283 - $100 - 2/10/21 - Document Number: 102 ; 0971-15573281 - $5   - 2/12/21 - Document Number: 106
0971-15552365 - $100 - 2/09/21 - Document Number: 100 ; 0971-15568007 - $15  - 2/11/21 - Document Number: 104
0971-15573273 - $5   - 2/12/21 - Document Number: 105
All charges on same case in Plaintiff's name, and in Plaintiff's accounts, card's and name.  (Total Amount to be refunded to Plaintiff $505.00)

✓ *Efile this form using* OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.

View detailed instructions at: cand.uscourts.gov/ecf/payments. For assistance, contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday -Friday 9:00 a.m.-4:00 p.m.

| FOR U.S. DISTRICT COURT USE ONLY | |
|---|---|
| Refund request: | ☐ Approved<br>☐ Denied<br>☐ Denied — Resubmit amended application (see reason for denial) |
| Approval/denial date: | Request approved/denied by: |
| Pay.gov refund tracking ID refunded: | Agency refund tracking ID number: 0971- |
| Date refund processed: | Refund processed by: |
| Reason for denial (if applicable): | |
| Referred for OSC date (if applicable): | |