George Jarvis (J).. Austin, esq. (TBA)
Austin v. Tesla, et. al. Case #3:20-cv-00800
240 E. Channel St. #1354 Stockton, CA 95202, or alternatively
2107 Montauban Ct., Stockton, CA 95210

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

GEORGE J. AUSTIN, Plaintiff,

RELATED LAWSUIT (AUSTIN V. IRS 4:21-cv-02637)

v.

TESLA., et al., Defendants.

Case No. 3:20-cv-00800
(Court of Appeals Case No. 21 - 15151)

1. United States Ninth Circuit District Court
RELATED LAWSUIT

George Jarvis (J).. Austin, esq. (TBA)
Austin v. Tesla, et. al. Case #3:20-cv-00800
240 E. Channel St. #1354 Stockton, CA 95202, or alternatively
2107 Montauban Ct., Stockton, CA 95210

Plaintiff notes, for the Court, a related, but not directly, Plaintiff lawsuit in Austin v. Internal Revenue Service, Department of Treasury (IRS), United States of America

www.pacermonitor.com/public/case/40195227/Austin_v_Internal_Revenue_Service_IRS_et_al

with points that touch on issues raised and pleaded (for Identity verification purposes).