# Austin v. Internal Revenue Service (IRS) et. al.

**California Northern District Court**

| | |
|---|---|
| **Judge:** | Haywood S Gilliam, Jr |
| **Case #:** | 4:21-cv-02637 |
| **Nature of Suit** | 870 Federal Tax Suits - Taxes (U.S. Plaintiff or Defendant) |
| **Cause** | 26:7422 IRS: Refund Taxes |
| **Case Filed:** | Apr 09, 2021 |

Docket   Parties (2)

Last checked: **Monday May 24, 2021 2:48 AM PDT**

**Defendant**
Internal Revenue Service (IRS) et. al.

**Plaintiff**
George Jarvis Austin
George J. Austin, esq. (TBA). 240 Channel Street, 1354
2107 Montauban Ct. Stockton, CA 95210

**Docket last updated: 05/23/2021 11:59 PM PDT**

## Tuesday, May 11, 2021

**13** | misc | New Case Filing Fee | Tue 05/11 7:03 PM
FEE PAID (Filing fee$100.00,receipt number 0971-15955266). (Austin, George)

**12** | 1 pgs | order | Order Reassigning Case ~Util - Case Assigned/Reassigned | Tue 05/11 8:38 AM
ORDER REASSIGNING CASE. Case reassigned using a proportionate, random, and blind system pursuant to General Order No. 44 to Judge Haywood S Gilliam, Jr for all further proceedings. Magistrate Judge Susan van Keulen no longer assigned to case. Reassignment Order signed by Clerk Judge Clerk on 5/11/2021. (bwS, COURT STAFF) Any non-CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)

## Monday, May 10, 2021

**11**  CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A U.S. DISTRICT COURT JUDGE: The Clerk of this Court will now randomly reassign this case to a District Judge because either (1) a party has not consented to the jurisdiction of a Magistrate Judge, or (2) time is of the essence in deciding a pending judicial action for which the necessary consents to Magistrate Judge jurisdiction have not been secured. You will be informed by separate notice of the district judge to whom this case is reassigned. ALL HEARING DATES PRESENTLY SCHEDULED BEFORE THE CURRENT MAGISTRATE JUDGE ARE VACATED AND SHOULD BE RE-NOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THIS CASE IS REASSIGNED. This is a text only docket entry; there is no document associated with this notice. (jhfS, COURT STAFF) Any non-CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)

**10**  CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by George Jarvis Austin.. (Austin, George)

## Thursday, May 06, 2021

| 9 | 2ND CLERK'S NOTICE Re: Consent or Declination: Plaintiffs/Defendants shall file a consent or declination to proceed before a magistrate judge. Note that any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences. The forms are available at: http://cand.uscourts.gov/civilforms. Consent/Declination due by 5/20/2021. (This is a text-only entry generated by the court. There is no document associated with this entry.) (jhfS, COURT STAFF) Any non-CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF) |

## Wednesday, April 28, 2021

| 8 | CLERK'S NOTICE Re: Consent or Declination: Plaintiffs/Defendants shall file a consent or declination to proceed before a magistrate judge. Note that any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences. The forms are available at: http://cand.uscourts.gov/civilforms. Consent/Declination due by 5/5/2021. (This is a text-only entry generated by the court. There is no document associated with this entry.) (jhfS, COURT STAFF) Any non-CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF) |

## Tuesday, April 20, 2021

| 7 | Letter from George Jarvis Austins work at Tesla, Work Badge, for work paid by Tesla through subcontractors which are the basis for the accepted (but not yet received) tax return (as well as Georgetown ID, and Brochure, UC Berkeley Diploma (with full name), and others for ID verification) .(Austin, George) |
| | Att: 1   Exhibit Tesla ID, Badge, and other Identity verification documents |

## Friday, April 16, 2021

| 6 | Letter from American Bar Association Member # 05462012, George Jarvis Austin Welcome & Identity Verification . (Austin, George) |

|   |   |   |
|---|---|---|
|   | Att: 1 | Exhibit American Bar Association Membership #05462012, Welcome Letter |
| 5 |   | ORDER by Judge Susan van Keulen denying as moot 3 Administrative Motion re E-Pay Filing Fee. (svklc2S, COURT STAFF) Any non-CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF) |
| 4 |   | FEE PAID (Filing fee$202.00,receipt number 0971-15847766). (Austin, George) |

### Thursday, April 15, 2021

|   |   |   |
|---|---|---|
| 3 |   | ADMINISTRATIVE MOTION E-pay, for Pro Se Litigant, for this Event (Complaint Filing Fee) re1 Complaint E-pay Filing Fee filed by George Jarvis Austin. Responses due by 4/19/2021. (Austin, George) |

### Friday, April 09, 2021

|   |   |   |
|---|---|---|
| 2 |   | MOTION for Leave to Proceed in forma pauperis filed by George Jarvis Austin.(anjS, COURT STAFF) |
|   | Att: 1 | IFP, |
|   | Att: 2 | IFP |
| 1 |   | COMPLAINT (FEE PAID) against Internal Revenue Service (IRS) et. al. Filed by George Jarvis Austin. Consent/Declination due by 4/27/2021.(anjS, COURT STAFF) Modified on 4/16/2021 (cvS, COURT STAFF). |
|   | Att: 1 | Envelope |

**Continue to Create Account**

Privacy • Terms • About
PacerMonitor, LLC © 2019.