George Jarvis (J).. Austin, esq. (TBA)
Austin v. Tesla, et. al. Case #3:20-cv-00800
240 E. Channel St. #1354 Stockton, CA 95202, or alternatively
2107 Montauban Ct., Stockton, CA 95210

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GEORGE J. AUSTIN, Plaintiff,

REFUND & REQUEST OF JUDICIAL NOTICE IFP STATUS PREVIOUSLY GRANTED & FEE PAID (TO BE REFUNDED)

v.

Tesla., et al., Defendants.

Case No. 3:20-cv-00800

George Jarvis (J).. Austin, esq. (TBA)
Austin v. Tesla, et. al. Case #3:20-cv-00800
240 E. Channel St. #1354 Stockton, CA 95202, or alternatively
2107 Montauban Ct., Stockton, CA 95210

      Plaintiff requests that this Court take Judicial Notice of Need for Refund due to Appeal Fee fully and properly paid (electronically through available options) to District Court as a preventive measure, yet IFP was granted and validated by the Appeals Court prompting refund.  The Court of Appeals has affirmed the lower Court's grant of IFP Status, and thus the fee paid was in excess, and needs to be refunded to Plaintiff Pro Se, and Attorney of Record, George Jarvis Austin.  There appears to be slight technical difficulties, and Plaintiff has emailed Ana in the Finance Department of the Court, but wants to make sure everyone is on the same page.  See attached.