

George Austin <gaustin07@berkeley.edu>

# (Double Checking Where Error Is) Fwd: Activity in Case 3:20-cv-00800-EMC Austin v. Tesla, Inc. et al Refund Status

1 message

**George Austin** <gaustin07@berkeley.edu>  Wed, Jun 2, 2021 at 12:38 PM
To: ECFHELPDESK <ECFHELPDESK@cand.uscourts.gov>, CAND_Finance@cand.uscourts.gov
Cc: George Austin <Gaustin07@berkeley.edu>

Good Afternoon, Ana and Finance Department

I hope this finds you phenomenally well and blessed beyond measure (as am I).

Can you clarify what more is needed for this refund? I initially included more detail, and then was advised that less information was needed? See below

I plan to include this as the reason but want to ensure that this is what you are looking for before filing:

"Plaintiff, George Jarvis Austin, has been charged again because the IFP status was granted at the District Court level, and thus no fee is due for the Appellate Court, which the Court of Appeals has already affirmed. Thus, the full fee amount for Notice of Appeal that Plaintiff paid is to be refunded on all his cards and accounts in his name."

Can you clarify?

Thank you,

George Jarvis Austin, esq. (TBA).


---------- Forwarded message ----------
From: <ECF-CAND@cand.uscourts.gov>
Date: Wednesday, June 2, 2021
Subject: Activity in Case 3:20-cv-00800-EMC Austin v. Tesla, Inc. et al Refund Status

To: efiling@cand.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

California Northern District

## Notice of Electronic Filing

The following transaction was entered on 6/2/2021 at 11:52 AM and filed on 6/2/2021

**Case Name:**       Austin v. Tesla, Inc. et al
**Case Number:**     3:20-cv-00800-EMC
**Filer:**
**WARNING: CASE CLOSED on 01/26/2021**
**Document Number:** 122

**Docket Text:**
**Refund Status re [116] Application for Refund, [117] Application for Refund, [115] Application for Refund, [121] Application for Refund, [120] Application for Refund, [118] Application for Refund, [119] Application for Refund, Declined. (rghS, COURT STAFF) (Filed on 6/2/2021)**

**3:20-cv-00800-EMC Notice has been electronically mailed to:**

Andrea Rose Milano &nbsp &nbsp andrea.milano@pillsburylaw.com

George Jarvis Austin &nbsp &nbsp gaustin07@berkeley.edu

Jean Fan Kuei &nbsp &nbsp jean.kuei@pillsburylaw.com, docket@pillsburylaw.com, julia.colish@pillsburylaw.com

Michael Alan Laurenson &nbsp &nbsp mlaurenson@gordonrees.com, ESpiers@gordonrees.com

Pamela Y Ng &nbsp &nbsp png@grsm.com, vsantellan@grsm.com

**3:20-cv-00800-EMC Please see Local Rule 5-5; Notice has NOT been electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**N:\telework docs\320CV00800 (7) Refunds - Declined..pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=6/2/2021] [FileNumber=18141058-0]
[015be94b7203df422a0ea78118dbe85a3c97690698293b4f9f40e260c5f681de25582
5c43d70caf2be1eeb3b1fda10a44d9ef581edff72c2c1c4a8e4c23e32bf]]