UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

GEORGE J. AUSTIN, Plaintiff,                    Notice of Related 9th Circuit $137 Million Judgment Against Defendant Tesla

v.

TESLA, et. al. Defendants.

Court of Appeals Docket # 21 - 15151
(from District Court #  3:20-cv-00800)

## TODAYS 9th Circuit Judgment Against Defendant Tesla

Plaintiff/Appellant, Pro Se, George Jarvis Austin, esq. (TBA), hereby notes for the Court todays 9th Circuit $137 Million Dollar Verdict Against Tesla, in the Plant, for a single Plaintiff who had related causes of action. See below links and attachments

- https://news.bloomberglaw.com/daily-labor-report/tesla-ordered-to-pay-worker-137-million-for-racism-at-plant-1
- https://www.bnnbloomberg.ca/tesla-ordered-to-pay-137-million-for-harboring-workplace-racism-1.1661698.amp.html
- https://www.law360.com/amp/articles/1427896
- https://m.benzinga.com/article/23232512
- https://www.washingtonpost.com/technology/2021/10/04/tesla-discrimination-case/
- https://www.bloombergquint.com/business/tesla-ordered-to-pay-137-million-for-harboring-workplace-racism