Daily Labor Report ®

# Tesla Ordered to Pay Worker $137 Million for Racism at Plant (2)

By Malathi Nayak

Oct. 4, 2021, 6:50 PM

- Company rarely loses workplace disputes that go to arbitration
- Owen Diaz's case is unusual as it went to public jury trial

Tesla Inc. lost a trial with a Black former elevator operator and must pay him $137 million for having turned a blind eye to racial taunts and offensive graffiti he endured at the electric-car maker's northern California plant, according to the man's lawyer.

Owen Diaz, a former contract worker hired in 2015 through a staffing agency, was subjected to a racially hostile work environment, a federal jury in San Francisco decided Monday, said Lawrence Organ, a lawyer for Diaz. The verdict couldn't immediately be confirmed in electronic court records.

Diaz's case marked a rare instance in which Tesla, which typically ...

© 2021 The Bureau of National Affairs, Inc. All Rights Reserved