**COMMODITIES** | News Wire | Company News

# Tesla Ordered to Pay $137 Million for Harboring Workplace Racism



A logo is displayed on a Tesla Inc. electric vehicle charging at the Tesla Supercharger station in Fremont, California, U.S., on Monday, July 20, 2020. Tesla Inc. is scheduled to release earnings figures on July 22. Photographer: Nina Riggio/Bloomberg , Bloomberg

**Malathi Nayak**, Bloomberg News
3h ago

SHARE  

(Bloomberg) -- Tesla Inc. must pay a Black former elevator operator $137 million for having turned a blind eye to racial taunts and offensive graffiti he endured at the electric-car maker's northern California plant, according to the man's lawyer.

Owen Diaz, a former contract worker hired at the company in 2015 through a staffing agency, was subjected to a racially hostile work environment, a jury ruled Monday, according to Lawrence Organ, a lawyer for Diaz.

2021 Nissan
Rogue Surprise

Advertisement

Case 3:20-cv-00800-EMC   Document 125-2   Filed 10/05/21   Page 2 of 2

©2021 Bloomberg L.P.