

# Tesla Hit With $137M Verdict In Race Harassment Trial

By **Hannah Albarazi**

October 4, 2021, 8:53 PM EDT

A California federal jury awarded $136.9 million to a Black former Tesla subcontractor Monday after finding that he was subjected to a racially hostile work environment at the electric vehicle maker's Northern California...

**To view the full article, register now.**

FREE Access for 7 Days

Already a subscriber? Click here to view full article

© Copyright 2021 Portfolio Media, Inc.