Subscribe to our notifications for the latest news and updates. You can disable anytime.

Later Subscribe

# Tesla Ordered To [obscured] Over Racism At Work

by Rachit Vats
1 min read

2 hours ago

LinkedIn Twitter Facebook More

TSLA (/stock/TSLA)

Thousands of traders are getting a 90% win-rate trading options! **Click here to see the trading strategy. (https://www.benzinga.com/premium/ideas/benzinga-options/?utm_source=campaignify&utm_medium=top&utm_content=mobile)**

**Tesla Inc** (NASDAQ: TSLA (/stock/TSLA#NASDAQ)) has been ordered to pay $137 million in damages by a federal jury for subjecting a former Black employee to racism at work, Bloomberg reported (https://www.bloomberg.com/news/articles/2021-10-04/tesla-ordered-to-pay-137-million-for-harboring-workplace-racism?sref=TBDibEcD) late Monday.

**What Happened:** A federal jury in San Francisco has ordered the **Elon Musk**-led electric vehicle maker to pay the $136 million in damages to the former employee, **Owen Diaz,** who worked as an elevator operator at Tesla's Fremont, California factory in 2015 and 2016.

Tesla failed to take sufficient steps to prevent the employee from being harassed at the workplace, the federal jury said, as per the report.

HOME (/) MARKET (https://www.benzinga.com/movers) MY STOCKS (https://www.benzinga.com/profile/portfolio/) PREMIUM (https://www.benzinga.com/premium-products/) MENU

*See Also: Tesla Pays Out $1M ...*
(https://www.benzinga.com/news/...ism-at-work-report?
utm_source=cityfalcon&utm_med...

Subscribe to our notifications for the latest news and updates. You can disable anytime.

Later Subscribe

**FREE MASTERCLASS -** Limited ... EGISTER NOW!
(https://benzinga.clickfunnels.com...
utm_source=campaignify&utm_m...

**Why It Matters:** Instances of racism at Tesla have come up in the past. In August, the Palo Alto, California-based Tesla paid a former Black employee more than $1 million in damages after it failed to stop supervisors from using the "N-word" at a company manufacturing facility in California.

Tesla had then argued that the employee's suffering was "garden variety" and he left his job voluntarily and only deserved $148 for losses.

In 2017, Tesla had denied (https://www.tesla.com/blog/hotbed-misinformation) allegations by a former assembly worker, **Marcus Vaughn,** that the automaker didn't investigate a written complaint of co-workers and supervisors using the "N-word" on him, as per a Los Angeles Times report (https://www.latimes.com/business/autos/la-fi-hy-tesla-racism-lawsuit-20171115-story.html).

**Price Action:** Tesla shares closed 0.81% higher at $781.53 on Monday.

*Click here (https://www.benzinga.com/electric-vehicles) to check out Benzinga's EV Hub for the latest electric vehicles news.*

## The #1 Resource for Options Alerts & Education

**Recent Options Trades You Missed:**

| | | | |
|---|---|---|---|
| $AMZN: | Sent 5/18/2021 | +25% | in 2 weeks |
| $DIS: | Sent 5/19/2021 | +85% | in 11 days |
| $NKE: | Sent 5/20/2021 | +25% | in 2.5 weeks |
| $FSLR: | Sent 5/25/2021 | +35% | in 2 days |
| $UUP: | Sent 5/26/2021 | +25% | in 1 week |
| $CRM: | Sent 5/27/2021 | -13% | in 1 week |
| $ZM: | Sent 6/02/2021 | +75% | in 6 days |
| $HUYA: | Sent 6/03/2021 | +35% | in 5 days |
| $TLT: | Sent 6/08/2021 | +45% | overnight |

Learn the strategy that Nic Chahine, Benzinga's Head Options Trader, uses to earn a full-time living. Boasting a track record with a 90% win-rate on options spreads, you can easily earn while you learn. **Click here now to see his current trades.**
(https://www.benzinga.com/premium/ideas/benzinga-options/?utm_source=campaignify&utm_medium=bottom&utm_content=mobile)

---

**Posted in:** News (/category/news?id=57) Legal (/category/legal?id=29619) Tech (/category/tech?id=6) Media (/category/media?id=5) electric vehicles (/category/electric-vehicles?id=29684) Elon Musk (/category/elon-musk?id=30461) EVs (/category/evs?id=34765) racism (/category/racism?id=613273)

**Related Articles**

LinkedIn Twitter Facebook MIX
Reddit Email App WhatsApp More

HOME (/) MARKET (https://www.benzinga.com/movers) MY STOCKS (https://www.benzinga.com/profile/portfolio/) Comment PREMIUM (https://www.benzinga.com/premium-products/) MENU



Subscribe to our notifications for the latest news and updates. You can disable anytime.

