

Markets    Business    BQ BLUE    Research Reports    Economy & Finance    Law & Policy    Sign In

# Tesla Ordered to Pay Worker $137 Million for Racism at Plant

**Malathi Nayak**

Posted On 05 Oct 2021, 5:29 AM IST
Updated On 05 Oct 2021, 8:20 AM IST
Posted On 05 Oct 2021, 5:29 AM IST
Updated On 05 Oct 2021, 8:20 AM IST

(Bloomberg) -- Tesla Inc. lost a trial with a Black former elevator operator and must pay him $137 million for having turned a blind eye to racial taunts and offensive graffiti he endured at the electric-car maker's northern California plant, according to the man's lawyer. -- To read the full article, please visit: https://www.bloombergquint.com

Stay Updated With **Business News** On BloombergQuint

🔔 GET REGULAR UPDATES

**BloombergQuint** ✓
Join WhatsApp Channel ›

**BloombergQuint** ✓
Join Telegram Channel ›

**BloombergQuint** ✓
Get Daily Newsletters ›

**BloombergQuint**
Subscribe to Notifications ›

### Get Your **Daily Newsletter**

Get market moving news, top trends, and compelling perspectives.

[Enter Email ID]    **SIGN UP**

☑ By submitting my information, I agree to the **Privacy Policy & Terms of Service**
& receive offers & promotions from BloombergQuint

**BQ RECOMMENDED FOR YOU**

Live SGX Nifty Hints At Quiet...    SEBI Restrains Former CNBC...    Evolution Of Flexi-cation I...    What's Behind India's Import S...

Oct 3, 2021          Oct 4, 2021          Oct 4, 2021          Oct 3, 2021

## POPULAR

**1** SEBI Restrains Former CNBC-Awaaz Television Anchor Pradeep Pandya From Dealing In Securities

**2** Here Are The Biggest Revelations From The Pandora Papers Leak

**3** Evolution Of Fluorination In Agrochemicals - A Long-Term Opportunity: Nirmal Bang

**4** Live: SGX Nifty Hints At Losses; Aurobindo, Lupin, SpiceJet In Focus

**5** What's Behind India's Import Surge In September

### HUL Wants To Know What You Buy At Kirana Stores
Sharleen Dsouza                                                                                                   BQ Blue Exclusive

### All You Need To Know Going Into Trade This Tuesday
BQ Desk

### Climate Change And Duties, Lliabilities Of Indian Directors
Umakanth Varottil                                                                                                 BQ Blue Exclusive

### OPEC+'s Steady-As-She-Goes Approach Alarms Febrile Oil Market
Grant Smith,  Salma El Wardany,  Javier Blas,  Dina Khrennikova

### From Pillow To Productive Asset — Can The Gold Exchange Make A Difference?
Ira Dugal                                                                                                         BQ Blue Exclusive

**Facebook Begins Recovery After Major Outage Shu wn Apps**
Kurt Wagner, William Turton

**Companies That May Post The Best Revenue And Earnings Growth In Q2**
Sameer Bhardwaj
BQ Blue Exclusive

**A Powell-ian Deconstruction of India's CPI**
Sajjid Z Chinoy, Toshi Jain, Gopal Kumar

**Kaun Banega India's Largest Super App**
Shivam Vahia

**RBI Supersedes Boards Of SREI Group NBFCs, Sets Stage For Insolvency**
Vishwanath Nair

Bloomberg | Quint
BQ BLUE
Subscribe

Editorial Feedback
Message Us

Sales Queries
Inquire Now

Subscription Queries
Get in Touch

BLOOMBERGQUINT

BQ Blue Exclusive
Personal Finance
Today's Latest
Opinion
Business
Politics
Markets
BQ Learning

Show All Sections

GET REGULAR UPDATES
Telegram
Newsletters
Podcasts

FOLLOW US

*Note : All Stock Exchange data is delayed upto 3 mins*

Bloomberg the quint

About us | Terms of Use | Privacy Policy | Sitemap | RSS



