- Track attorneys
- Track judges

- Site Menu
- Join the Law360 team
- Search legal jobs
- Learn more about Law360
- Read testimonials
- Contact Law360
- Sign up for our newsletters
- Site Map
- Help

Intellectual Property   Securities   Bankruptcy   Competition   Employment   White Collar   Legal Industry   Access To Justice   Law360 UK   Pulse || See all sections

ADVERTISEMENT



Don't want ads? Subscribe or login now.

ADVERTISEMENT

# Tesla Hit With $137M Verdict In Race Harassment Trial

By Hannah Albarazi (October 4, 2021, 8:53 PM EDT) -- A California federal jury awarded $136. 9 million to a Black former Tesla subcontractor Monday after finding that he was subjected to a racially hostile work environment at the electric vehicle maker's Northern California factory and that the company was responsible for the ensuing harm, according to the plaintiff's counsel. The jury heard testimony from several former subcontractors who said they heard the N-word used daily at Tesla's factory in Fremont, California. (AP Photo/Richard Vogel) After less than four hours of deliberations, the jury determined that Tesla Inc. subjected former subcontractor Owen Diaz to a racially hostile work environment and that Tesla was his joint. . .

**Stay ahead of the curve**

In the legal profession, information is the key to success. You have to know what's happening with clients, competitors, practice areas, and industries. Law360 provides the intelligence you need to remain an expert and beat the competition.

- Access to case data within articles (numbers, filings, courts, nature of suit, and more.)
- Access to attached documents such as **briefs, petitions, complaints, decisions, motions, etc.**

- Create custom alerts for specific article and case topics and so much more!

TRY LAW360 **FREE** FOR SEVEN DAYS

Read the full article

Already a subscriber? Click here to login

## Related Articles

**Tesla Expected Staffing Cos. To Do Anti-Harassment Trainings**

**Tesla Jury Told Of Psychological Injury Suffered By Ex-Worker**

**Ex-Tesla Worker Tells Jury Of 'Devastating' Racial Harassment**

**Tesla Contractors Testify To Racial Slurs, Cursory Inquiry**

**Racial Slurs At Tesla Prompted Only Verbal Warning, Jury Told**

## Here's What You Missed

**Donziger Gets 6 Months For Contempt In Chevron Case**

**Justices Nix 2nd Ruling On Border Wall Funding Redirection**

**4 Workplace Law Questions The High Court Can Answer**

**Supreme Court's Return Could Deliver Conservative Windfall**

**Ex-Theranos Lab Chief Testifies That Balwani Wasn't Qualified**

**Jury Hits 3M With $8.2M Verdict In Latest Earplugs Trial**

**'Varsity Blues' Player Was On 'Belichick'-Level Team, Jury Told**

**Kavanaugh Tests Positive For COVID, Has No Symptoms**

**Fed. Circ. Tells Albright To Keep Apple-Fintiv Trial In Austin**

**4 Points To Watch As Regulators Revamp SPAC Rules**

ADVERTISEMENT