UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT


GEORGE J. AUSTIN, Plaintiff,                    MOTION FOR CLARIFICATION

v.

TESLA, et. al. Defendants.

Court of Appeals Docket # 21 - 15151
(from District Court # 3:20-cv-00800)

## MOTION FOR CLARIFICATION

Mr. George Jarvis Austin, Pro Se, moves the Court to verify the procedural question of whether an Application for Cert. to the Supreme Court should be filed simultaneously with motion for rehearing, or whether one should follow the order procedurally?

Also, Mr. Austin simultaneously motions for additional time to file Petition for Rehearing perhaps an additional 60 days from the deadline.