| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUL 6 2022 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

GEORGE JARVIS AUSTIN,

        Plaintiff-Appellant,

v.

TESLA, INC.; et al.,

        Defendants-Appellees.

No. 21-15151

D.C. No. 3:20-cv-00800-EMC
Northern District of California,
San Francisco

ORDER

Before:   SILVERMAN, WATFORD, and FORREST, Circuit Judges.

Austin's motions for an extension of time to file a petition for rehearing (Docket Entry Nos. 46 and 47) are granted in part. Any petition for rehearing is due on or before August 12, 2022.

To the extent Austin seeks clarification on when he should seek a writ of certiorari with the Supreme Court (Docket Entry Nos. 46 and 47), Austin is referred to the Federal Rules of Appellate Procedure (for example, Rules 40 and 41) and the Rules of the Supreme Court (for example, Rule 13).