FILED

SEP 29 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| GEORGE JARVIS AUSTIN,<br><br>        Plaintiff-Appellant,<br><br>  v.<br><br>TESLA, INC., Organization; et al.,<br><br>        Defendants-Appellees. | No. 21-15151<br><br>D.C. No. 3:20-cv-00800-EMC<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before:   SILVERMAN, WATFORD, and FORREST, Circuit Judges.

The panel has voted to deny the petition for panel rehearing.

The full court has been advised of the petition for rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc. *See* Fed. R. App. P. 35.

Austin's petition for panel rehearing and petition for rehearing en banc (Docket Entry No. 50) are denied.

No further filings will be entertained in this closed case.