# No. # 21 - 15151

_____

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

George Jarvis Austin,

*Plaintiff-Appellant [or Plaintiff-Appellee],*

v.

Tesla, et. al.

*Defendant-Appellee [or Defendant-Appellant].*

On Appeal from the United States District Court
for the Northern District of California
No.3:20:00800
Hon. District Judge Chen

### MOTION FOR EXTENSION OF TIME FOR WRIT OF CERT>

George Jarvis Austin, esq. (TBA). Pro Se
2107 Montauban Ct., Stockton, CA
209.915.6304,
gaustin07@berkeley.edu
*Appellant, Pro Se*

## MOTION FOR ADDITIONAL TIME FOR WRIT OF CERT.

Good Afternoon, and Happy Friday Eve, Ninth Circuit

Mr. Austin acknowledges the case is closed, and Ninth Circuit Judgment. Further, Mr. Austin motions additional time to potentially file a Writ of Certiorari normally within 90 days of final Judgment (which would begin to tick today 9/29/22). However, Mr. Austin would like to take additional time for due diligence to ensure all correct procedures, and perspectives, are considered before filing, and proceeding, and thus requests an extension of time.

### Extension on Usual Time for Filing

Typically per Supreme Court "You must file your petition for a writ of certiorari within 90 days from the date of the entry of the final judgment in the United States court of appeals or highest state appellate court or 90 days from the denial of a timely filed petition for rehearing."

During the pandemic the Supreme Court extended their deadline until 150 days due logistical, strained resources, and health concerns. Similarly, with respect two the first two factors (logistics and temporarily strained resources) because Mr. Austin works more than full time while maintaining excellent grades (Straight As and A+'s last nine semesters) and separately has a very heavy workload due to racist, discriminatory, and illegal conduct done directly to him, as a Black man,

and survivor of the Black American Holocaust https://www.abhmuseum.org/about/what-is-the-black-holocaust/ in the New Jim, and Jane, Crow era more time is needed.  This type of conduct creates additional challenges, and constraints, in every area of his life including employment, cash flow, time and attention, that the racist, and discriminatory conduct affects), triggering legal action and causing caseload responsibilities similar to that of a corporate law firm associate, but done Pro Se (self represented) without the structural supports of research departments, information tech, paralegals, legal secretaries, nor a law degree, nor law license, or corporate law expenditure accounts.  The cost in Mr. Austin's budget (time, money, attention, etc.) call for additional runway.  Thus Mr. Austin motions for an additional 90 days (or total of 180 days: 4/29/23 approximately) to potentially file Supreme Court Writ of Certiorari.