# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

November 7, 2022

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA 94103-1526

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

NOV 14 2022

FILED
DOCKETED
DATE

Re: George Jarvis Austin
v. Tesla, Inc., et al.
Application No. 22A400
(Your No. 21-15151)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Kagan, who on November 7, 2022, extended the time to and including February 26, 2023.

This letter has been sent to those designated on the attached notification list.

Sincerely,

Scott S. Harris, Clerk

by

Susan Frimpong
Case Analyst

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Mr. George Jarvis Austin
2107 Montauban Ct.
Stockton, CA 95210


Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526