Later Subscribe

**It's A Doggie-Dog World: Dogecoin Leads The Major Crypto Pack Above Bitcoin, Ethereum; Shiba Inu Tops List Of Gainers**
$BTC $DOGE $ETH 2 hours ago(/article/23232528)
3 min read

BZ Briefs TECH

**GitLab Seeks Up To $9B Valuation For Nasdaq Listing**
FPX GS GTLB 5 hours ago(/article/23222026)
1 min read

BZ Briefs TECH

**General Motors Led Cruise's Autonomous Vehicle Ride-Hailing Ambitions - What You Need To Know**
GM 5 hours ago(/article/23220627)
1 min read

**Pfizer/BioNTech COVID-19 Booster Shots Get Recommendation From European Medicine Agency**
BNTX MRNA PFE 6 hours ago(/article/23220611)
1 min read

**Report: Women And Minorities Still Very Much Underrepresented In Cannabis Industry**
3 min read6 hours ago(/article/23230036)

**Why Did RedHill Biopharma Shares Jump 12% Monday?**
RDHL 6 hours ago(/article/23215963)
1 min read

**Nasdaq-Traded Agrify Corp Acquires Cannabis Co.'s Precision Extraction, Cascade Sciences For $50M**
AGFY 6 hours ago(/article/23229534)
2 min read

**Jack Dorsey Jokes About Buying Facebook.com As Social Media Apps Go Down**
FB SQ TWTR 7 hours ago(/article/23228455)
2 min read

**Mark Zuckerberg Loses $7B In Wealth From '60 Minutes' Whistleblower Interview, App Outage**
FB 7 hours ago(/article/23226998)
2 min read

**Edward Snowden: China Banning Bitcoin Just Made It Stronger**
$BTC 7 hours ago(/article/23221016)
1 min read

**Is JPMorgan Chase's Stock Overvalued Or Undervalued?**


JPM 8 hours ago
2 min read




Subscribe to our notifications for the latest news and updates. You can disable anytime.

Later Subscribe




**PreMarket Prep S**
AMPY BP 8 hours ago
3 min read



**[Why This Analyst Is Still Bearish About Tesla Despite Record Q3 Deliveries](/article/23224314)**
F GM TM 8 hours ago (/article/23224314)
2 min read



**[Moderna Shares Linger At 2-Month Lows: What's Next For The COVID-19 Vaccine Company](/article/23222374)**
MRK MRNA 9 hours ago (/article/23222374)
2 min read



**[Massive Glitch On DeFi Platform Compound Puts $160 Million Up For Grabs](/article/23223476)**
$COMP 9 hours ago (/article/23223476)
1 min read



**[Shiba Inu Coin Trends On Twitter, Google: Will SHIB Reach 1 Cent?](/article/23223587)**
$DOGE $SHIB COIN 9 hours ago (/article/23223587)
3 min read



**[Why Jim Cramer Is 'Leaning Towards Exiting' His Facebook Position](/article/23223556)**
AAPL FB 9 hours ago (/article/23223556)
2 min read



**[Curaleaf Buys One Of Colorado's Largest Cannabis Farms In $67M Deal](/article/23223339)**
CURLF 10 hours ago (/article/23223339)
1 min read



**[Why This Investor Keeps Buying Moderna Shares As The Stock Falls](/article/23222805)**
MRK MRNA 10 hours ago (/article/23222805)
1 min read



**[Pinterest Needs To Bounce Or Things Could Get Ugly](/article/23222781)**
FB PINS 10 hours ago (/article/23222781)
2 min read